IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP, LTD., d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No. 05-99-GMS<br><br>**JURY TRIAL DEMANDED** |

## SPECTRUM PHARMACEUTICALS INC.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Spectrum Pharmaceuticals, Inc. ("Spectrum") states the following: (i) Spectrum has no parent company; and (ii) no publicly held corporation owns 10% or more of Spectrum. Spectrum reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

OF COUNSEL:

Michael J. Bettinger (Cal. Bar No. 122196)
Timothy P. Walker (Cal. Bar No. 105001)
Louis C. Cullman (Cal. Bar No. 168746)
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, California 94105
Telephone: (415) 882-8200

/s/ Robert W. Whetzel
Robert W. Whetzel (#2288)
Matthew W. King (#4566)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Phone: 302-651-7700
E-mail: whetzel@rlf.com
E-mail: king@rlf.com

Attorneys for Spectrum Pharmaceuticals, Inc.

DATED: March 10, 2005

RLF1-2850317-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing and Hand Delivered to the following.

**BY HAND DELIVERY**

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

_____
Matthew W. King (#4566)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
king@rlf.com

RLF1-2847886-1