IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP, LTD., d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No. 05-99-GMS<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael J. Bettinger, Esquire, Timothy P. Walker, Esquire and Louis C. Cullman, Esquire, of Preston Gates & Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105 to represent Spectrum Pharmaceuticals, Inc. in this action.

                                /s/ _____
                                Robert W. Whetzel (#2288)
                                Matthew W. King (#4566)
                                Richards, Layton & Finger, P.A.
                                One Rodney Square
                                Wilmington, DE 19801
                                (302)651-7700
                                whetzel@rlf.com
                                king@rlf.com
                                Attorneys for Defendant
                                Spectrum Pharmaceuticals, Inc.

Dated: March 22, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of March, 2005.

 

_____
United States District Judge

RLF1-2852070-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Michael J. Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

Dated: March 14, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Timothy P. Walker, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

Dated: March 14, 2005

RLF1-2852077-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Louis C. Cullman, Esq.
Preston Gates & Ellis LLP
1900 Main Street, Suite 600
Irvine, CA 92614

Dated: March 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing and Hand Delivered to the following.

**BY HAND DELIVERY**

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

_____
Matthew W. King (#4566)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
king@rlf.com