IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD.<br>d/b/a/ GLAXOSMITHKLINE<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>    v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>    Defendant and<br>    Counterclaim Plaintiff | Civil Action No. 05-99-GMS |

**PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM**

Plaintiff Glaxo Group Ltd. d/b/a/ GlaxoSmithKline, ("Plaintiff") hereby replies to the counterclaim of Defendant Spectrum Pharmaceuticals, Inc. ("Defendant") in its "Answer and Counterclaim of Defendant-Counterclaimant Spectrum Pharmaceuticals, Inc." ("Answer and Counterclaim") dated March 10, 2005.

**THE PARTIES**

    1.    Plaintiff admits the allegations in paragraph 1.

    2.    Plaintiff admits the allegations in paragraph 2.

**JURISDICTION AND VENUE**

    3.    Plaintiff admits that Defendant purports to bring this counterclaim under the Federal Declaratory Judgment Act, Title 28 U.S.C. §§ 2201 and 2202, and that Defendant purports to base jurisdiction over the subject matter of its action in Title 28 U.S.C. §§ 1331 and 1338(a).

1

4. Plaintiff admits that venue is proper in this district.

## GLAXO'S ORANGE BOOK PATENT

5. Plaintiff admits that the '845 patent, entitled "Indole Derivative", issued on August 6, 1991 and named Alexander W. Oxford as the sole inventor.

6. Plaintiff admits it is the current owner by assignment of the '845 patent.

## GLAXO'S NDA AND SPECTRUM'S ANDA

7. Plaintiff admits it holds an approved new drug application (NDA) No. 020080 for IMITREX® injections, the active ingredient of which is sumatriptan succinate.

8. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the paragraph 8.

## THE ACTUAL CONTROVERSY

9. Paragraph 9 purports to state conclusions of law as to which no responsive pleading is required.

10. Plaintiff admits the allegations in paragraph 10.

11. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the paragraph 11.

12. Plaintiff admits it received a letter dated January 4, 2005, purporting to be Defendant's Notice of its Paragraph IV Certification regarding the '845 patent. Plaintiff denies the remaining allegations in paragraph 12.

13. Plaintiff admits the allegations of paragraph 13.

14. Plaintiff admits that an actual and justiciable controversy exists between Plaintiff and Defendant as to whether Defendant infringes or has infringed a valid claim of the '845 patent. Plaintiff denies the remaining allegations in paragraph 14.

## COUNT I

## DECLARATION OF PATENT INVALIDITY

15. Plaintiff restates its reply to each allegation in paragraphs 1-14 as if set forth here verbatim.

16. Plaintiff admits this Count purports to seek a declaration that the '845 patent is invalid.

17. Plaintiff denies each and every allegation in paragraph 17.

18. Plaintiff denies each and every allegation in paragraph 18.

19. Plaintiff denies each and every allegation in paragraph 19.

20. Plaintiff denies each and every allegation in paragraph 20.

21. Plaintiff denies each and every allegation in paragraph 21.

## COUNT II

## DECLARATION OF NON-INFRINGEMENT

22. Plaintiff restates its reply to each allegation in paragraphs 1-21 as if set forth here verbatim.

23. Plaintiff admits this Count purports to seek a declaration that the Spectrum Sumatriptan Injectable Product does not infringe any claim of the '845 patent.

24. Plaintiff denies each and every allegation in paragraph 24.

## PRAYER FOR RELIEF

Plaintiff denies that Defendant is entitled to any relief whatsoever.

## JURY DEMAND

Defendant has no right to a trial by jury as a matter of law, and Plaintiff hereby opposes Defendant's demand for a trial by jury.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com
  Attorneys for Plaintiff
  Glaxo Group Ltd., d/b/a GlaxoSmithKline

OF COUNSEL:

Robert L. Baechtold
Nicholas M. Cannella
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York  10112
(212) 218-2100

March 30, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 30, 2005, I electronically filed Plaintiff's Reply to Defendant's Counterclaim with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**BY HAND DELIVERY**

Robert W. Whetzel (#2288)
Matthew W. King (#4566)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

                MORRIS, NICHOLS, ARSHT & TUNNELL

                /s/ *Julia Heaney*
                Jack B. Blumenfeld (#1014)
                Julia Heaney (#3052)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, Delaware 19899
                (302) 658-9200
                  Attorneys for Plaintiff
                  Glaxo Group Ltd., d/b/a GlaxoSmithKline