IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD.<br>d/b/a/ GLAXOSMITHKLINE<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.<br><br>Defendants. | Civil Action No. 05-99 (GMS) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned moves the admission pro hac vice of Nicholas M. Cannella, Leisa Smith, Colleen Tracy, and Joshua I. Rothman to represent the plaintiff in this matter.

            MORRIS, NICHOLS, ARSHT & TUNNELL

            /s/ Jack B. Blumenfeld
            Jack B. Blumenfeld (#1014)
            Julia Heaney (#3052)
            1201 N. Market Street
            P.O. Box 1347
            Wilmington, DE 19899-1347
            (302) 658-9200
            Attorneys for Plaintiffs

April 5, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                      United States District Judge

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on April 5, 2005 I electronically filed Motion and Order for Admission *Pro Hac* Vice with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Matthew W. King
> Richards, Layton & Finger

I also certify that copies were caused to be served on April 5, 2005 upon the following in the manner indicated:

BY HAND

Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

BY FEDERAL EXPRESS

Michael J. Bettinger
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105


/s/ Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com