IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD.<br>d/b/a/ GLAXOSMITHKLINE<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.<br><br>Defendants. | :<br>:<br>:<br>:   Civil Action No.05-99 (GMS)<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER
## FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of David Greenwald, Richard J. Stark and Evan Chesler of Cravath, Swain & Moore, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019 to represent plaintiff in this matter.

                 MORRIS, NICHOLS, ARSHT & TUNNELL

                 /s/ *Julia* Heaney
                 Jack B. Blumenfeld (#1014)
                 Julia Heaney (#3052)
                 1201 N. Market Street
                 P.O. Box 1347
                 Wilmington, DE 19899-1347
                 (302) 658-9200
                 jheaney@mnat.com
                  Attorneys for Plaintiff

April 11, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

April _____, 2005            _____
                    United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York State and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course in this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: April 11, 2005

David Greenwald, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York State and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course in this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: [signature]

Date: April 11, 2005

Richard J. Stark, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York State and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course in this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: /s/ Evan R. Chesler

Date: April 8, 2005

Evan R. Chesler, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on April 11, 2005, I electronically filed Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Robert W. Whetzel
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> whetzel@rlf.com

I also certify that copies were caused to be served on April 11, 2005, upon the following in the manner indicated:

BY HAND

> Robert W. Whetzel
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19899

BY FEDERAL EXPRESS

> Michael J. Bettinger
> Preston Gates & Ellis LLP
> 55 Second Street, Suite 1700
> San Francisco, CA 94105

/s/ *Julia Heaney* (#3052)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com