IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP, LTD., d/b/a GLAXOSMITHKLINE,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>　　Defendant and Counterclaim Plaintiff. | Civil Action No. 05-99-GMS<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 16th day of May, 2005, copies of Spectrum Pharmaceuticals' First Set of Requests for Production of Documents and Things and First Set of Interrogatories were served in the manner indicated on the following counsel of record:

### BY HAND DELIVERY

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　Robert W. Whetzel (#2288)
　　　　　　　　　　　　　　whetzel@rlf.com
　　　　　　　　　　　　　　Matthew W. King (#4566)
　　　　　king@rlf.com
　　　　　　　　　　　　　　Richards, Layton & Finger
　　　　　　　　　　　　　　One Rodney Square, P.O. Box 551

RLF1-2847871-1

                                        Wilmington, DE  19899
                                        (302) 651-7700
                                        king@rlf.com
                                        Attorneys for Defendant Spectrum
                                        Pharmaceuticals, Inc.

Dated:  May 16, 2005

RLF1-2847871-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing and Hand Delivered to the following:

### BY HAND DELIVERY

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com


_____
Matthew W. King (#4566)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
king@rlf.com