# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

June 10, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
Federal Building
844 King Street
Wilmington, DE  19801

      Re:    *Glaxo Group, Ltd. d/b/a GlasoSmithKline v. Spectrum Pharmaceuticals*, C.A. No. 05-99-GMS

Dear Judge Sleet:

      Enclosed for the Court's consideration are a stipulated protective order and a stipulation bifurcating discovery relating to exceptional case and willfulness.

      As is typical in patent cases, the parties desire a protective order to prevent public disclosure of confidential technical information that must be produced in discovery. Three tiers of protection are provided.

      Because Spectrum is currently not offering for sale sumatriptan succinate in injectable form, the parties have agreed to postpone discovery of willfulness until a time to be determined by the parties and the Court. The parties to the New York action have similarly agreed to bifurcate and postpone discovery relating to willfulness.

      As always, if we can provide any further information, counsel are available at the Court's convenience.

      Respectfully,

      *Kelly E. Farnan*

      Kelly E. Farnan (#4395)

KEF/bw
Enc.
cc:    Clerk of the Court (Via e-filing and hand delivery)
       Julia Heaney, Esquire (Via e-filing and hand delivery)

RLF1-2886574-1