IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>　　　　Plaintiff-Counterclaim-Defendant,<br><br>　　　　v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>　　　　Defendant-Counterclaim-Plaintiff. | Civil Action No. 05-99-GMS |

## STIPULATION

The parties to the above-entitled action hereby stipulate, subject to approval by the Court, as follows:

Any and all discovery solely relating to the issues of willful infringement and exceptional case shall be bifurcated from discovery relating to other issues and shall take place at a time to be determined by the parties and the Court.

| MORRIS, NICHOLS, ARSHT & TUNNELL | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Julia Heaney<br>Jack B. Blumenfeld (#1014)<br>jblumenfeld@mnat.com<br>Julia Heaney (#3052)<br>jheaney@mnat.com<br>1201 N. Market Street<br>Wilmington, DE 19899<br>(302) 658-9200<br>*Attorneys for*<br>*Plaintiff-Counterclaim-Defendant*<br>*Glaxo Group Ltd, d/b/a GlaxoSmithKline* | Matthew W. King /ksf #4395<br>Robert W. Whetzel (#2288)<br>whetzel@rlf.com<br>Matthew W. King (#4566)<br>king@rlf.com<br>One Rodney Square<br>Wilmington, DE 19899<br>(302) 658-6541<br>*Attorneys for*<br>*Defendant-Counterclaim-Plaintiff*<br>*Spectrum Pharmaceuticals, Inc.* |

RLF1-2886679-1

OF COUNSEL:

Evan R. Chesler
Richard J. Stark
David Greenwald
Andrei Harasymiak
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
(212) 474-1000

Robert L. Baechtold
Nicholas M. Cannella
Colleen Tracy
Leisa Smith
FITZPATRICK, CELLA,
HARPER & SCINTO
30 Rockefeller Plaza
New York, New York  10112
(212) 218-2100

*Attorneys for
Plaintiff-Counterclaim-Defendant
Glaxo Group Ltd, d/b/a GlaxoSmithKline*

OF COUNSEL:

Michael J. Bettinger
Timothy P. Walker
PRESTON GATES & ELLIS LLP
55 Second Street
Suite 1700
San Francisco, CA 94105
(415) 882-8200

*Attorneys for
Plaintiff-Counterclaim-Defendant
Glaxo Group Ltd, d/b/a GlaxoSmithKline*

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

469269