IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff-Counterclaim-Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>    Defendant-Counterclaim-Plaintiff. | Civil Action No. 05-99-GMS |

## STIPULATION

The parties to the above-entitled action hereby stipulate, subject to approval by the Court, as follows:

Any and all discovery solely relating to the issues of willful infringement and exceptional case shall be bifurcated from discovery relating to other issues and shall take place at a time to be determined by the parties and the Court.

| MORRIS, NICHOLS, ARSHT & TUNNELL | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Julia Heaney | Matthew W. King / ref #4395 |
| Jack B. Blumenfeld (#1014) | Robert W. Whetzel (#2288) |
| jblumenfeld@mnat.com | whetzel@rlf.com |
| Julia Heaney (#3052) | Matthew W. King (#4566) |
| jheaney@mnat.com | king@rlf.com |
| 1201 N. Market Street | One Rodney Square |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 658-6541 |
| *Attorneys for* | *Attorneys for* |
| *Plaintiff-Counterclaim-Defendant* | *Defendant-Counterclaim-Plaintiff* |
| *Glaxo Group Ltd, d/b/a GlaxoSmithKline* | *Spectrum Pharmaceuticals, Inc.* |

RLF1-2886679-1

OF COUNSEL:

Evan R. Chesler
Richard J. Stark
David Greenwald
Andrei Harasymiak
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Robert L. Baechtold
Nicholas M. Cannella
Colleen Tracy
Leisa Smith
FITZPATRICK, CELLA,
HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
(212) 218-2100

*Attorneys for
Plaintiff-Counterclaim-Defendant
Glaxo Group Ltd, d/b/a GlaxoSmithKline*

OF COUNSEL:

Michael J. Bettinger
Timothy P. Walker
PRESTON GATES & ELLIS LLP
55 Second Street
Suite 1700
San Francisco, CA 94105
(415) 882-8200

*Attorneys for
Plaintiff-Counterclaim-Defendant
Glaxo Group Ltd, d/b/a GlaxoSmithKline*

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

469269

RLF1-2886679-1

2