# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

June 15, 2005

**BY EFILING**
The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

Re:  GlaxoSmithKline v. Spectrum Pharmaceuticals, Inc.
     C.A. No. 05- 99-GMS

Dear Judge Sleet:

On behalf of both parties, I am submitting a proposed Scheduling Order as Your Honor requested at the scheduling conference on June 8, 2005.

Respectfully,

Julia Heaney

Enclosure
cc:   Peter T. Dalleo, Clerk (By Hand)
      Kelly E. Farnan, Esquire