IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD.<br>d/b/a/ GLAXOSMITHKLINE : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> SPECTRUM PHARMACEUTICALS, INC. : <br> : <br> Defendant. : | Civil Action No.05-99 (GMS) |

### SCHEDULING ORDER

This _____ day of _____, 2005, the Court having conducted an initial Rule 16 scheduling and planning conference pursuant to Local Rule 16.2(b) on June 8, 2005, having determined that the Court will defer setting additional dates until the pending motion with the MDL panel is ruled upon, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures.** The parties shall make their initial written disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before June 22, 2005.

2. **Discovery.** All fact discovery shall be initiated so that it will be completed on or before September 30, 2005.

    (a) **Discovery Matters.** Should counsel find they are unable to resolve a discovery matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than 48 hours prior to the conference, by hand delivery or facsimile at (302) 573-6472, the party seeking relief shall file with the Court a letter

agenda not to exceed two pages outlining the issues in dispute. Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court shall order the party seeking relief to file with the Court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file, within five days from the date of service of the opening letter, an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three days from the date of service of the answering letter.

    3.    **Confidential Information and Papers Filed under Seal.** Counsel have reached agreement on a proposed form of protective order specifying terms and conditions for the disclosure of confidential information and submitted it to the Court for approval. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

    4.    **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to the United States Magistrate for the purpose of exploring the possibility of settlement. If the parties agree that the possibility of settlement may be enhanced by such referral, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference with counsel and clients.

    5.    **Applications by Motion.** Except as provided in this Order or for matters relating to scheduling, any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

6. **Trial** This case is scheduled for a five-day bench trial beginning November 14, 2006.

7. **Scheduling.** The parties shall direct any request or questions regarding the scheduling and management of this matter to Chambers at (302) 573-6470.

_____
Honorable Gregory M. Sleet
United States District Court Judge

470094