05-99
GMS

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

June 14, 2005

NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          July 28, 2005

LOCATION OF HEARING SESSION:      Alfred A. Arraj United States Courthouse
                                  Judge Babcock's Courtroom, Second Floor
                                  901 19th Street
                                  Denver, Colorado 80202

TIME OF HEARING SESSION: In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **July 11, 2005.** Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation." These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

Michael J. Beck

Michael J. Beck
Clerk of the Panel

c: Clerk, U.S. District Court for the District of Colorado

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**JUNE 14, 2005**

MICHAEL J. BECK
CLERK OF THE PANEL

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on July 28, 2005, a hearing session will be held in Denver, Colorado, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

SCHEDULE OF MATTERS FOR HEARING SESSION
July 28, 2005 -- Denver, Colorado

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

MDL-1690 -- In re Indian Tribes Contract Support Costs Litigation

Motion of plaintiffs Tunica-Biloxi Tribe of Louisiana, et al., for centralization of the following actions in the United States District Court for the District of New Mexico:

District of District of Columbia

*Tunica-Biloxi Tribe of Louisiana, et al. v. United States of America, et al.,* C.A. No. 1:02-2413

District of New Mexico

*Ramah Navajo Chapter v. Manuel Lujan, et al.*, C.A. No. 1:90-957
*Pueblo of Zuni v. United States of America, et al.*, C.A. No. 1:01-1046

MDL-1691 -- In re Bextra and Celebrex Products Liability Litigation
MDL-1693 -- In re Bextra Marketing and Sales Practices Litigation
MDL-1694 -- In re Celebrex Marketing and Sales Practices Litigation
MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability
               Litigation

Motion of plaintiffs Gloria Ward, Carol J. Aiola, and Ronald J. Babin for centralization of certain of the following actions in MDL-1691 in the United States District Court for the Eastern District of Louisiana; motion of plaintiffs Kenneth Kaye, et al., and Irene Bailey, et al., for centralization of certain of the following actions in MDL-1691 in the United States District Court for the District of Connecticut; motion of plaintiff ASEA/AFSCME Local 52 Health Benefits Trust for centralization of certain of the following actions in MDL-1693 in the United States District Court for the Southern District of New York; motion of plaintiffs Health Care for All, et al., for centralization of certain of the following actions in MDL-1694 in the United States District Court for the District of Massachusetts; and motion of plaintiffs Betty A. Alexander, et al., for centralization of the following actions in MDL-1699 in the United States District Court for the Eastern District of Louisiana:

Schedule of Matters for Hearing Session, Section A                        p. 2
Denver, Colorado


MDL-1691, 1693, 1694, and 1699 (Continued)


#### Northern District of Alabama

*Darryl Blue, etc. v. Pfizer, Inc.*, C.A. No. 2:05-464
*Martha Ann Lemond, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:05-691

#### District of Arizona

*Dorothy Greaves v. Pfizer, Inc., et al.*, C.A. No. 2:05-647

#### Central District of California

*John Bolwell, et al. v. Pfizer, Inc.*, C.A. No. 2:05-1967

#### Northern District of California

*June Swan, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:05-834

#### District of Connecticut

*Kenneth Kaye, et al. v. Pfizer Inc.*, C.A. No. 3:05-385
*Irene Bailey, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:05-386

#### District of Delaware

*Ronnie L. Hatcher v. Pfizer, Inc., et al.*, C.A. No. 1:05-208

#### Northern District of Florida

*Marie McConnell v. Pfizer, Inc.*, C.A. No. 3:05-123

#### Southern District of Florida

*Aurora Balloveras v. Pfizer, Inc.*, C.A. No. 1:05-20429

Schedule of Matters for Hearing Session, Section A                    p. 3
Denver, Colorado


MDL-1691, 1693, 1694, and 1699 (Continued)


### Eastern District of Louisiana

*Gloria Ward v. Pfizer, Inc.*, C.A. No. 2:04-3469
*Elmer E. Creel, Sr., et al. v. Pfizer, Inc.*, C.A. No. 2:04-3470
*Carol J. Aiola v. Pfizer, Inc.*, C.A. No. 2:05-1207
*Ronald J. Babin v. Pfizer, Inc.*, C.A. No. 2:05-1208
*Deborah Ann Woodberry v. Pfizer, Inc.*, C.A. No. 2:05-1350
*Terry Bridges v. Pfizer, Inc.*, C.A. No. 2:05-1353
*George Hoffman v. Pfizer, Inc.*, C.A. No. 2:05-1354
*Helen Anne Todini v. Pfizer, Inc.*, C.A. No. 2:05-1367
*Betty A. Alexander, et al. v. Pfizer, Inc.*, C.A. No. 2:05-1720

