IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP, LTD., d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 05-99-GMS

**JURY TRIAL DEMANDED**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 22, 2005, copies of Spectrum Pharmaceuticals, Inc.'s Initial Disclosure Pursuant To Rule 26(a)(1) were served on the following attorneys of record at the addresses and in the manner indicated:

**BY HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Evan R. Chesler, Esquire
Richard J. Stark, Esquire
David Greenwald, Esquire
Andrei Harasymiak, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Robert L. Baechtold, Esquire
Nicholas M. Cannella, Esquire
Colleen Tracy, Esquire
Leisa Smith, Esquire
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10012


*/s/ Matthew W. King (#4395)*
Robert W. Whetzel (#2288)
(whetzel@rlf.com)
Matthew W. King (#4566)
(king@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
    Attorneys for Defendant Spectrum
    Pharmaceuticals, Inc.

Dated:  June 23, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**BY HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

I hereby certify that on June 23, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated::

**BY TELECOPY**
Evan R. Chesler, Esquire
Richard J. Stark, Esquire
David Greenwald, Esquire
Andrei Harasymiak, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Robert L. Baechtold, Esquire
Nicholas M. Cannella, Esquire
Colleen Tracy, Esquire
Leisa Smith, Esquire
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10012

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com

RLF1-2891424-1