IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD.<br>d/b/a/ GLAXOSMITHKLINE<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>    Defendant and<br>    Counterclaim Plaintiff | Civil Action No. 05-99-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff GSK's Initial Disclosures to Defendant Spectrum Pharmaceuticals were caused to be served on June 22, 2005 upon the following in the manner indicated:

<u>BY FACSIMILE AND FEDERAL EXPRESS</u>

Michael J. Bettinger
Timothy P. Walker
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

Robert W. Whetzel
Matthew W. King
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

          MORRIS, NICHOLS, ARSHT & TUNNELL

          /s/  Jack B. Blumenfeld
          Jack B. Blumenfeld (#1014)
          Julia Heaney (#3052)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
          jheaney@mnat.com
            Attorneys for Plaintiff
            Glaxo Group Ltd., d/b/a GlaxoSmithKline

OF COUNSEL:

Evan R. Chesler
Richard J. Stark
David Greenwald
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
(212) 474-1000

Robert L. Baechtold
Nicholas M. Cannella
Colleen Tracy
Leisa Smith
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112-3801
(212) 218-2100

June 27, 2005