IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD.<br>d/b/a/ GLAXOSMITHKLINE<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>    Defendant and<br>    Counterclaim Plaintiff | Civil Action No. 05-99-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff 's Responses to Spectrum Pharmaceuticals' First Set of Interrogatories to Plaintiff and First Set of Requests for Production of Documents and Things were caused to be served on June 17, 2005 upon the following in the manner indicated:

    BY FACSIMILE AND AIRBORNE EXPRESS

    Michael J. Bettinger
    Timothy P. Walker
    Preston Gates & Ellis LLP
    55 Second Street, Suite 1700
    San Francisco, CA  94105

    Robert W. Whetzel
    Matthew W. King
    Richards, Layton & Finger, P.A.
    One Rodney Square
    P.O. Box 551
    Wilmington, DE  19899

                MORRIS, NICHOLS, ARSHT & TUNNELL

                /s/  Jack B. Blumenfeld
                Jack B. Blumenfeld (#1014)
                Julia Heaney (#3052)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                jheaney@mnat.com
                  Attorneys for Plaintiff
                  Glaxo Group Ltd., d/b/a GlaxoSmithKline

OF COUNSEL:

Evan R. Chesler
Richard J. Stark
David Greenwald
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
(212) 474-1000

Robert L. Baechtold
Nicholas M. Cannella
Colleen Tracy
Leisa Smith
Fitzpatrick, Cella, Harper & Scinto-
(212) 218-2100

June 27, 2005