IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiff-Counterclaim<br>        Defendant,<br><br>v<br><br>SPECTRUM PHARMACEUTICALS, INC ,<br><br>        Defendant-Counterclaim<br>        Plaintiff | Civil Action No 05-99-GMS |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Edmond D Johnson and Peter B Ladig of The Bayard Firm and Matthew B Lehr, Steven C Cherny and Maximillian A Grant of Latham & Watkins LLP hereby enter their appearance as counsel of record on behalf of Spectrum Pharmaceuticals, Inc and are substituted as counsel for such party and Richards, Layton & Finger, P A and Preston Gates & Ellis LLP withdraw their appearance as counsel of record for Spectrum Pharmaceuticals, Inc in this action

593101v1

| | |
|---|---|
| Of Counsel: | THE BAYARD FIRM |
| Matthew B. Lehr<br>Latham & Watkins LLP<br>135 Commonwealth Drive<br>Menlo Park, California 94025<br>(650) 328-4600 | */s/ Peter B. Ladig*<br>Edmond D. Johnson (#2257)<br>ejohnson@bayardfirm.com<br>Peter B. Ladig (#3513)<br>pladig@bayardfirm.com<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000 |
| Steven C. Cherny<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>(212) 906-1200 | Attorneys for Defendant-Counterclaim-Plaintiff<br>Spectrum Pharmaceuticals, Inc. |
| Maximillian A. Grant<br>Latham & Watkins LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004<br>(202) 637-2200 | |

Dated: June 30, 2005

| | |
|---|---|
| Of Counsel: | RICHARDS, LAYTON & FINGER, P.A. |
| Michael J. Bettinger<br>Timothy P. Walker<br>Preston Gates & Ellis LLP<br>55 Second Street<br>Suite 1700<br>San Francisco, CA 94105<br>(415) 882-8200 | */s/ Matthew W. King*<br>Robert W. Whetzel (#2288)<br>whetzel@rlf.com<br>Matthew W. King (#4566)<br>king@rlf.com<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700 |

Dated: June 29, 2005

593101v1

## CERTIFICATE OF SERVICE

I, Peter B. Ladig, Esquire, hereby certify that on June 30, 2005, the foregoing Notice of Substitution of Counsel was served electronically on counsel listed below:

> Jack B. Blumenfeld
> Julia Heaney
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street,
> Wilmington, Delaware 19899

_____
Peter B. Ladig (#3513)

593103v1