<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel certifies that, on July 13, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street,
Wilmington, Delaware 19899

Edmond D. Johnson (#2257)

594326v1