IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff-Counterclaim<br>    Defendant,<br><br>  v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>    Defendant-Counterclaim<br>    Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-99-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Maximilian A. Grant, Esquire, to represent defendant-counterclaim plaintiff Spectrum Pharmaceuticals, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Grant is being submitted in connection with this motion.

July 20, 2005

Of Counsel:

Matthew B. Lehr
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, California 94025
(650) 328-4600

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

THE BAYARD FIRM

/s/ Edmond D. Johnson

Edmond D. Johnson (#2257)
ejohnson@bayardfirm.com
Peter B. Ladig (#3513)
pladig@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
Attorneys for Defendant-Counterclaim-Plaintiff
Spectrum Pharmaceuticals, Inc.

595150v1

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Amanda J. Hollis
Latham & Watkins LLP
233 S. Wacker Dr., Suite 5800
Chicago, IL  60606

595150v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of Illinois and Colorado (inactive) and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid or the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office concurrent with the filing of this motion.

July 13, 2005

_____
Maximilian A. Grant
LATHAM & WATKINS LLP

Attorneys for Defendant Spectrum Pharmaceuticals, Inc.

592554v1