IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD.<br>d/b/a/ GLAXOSMITHKLINE<br><br>　　　Plaintiff and<br>　　　Counterclaim Defendant,<br><br>　　　v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>　　　Defendant and<br>　　　Counterclaim Plaintiff | Civil Action No. 05-99-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Plaintiff's First Set Of Requests For The Production Of Documents And Things and (2) Plaintiff's First Set Of Interrogatories were caused to be served on July 22, 2005 upon the following in the manner indicated:

### BY HAND

　　　Edmond D. Johnson
　　　Peter B. Ladig
　　　The Bayard Firm
　　　222 Delaware Avenue
　　　Suite 900
　　　Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Matthew B. Lehr
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA  94025

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York. NY  10022

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    */s/  Julia Heaney*
                    Jack B. Blumenfeld (#1014)
                    Julia Heaney (#3052)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    jheaney@mnat.com
                      Attorneys for Plaintiff
                      Glaxo Group Ltd., d/b/a GlaxoSmithKline

OF COUNSEL:

Evan R. Chesler
Richard J. Stark
David Greenwald
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
(212) 474-1000

Robert L. Baechtold
Nicholas M. Cannella
Colleen Tracy
Leisa Smith
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112-3801
(212) 218-2100

July 22, 2005
471284

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on July 22, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Edmond D. Johnson
The Bayard Fim

I also certify that copies were caused to be served on July 22, 2005 upon the following in the manner indicated:

BY HAND

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

BY FEDERAL EXPRESS

Matthew B. Lehr
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA  94025

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York. NY  10022

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004

*/s/ Julia Heaney (#3052)*
Julia Heaney