### Middle District of Louisiana

*Ronald W. Abel, etc. v. Pfizer, Inc.*, C.A. No. 3:05-258

### Western District of Louisiana

*William Doss Turner v. Pfizer, Inc.*, C.A. No. 1:05-619
*Yvonne Clark v. Pfizer, Inc.*, C.A. No. 1:05-620

### District of Massachusetts

*Health Care for All, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-10707

### Eastern District of Michigan

*Linda A. Watters, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:05-71434

### District of Minnesota

*Loretta M. Harris v. Pfizer, Inc.*, C.A. No. 0:05-728

### Eastern District of New York

*Melissa Kelly, et al. v. Pfizer, Inc.*, C.A. No. 1:05-949

Schedule of Matters for Hearing Session, Section A                    p. 4
Denver, Colorado


MDL-1691, 1693, 1694, and 1699 (Continued)


### Southern District of New York

*ASEA/AFSCME Local 52 Health Benefits Trust v. Pfizer, Inc., et al.*,
   C.A. No. 1:05-3803
*Steamfitters' Industry Welfare Fund, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-3814
*Sheet Metal Workers' International Assn. v. Pfizer, Inc., et al.*, C.A. No. 1:05-4125

### Northern District of Ohio

*Theresa Blatnik, et al. v. Pfizer, Inc.*, C.A. No. 1:05-900

### Northern District of Texas

*James Booker v. Merck & Co., Inc., et al.*, C.A. No. 3:05-496

### Southern District of Texas

*Ronald L. Baker, et al. v. Pfizer, Inc.*, C.A. No. 3:05-206


MDL-1692 -- In re Norvir Antitrust Litigation

    Motion of plaintiff Gary Schor for centralization of the following actions in the United
States District Court for the Northern District of Illinois or, in the alternative, the United States
District Court for the Northern District of California:


### Northern District of California

*John Doe 1, et al. v. Abbott Laboratories*, C.A. No. 4:04-1511
*Service Employees International Union Health & Welfare Fund v. Abbott Laboratories*,
   C.A. No. 4:04-4203

### Northern District of Illinois

*Gary Schor v. Abbott Laboratories*, C.A. No. 1:05-1592

Schedule of Matters for Hearing Session, Section A                    p. 5
Denver, Colorado


MDL-1695 -- In re Veeco Instruments Inc. Securities Litigation

Motion of defendants Veeco Instruments Inc.; Edward H. Braun; and John F. Rein, Jr., for centralization of the following actions in the United States District Court for the Southern District of New York:

### Eastern District of New York

*Andrew McIntosh v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-889
*Barry Linzer v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-957
*Bruce Kantor v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-967
*George Walker v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-1003
*Philip G. Collins v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-1277
*Servaas Holthuizen v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-1337
*Gerald J. Vogt, et al. v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-1430
*Timothy Joe Grove v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-1552

### Southern District of New York

*L.I.S.T., Inc. v. Veeco Instruments Inc., et al.*, C.A. No. 7:05-2189
*Roy P. Kershaw v. Veeco Instruments Inc., et al.*, C.A. No. 7:05-2929


MDL-1696 -- In re Sierra Wireless, Inc., Securities Litigation

Motion of plaintiff Jonathan Epstein for centralization of the following actions in the United States District Court for the Southern District of New York:

### Southern District of California

*W. Robert Goodman v. Sierra Wireless, Inc., et al.*, C.A. No. 3:05-262
*Milton A. Karetas v. Sierra Wireless, Inc., et al.*, C.A. No. 3:05-270

### Southern District of New York

*J. John Lawler v. David B. Sutcliffe, et al.*, C.A. No. 1:05-1299
*Gail Beach v. Sierra Wireless, Inc., et al.*, C.A. No. 1:05-1797
*Jonathan Epstein v. Sierra Wireless, Inc., et al.*, C.A. No. 1:05-1924

Schedule of Matters for Hearing Session, Section A                    p. 6
Denver, Colorado


MDL-1696 (Continued)


Southern District of New York (Continued)

*Candido M. Rodrigues v. Sierra Wireless, Inc., et al.*, C.A. No. 1:05-1925
*Kenneth Bender v. David B. Sutcliffe, et al.*, C.A. No. 1:05-2304
*Frederick A. Nuttall v. Sierra Wireless, Inc., et al.*, C.A. No. 1:05-2378
*Jonathan B. Rodnon v. David B. Sutcliffe, et al.*, C.A. No. 1:05-3029


MDL-1697 -- In re Air Crash Near Yarmouth, Massachusetts, on August 26, 2003

Motion of Colgan Air, Inc., for centralization of the following actions in the United States
District Court for the Eastern District of Virginia:


District of Massachusetts

*Yisel Dean, etc. v. Raytheon Co., et al.*, C.A. No. 1:05-10155
*Lisa A. Weiler, etc. v. Raytheon Co., et al.*, C.A. No. 1:05-10364

Eastern District of Virginia

*Colgan Air, Inc. v. Raytheon Aircraft Co.*, C.A. No. 1:05-213


MDL-1698 -- In re American General Life & Accident Insurance Co. Retiree Benefits "ERISA"
Litigation

Motion of defendant American General Life & Accident Insurance Company for
centralization of the following actions in the United States District Court for the District of South
Carolina:


Northern District of Alabama

*Donnie Pope, et al. v. American General Life & Accident Insurance Co.*,
    C.A. No. 7:05-109

Schedule of Matters for Hearing Session, Section A                    p. 7
Denver, Colorado


MDL-1698 (Continued)


### Middle District of Florida

*Eleanor M. Acres, et al. v. American General Life & Accident Insurance Co.*,
   C.A. No. 3:04-1274
*June Appling, et al. v. American General Life & Accident Insurance Co.*,
   C.A. No. 3:05-258

### Southern District of Georgia

*Herschel A. Adair, et al. v. American General Life & Accident Insurance Co.*,
   C.A. No. 1:04-192
*Paul A. Flanigan v. American General Life & Accident Insurance Co.*, C.A. No. 1:05-51

### District of South Carolina

*Raymond L. Addison, et al. v. American General Life & Accident Insurance Co.*,
   C.A. No. 3:04-23427

### Middle District of Tennessee

*Rolly Edward Thompson, et al. v. American General Life & Accident Insurance Co.*,
   C.A. No. 3:05-228


MDL-1700 -- In re FedEx Ground Package System, Inc., Employment Practices Litigation
      (No. II)

      Motion of defendant FedEx Ground Package System, Inc., for centralization of the
following actions in the United States District Court for the Western District of Pennsylvania:


### Northern District of California

*Dean Alexander, et al. v. FedEx Ground Package System, Inc., et al.*, C.A. No. 3:05-38

Schedule of Matters for Hearing Session, Section A                    p. 8
Denver, Colorado

MDL-1700 (Continued)

Northern District of Illinois

*Michael Griffin, et al. v. FedEx Corp., et al.*, C.A. No. 1:05-2326

District of Kansas

*Carlene M. Craig, et al. v. FedEx Ground Package System, Inc.*, C.A. No. 5:03-4197

District of Massachusetts

*Edward Sheehan, et al. v. FedEx Corp., et al.*, C.A. No. 1:05-10936

Eastern District of Michigan

*James Lester, et al. v. Federal Express Corp., et al.*, C.A. No. 1:04-10055

District of Minnesota

*Katrina Lee, et al. v. FedEx Corp., et al.*, C.A. No. 0:05-814

District of New Hampshire

*Robert Gennell, Jr., et al. v. FedEx Corp., et al.*, C.A. No. 1:05-145

District of New Jersey

*Jessie Capers, et al. v. FedEx Ground, et al.*, C.A. No. 2:02-5352
*Michael B. Kilmartin v. Federal Express, Inc., et al.*, C.A. No. 3:05-2028

Eastern District of New York

*Curtis Johnson, et al. v. FedEx Home Delivery, et al.*, C.A. No. 1:04-4935

Southern District of New York

*Larry Louzau, et al. v. FedEx Ground Package System, Inc.*, C.A. No. 1:04-9795

Schedule of Matters for Hearing Session, Section A                      p. 9
Denver, Colorado


MDL-1700 (Continued)


      District of South Dakota

*Kimberly A. Bunger, et al. v. FedEx Ground Package System, Inc., et al.*,
   C.A. No. 4:05-4056

      Western District of Texas

*John Humphreys, et al. v. Federal Express Corp., et al.*, C.A. No. 1:05-155

      Eastern District of Virginia

*Bradley D. Gregory v. FedEx Corp., et al.*, C.A. No. 2:03-479

      Western District of Washington

*Randy Anfinson, et al. v. FedEx Ground Package System, Inc., et al.*, C.A. No. 2:05-119


MDL-1701 -- In re Sumatriptan Succinate Patent Litigation

    Motion of plaintiff Glaxo Group, Ltd., for centralization of the following actions in the
United States District Court for the Southern District of New York:


      District of Delaware

*Glaxo Group, Ltd. v. Spectrum Pharmaceuticals, Inc.*, C.A. No. 1:05-99

      Southern District of New York

*Glaxo Group, Ltd. v. Dr. Reddy's Laboratories, Ltd., et al.*, C.A. No. 1:03-10260
*Glaxo Group, Ltd. v. Cobalt Pharmaceuticals, Inc.*, C.A. No. 1:04-9886

Schedule of Matters for Hearing Session, Section A                          p. 10
Denver, Colorado


MDL-1702 -- In re Air Crash Near Kirksville, Missouri, on October 19, 2004

Motion of plaintiffs Jeffrey T. Diffenderfer, et al., for centralization of the following actions in the United States District Court for the Eastern District of Missouri:

### Eastern District of Missouri

*Everest National Insurance Co. v. Corporate Airlines, Inc.*, C.A. No. 4:05-60
*Jeffrey T. Diffenderfer, et al. v. Corporate Airlines, Inc., et al.*, C.A. No. 4:05-191
*A.D.M., et al. v. Corporate Airlines, Inc., et al.*, C.A. No. 4:05-245
*Susanne Wandel, etc. v. American Airlines, Inc., et al.*, C.A. No. 4:05-370
*Mary E. Sarantino, etc. v. American Airlines, Inc., et al.*, C.A. No. 4:05-445
*Diane Varidin, et al. v. American Airlines, Inc., et al.*, C.A. No. 4:05-555
*John E. Krogh, et al. v. Corporate Airlines, Inc., et al.*, C.A. No. 4:05-729
*E.M.W., et al. v. Corporate Airlines, Inc., et al.*, C.A. No. 4:05-730

### Northern District of Texas

*Karlene Ator, etc. v. American Airlines, Inc., et al.*, C.A. No. 3:05-159
*Alicia Talley, etc. v. American Airlines, Inc., et al.*, C.A. No. 3:05-160


MDL-1703 -- In re Sears, Roebuck & Co. Tools Marketing and Sales Practices Litigation

Motion of defendant Sears, Roebuck & Co., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

### Central District of California

*Guillermo Garcia Santamarina v. Sears, Roebuck & Co.*, C.A. No. 2:05-3039

### Southern District of Florida

*Jeffrey Greenfield v. Sears, Roebuck & Co.*, C.A. No. 1:05-21297

Schedule of Matters for Hearing Session, Section A                    p. 11
Denver, Colorado


MDL-1703 (Continued)


### Northern District of Illinois

*Larry Steven Anderson, Jr., et al. v. Sears, Roebuck & Co.*, C.A. No. 1:05-2623
*Tammy Cyr v. Sears, Roebuck & Co.*, C.A. No. 1:05-2627
*Charles Chatham v. Sears, Roebuck & Co.*, C.A. No. 1:05-2852

### Eastern District of Missouri

*Tracy Hutson v. Sears, Roebuck & Co.*, C.A. No. 4:05-760

Schedule of Matters for Hearing Session, Section B                           p. 12
Denver, Colorado


## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT


MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:


Middle District of Louisiana

*William D. Hammons v. AMEC Construction Management, Inc., et al.*,
   C.A. No. 3:04-855

District of Maryland

*Leroy Jackson v. John Crane-Houdaille, Inc., et al.*, C.A. No. 1:05-649

District of New Mexico

*Sinforosa Apodaca, et al. v. Zia Co., et al.*, C.A. No. 6:05-182

Southern District of New York

*Samuel P. Smith v. General Electric Co.*, C.A. No. 1:04-10102
*James Bernhardt, et al. v. General Electric Co.*, C.A. No. 1:04-10103

Western District of Pennsylvania

*Charles Simikian v. Pneumo Abex, LLC, et al.*, C.A. No. 2:05-229

Western District of Texas

*Kathy D. Sartalamacchia, et al. v. Alcoa, Inc.*, C.A. No. 6:05-90

Schedule of Matters for Hearing Session, Section B                                    p. 13
Denver, Colorado


MDL-1200 -- In re Flat Glass Antitrust Litigation

Opposition of defendant AFG Industries, Inc., to remand, under 28 U.S.C. § 1407(a), of
the following action to the United States District Court for the District of Oregon:


Western District of Pennsylvania

*JELD-WEN, Inc., et al. v. Asahi Glass Co., Ltd., et al.*, C.A. No. 2:99-875 (D. Oregon,
C.A. No. 3:99-351)


MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
                Liability Litigation

Oppositions of plaintiffs to transfer of their respective actions, listed on Attachment A, to
the United States District Court for the Eastern District of Pennsylvania.


MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Opposition of plaintiffs Edith Quick, et al., to transfer of the following action to the
United States District Court for the Southern District of New York:


Central District of Illinois

*Edith Quick, et al. v. Shell Oil Co., et al.*, C.A. No. 2:05-2072


MDL-1379 -- In re Literary Works in Electronic Databases Copyright Litigation

Opposition of plaintiff Edward Roeder to transfer of the following action to the United
States District Court for the Southern District of New York:


District of District of Columbia

*Edward Roeder v. Tribune Co., Inc., et al.*, C.A. No. 1:04-1818

Schedule of Matters for Hearing Session, Section B                    p. 14
Denver, Colorado


MDL-1405 -- In re California Wholesale Electricity Antitrust Litigation

      Opposition of plaintiff Preferred Energy Services, Inc., to transfer of the following action to the United States District Court for the Southern District of California:


          Northern District of California

      *Preferred Energy Services, Inc. v. Reliant Energy Services, Inc., et al.,*
         C.A. No. 5:05-1435


MDL-1431 -- In re Baycol Products Liability Litigation

      Opposition of plaintiff Linda Baker, etc., to transfer of the following action to the United States District Court for the District of Minnesota:


          Southern District of Alabama

      *Linda Baker, etc. v. Bayer AG, et al.,* C.A. No. 1:03-687


MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

      Opposition of plaintiffs Lon Wilkens, et al., to transfer of the following action to the United States District Court for the Southern District of Texas:


          Eastern District of Missouri

      *Lon Wilkens, et al. v. Merrill Lynch & Co., Inc., et al.,* C.A. No. 4:05-529

Schedule of Matters for Hearing Session, Section B                    p. 15
Denver, Colorado


MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

      Opposition of plaintiff County of Erie to transfer of the following action to the United States District Court for the District of Massachusetts:


      Western District of New York

*County of Erie v. Abbott Laboratories, Inc., et al.*, C.A. No. 6:05-6203


MDL-1486 -- In re Dynamic Random Access Memory (DRAM) Antitrust Litigation

      Oppositions of plaintiffs John McKinnon, et al.; Thomas K. Maher; and Shelly Smith, et al., to transfer of their respective following actions to the United States District Court for the Northern District of California:


      District of Maine

*John McKinnon, et al. v. Micron Technology, Inc., et al.*, C.A. No. 2:05-74

      Middle District of North Carolina

*Thomas K. Maher v. Elpida Memory, Inc., et al.*, C.A. No. 1:05-225

      District of Vermont

*Shelly Smith, et al. v. Micron Technology, Inc., et al.*, C.A. No. 2:05-99

Schedule of Matters for Hearing Session, Section B                               p. 16
Denver, Colorado


MDL-1507 -- In re Prempro Products Liability Litigation

     Oppositions of plaintiffs Irene Anderson, et al.; Kathi Porter, et al.; Grigorina Nikolchev, et al.; Karen Towle; Carol Schoenberg; and Carolyn Green to transfer of their respective following actions to the United States District Court for the Eastern District of Arkansas:

Northern District of California

*Irene Anderson, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 3:05-612
*Kathi Porter, et al. v. Wyeth Pharmaceuticals, Inc., et* al., C.A. No. 3:05-613
*Grigorina Nikolchev, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 4:05-611
*Karen Towle v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 4:05-614
*Carol Schoenberg v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 4:05-615

Southern District of Mississippi

*Carolyn Green v. Wyeth, Inc., et al.*, C.A. No. 3:04-877


MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

     Motion of defendants Reliant Energy Services, Inc.; Dynegy Marketing & Trade; The Williams Power Company, Inc.; CMS Marketing Services & Trading Company; Duke Energy Trading & Marketing, LLC; and AEP Energy Services, Inc., for transfer of the following action to the United States District Court for the District of Nevada:

Western District of Tennessee

*Samuel D. Leggett, et al. v. Duke Energy Corp., et al.*, C.A. No. 2:05-2177

Schedule of Matters for Hearing Session, Section B                    p. 17
Denver, Colorado


MDL-1586 -- In re Mutual Funds Investment Litigation

Oppositions of plaintiffs Barbara R. Anding, Dean Delaventura, and Brian Reaves to transfer of their respective following actions to the United States District Court for the District of Maryland:

Eastern District of Arkansas

*Barbara R. Anding v. Bank of America Corp., et al.*, C.A. No. 4:05-525

District of Massachusetts

*Dean Delaventura v. Columbus Acorn Trust, et al.*, C.A. No. 1:05-10793
*Brian Reaves v. MFS Series Trust I, et al.*, C.A. No. 1:05-10804


MDL-1596 -- In re Zyprexa Products Liability Litigation

Oppositions of plaintiffs Nancy Sires and Connie Brown, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of New York:

Eastern District of Kentucky

*Nancy Sires v. Eli Lilly & Co., et al.*, C.A. No. 5:05-117

Northern District of Texas

*Connie Brown, et al. v. Eli Lilly & Co., et al.*, C.A. No. 4:05-215

Schedule of Matters for Hearing Session, Section B                      p. 18
Denver, Colorado


MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Oppositions of plaintiffs Robert Harris, et al.; Wilfred Hinton; Albert Telfer; Sandra Sinegal; and Jeff Watson, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

Middle District of Alabama

*Robert Harris, et al. v. Ocwen Federal Bank, FSB*, C.A. No. 3:05-254

Northern District of Alabama

*Wilfred Hinton v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 2:05-689

Central District of California

*Albert Telfer v. Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, et al.*, C.A. No. 5:05-138

Eastern District of Texas

*Sandra Sinegal v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 1:05-246

Southern District of Texas

*Jeff Watson, et al. v. Ocwen Federal Bank, FSB*, C.A. No. 4:05-924


MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs Ellen DeRosa and Mary Hansen to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

District of New Hampshire

*Ellen DeRosa v. Pfizer, Inc., et al.*, C.A. No. 1:05-116

District of Vermont

*Mary Hansen v. Pfizer, Inc., et al.*, C.A. No. 1:05-100

Schedule of Matters for Hearing Session, Section B                    p. 19
Denver, Colorado


MDL-1631 -- In re Publication Paper Antitrust Litigation

Oppositions of plaintiffs Jorine Lowry; Beth Mahoney; and Shelly Smith, et al., to transfer of their respective following actions to the United States District Court for the District of Connecticut:

District of Maine

*Jorine Lowry v. International Paper Co., et al.*, C.A. No. 2:05-63

District of New Hampshire

*Beth Mahoney v. International Paper Co., et al.*, C.A. No. 1:05-120

District of Vermont

*Shelly Smith, et al. v. International Paper Co., et al.*, C.A. No. 2:05-93


MDL-1657 -- In re Vioxx Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Eastern District of California

*Leonard Lagden v. Merck & Co., Inc., et al.*, C.A. No. 2:05-656

Northern District of California

*Vick Kargodorian v. Merck & Co., Inc., et al.*, C.A. No. 3:05-937
*Nora Olson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-1256

Southern District of California

*Robert V. Purcell v. Merck & Co., Inc., et al.*, C.A. No. 3:05-443

Schedule of Matters for Hearing Session, Section B                              p. 20
Denver, Colorado


MDL-1657 (Continued)


     District of Connecticut

*JoAnn Malek v. Eric Rosenberg, M.D., et al.*, C.A. No. 3:05-543

     Middle District of Florida

*Migna Serrano, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-170
*Conchita Merced-Torres, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-449
*Samuel Diaz, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-472
*Wayne Vigil, et al. v. Merck & Co., Inc., et al.*, C.A. No. 8:05-223

     Southern District of Illinois

*Helen Wood v. Merck & Co., Inc., et al.*, C.A. No. 3:05-168

     Eastern District of Missouri

*Curt Meng, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-194
*Ronald Colbert, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-195
*Carver Black, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-297
*John Hodges, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-302
*Renee Lockett, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-304
*LeJuana Young, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-309
*Kathryn Pueser, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-430
*Chris Piechoinski, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-431
*Lorraine Phillip, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-433
*Barbara O'Bannon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-434
*Mary Miles, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-435
*Jeffrey McDaniel, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-436
*Louise McCarter, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-437
*Norma Hubbard, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-438
*Delores Holmes, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-439
*Terry Frame, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-440
*Jane Cavins, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-441
*Charlesetta Butler, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-442

Schedule of Matters for Hearing Session, Section B                    p. 21
Denver, Colorado


MDL-1657 (Continued)


### Northern District of Ohio

*Kimberly Kaiser, et al. v. Merck & Co., Inc.*, C.A. No. 1:05-776

### Western District of Pennsylvania

*Mary Ellen Magnifico v. Merck & Co., Inc.*, C.A. No. 2:05-386

### Northern District of Texas

*James Booker v. Merck & Co., Inc., et al.*, C.A. No. 3:05-496

### Northern District of West Virginia

*William David Lough, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:05-34


## MDL-1663 -- In re Insurance Brokerage Antitrust Litigation

Oppositions of plaintiff KLLM, Inc., plaintiff Signum, LLC, defendant CV Starr & Company, and defendant Insurance Company of the State of Pennsylvania to transfer of their respective following actions to the United States District Court for the District of New Jersey:


### Southern District of Mississippi

*KLLM, Inc. v. Marsh USA, Inc., et al.*, C.A. No. 3:04-893

### District of South Carolina

*Signum, LLC v. AON Corp., et al.*, C.A. No. 4:05-528

## ATTACHMENT A TO THE JULY 28, 2005
## SCHEDULE OF MATTERS FOR HEARING

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability
   Litigation

### Central District of California

*Susan R. Burrows, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-5304
*Inga M. Hughes, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-5316
*Kathleen Koman-Fahey v. American Home Products Corp., et al.*, C.A. No. 2:04-5317
*Marilyn D. Evans, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-5318
*Sheila Briggs, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7470
*Erma R. Boone, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7474
*Claudia J. Bolding v. American Home Products Corp., et al.*, C.A. No. 2:04-7475
*Debra A. Brock v. American Home Products Corp., et al.*, C.A. No. 2:04-7480
*Elizabeth T. Kramer-Manter, et al. v. American Home Products Corp., et al.*,
   C.A. No. 2:04-7638
*Carol Lenz, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7640
*Sharon E. Little v. American Home Products Corp., et al.*, C.A. No. 2:04-7641
*Maria L. Lopez v. American Home Products Corp., et al.*, C.A. No. 2:04-7642
*Jesse M. Logan, Jr. v. American Home Products Corp., et al.*, C.A. No. 2:04-7643
*Deborah A. St. Amand, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8056
*Cynthia Y. Vaporis-Martinez, et al. v. American Home Products Corp., et al.*,
   C.A. No. 2:04-9709
*Betty Barton v. American Home Products Corp., et al.*, C.A. No. 2:05-139
*Carolyn J. Clammer, et al. v. American Home Products Corp., et al.*, C.A. No. 2:05-140
*Rufino Santiago, et al. v. American Home Products Corp., et al.*, C.A. No. 2:05-1238
*Deborah Bain v. American Home Products Corp., et al.*, C.A. No. 2:05-1239

### Northern District of Georgia

*Frances Humphrey, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-1566

### Southern District of Mississippi

*Sheryl Lynne Renfroe v. Wyeth, Inc.*, C.A. No. 3:04-717

- 2 -

**MDL-1203 Attachment A (Continued)**

Southern District of New York

*Milagros Luis v. American Home Products Corp., et al.*, C.A. No. 1:03-8290
*Rosolyn J. Liebman-Rube, et al. v. American Home Products Corp., et al.*, C.A. No. 1:03-8291
*Eva Sirna, et al. v. American Home Products Corp., et al.*, C.A. No. 1:04-5487

Southern District of Texas

*Joe A. Munoz v. Wyeth*, C.A. No. 4:03-4558
*Kymberly A. Broyles v. Wyeth, et al.*, C.A. No. 4:03-4734
*Rebecca S. Johnson v. Wyeth*, C.A. No. 4:03-4809
*Sandra Autrey-Karnes v. Wyeth, et al.*, C.A. No. 4:03-4814
*Sophronia G. Bourgeois v. Wyeth*, C.A. No. 4:03-4817
*Kimberly J. Bounds v. Wyeth*, C.A. No. 4:03-4818
*Sherry Bess v. Wyeth*, C.A. No. 4:03-4819
*Shauna L. Stelse v. Wyeth*, C.A. No. 4:03-4820
*Ethel L. Gardley v. Wyeth, et al.*, C.A. No. 4:03-4821
*Germania D. Sitomer v. Wyeth*, C.A. No. 4:03-4824
*John D. Bruderor v. Wyeth*, C.A. No. 4:03-4825
*Evelyn J. Vela v. Wyeth*, C.A. No. 4:03-4826
*Steve W. Siebeneicher v. Wyeth, et al.*, C.A. No. 4:03-4828
*Myra C. Leslie v. Wyeth, et al.*, C.A. No. 4:03-4830
*Janice L. Hall v. Wyeth*, C.A. No. 4:03-4832
*Wanda G. Robinson v. Wyeth*, C.A. No. 4:03-4835
*Ginger S. Glass v. Wyeth, et al.*, C.A. No. 4:03-4836
*Ruby M. Howard v. Wyeth*, C.A. No. 4:03-4839
*Nikkole R. Kettle v. Wyeth*, C.A. No. 4:03-4846
*Jami L. Hain v. Wyeth, et al.*, C.A. No. 4:03-4848
*Christina R. Buck v. Wyeth, et al.*, C.A. No. 4:03-4849
*Martha V. Ruiz v. Wyeth*, C.A. No. 4:03-4851
*Barbara L. Hirsch v. Wyeth*, C.A. No. 4:03-4852
*Brenda K. Stewart v. Wyeth*, C.A. No. 4:03-4853
*Mary L. Thomas v. Wyeth*, C.A. No. 4:03-4854
*Olga Castro v. Wyeth, et al.*, C.A. No. 4:03-4904
*Glenda J. Schochler v. Wyeth, et al.*, C.A. No. 4:03-4905
*Susan L. Rivas v. Wyeth*, C.A. No. 4:03-4907
*Melanie A. Gray v. Wyeth*, C.A. No. 4:03-4908

- 3 -

**MDL-1203 Attachment A (Continued)**


<u>Southern District of Texas</u> (Continued)

*Belinda P. McAdams v. Wyeth*, C.A. No. 4:03-4909
*Eleanor L. Baker v. Wyeth*, C.A. No. 4:03-4911
*Tory R. Khaleq v. Wyeth, et al.*, C.A. No. 4:03-4914
*Peggy S. Hudson v. Wyeth, et al.*, C.A. No. 4:03-4915
*Patricia L. Green v. Wyeth, et al.*, C.A. No. 4:03-4917
*Belle L. Gwaltney v. Wyeth*, C.A. No. 4:03-4918
*Jodie M. Nanni v. Wyeth*, C.A. No. 4:03-4919
*Wanda K. Ratliff v. Wyeth*, C.A. No. 4:03-4920
*Connie D. Bale v. Wyeth, et al.*, C.A. No. 4:03-4921
*Joyce E. Lewis v. Wyeth*, C.A. No. 4:03-4922
*Rea Jane Halter v. Wyeth, et al.*, C.A. No. 4:03-4924
*Deborah K. Roberts v. Wyeth, et al.*, C.A. No. 4:03-4926
*Frank Vollaro v. Wyeth, et al.*, C.A. No. 4:03-4928
*Donna C. Rodgers v. Wyeth*, C.A. No. 4:03-4931
*Phyllis A. Thompson v. Wyeth*, C.A. No. 4:03-4940
*Shelly Hourani, et al. v. Wyeth*, C.A. No. 4:04-277

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
(i)    the dispositive issue(s) have been authoritatively decided; or
(ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.