IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>　　　　　Plaintiff-Counterclaim<br>　　　　　Defendant,<br><br>　　v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>　　　　　Defendant-Counterclaim<br>　　　　　Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-99-GMS |

## NOTICE OF DEPOSITIONS

To:   Jack B. Blumenfeld, Esq.　　　　　Andrei Harasymiak, Esq.
　　　Julia Heaney, Esq.　　　　　　　　Worldwide Plaza
　　　Morris, Nichols, Arsht &　　　　　825 Eighth Avenue
　　　Tunnell　　　　　　　　　　　　　New York, New York, 10019
　　　1201 N. Market Street,
　　　Wilmington, Delaware 19899

　　　Collen Tracy, Esq.
　　　Fitzpatrick, Cella, Harper &
　　　Scinto
　　　30 Rockefeller Plaza
　　　New York, New York 10112

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 30, defendant Spectrum Pharmaceuticals, Inc. will take the depositions of the following persons on the date and time and at the locations indicated below, or at such date, time and location as the parties may otherwise agree.

| Name | Date | Time | Location |
|---|---|---|---|
| Michael Jackson | August 4, 2005 | 9:00 a.m. | Cravath, Swaine & Moore<br>CityPoint<br>One Ropemaker Street<br>London EC2Y 9HR<br>United Kingdom |

596523v1

| Alexander Oxford | August 5, 2005 and August 6, 2005 | 9:00 a.m. (August 5) and 9:30 a.m. (August 6) | Cravath, Swaine & Moore<br>CityPoint<br>One Ropemaker Street<br>London EC2Y 9HR<br>United Kingdom |
|---|---|---|---|
| Donna Gutterman | August 11, 2005 | 9:30 a.m. | Fitzpatrick, Cella, Harper & Scinto<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| Patrick Humphrey | August 15, 2005 | 9:00 a.m. | Fitzpatrick, Cella, Harper & Scinto<br>30 Rockefeller Plaza<br>New York, New York 10112 |

Of Counsel:

Matthew B. Lehr
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, California 94025
(650) 328-4600

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Dated: August 2, 2005

THE BAYARD FIRM

_/s/ Peter B. Ladig_
Edmond D. Johnson (#2257)
ejohnson@bayardfirm.com
Peter B. Ladig (#3513)
pladig@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
Attorneys for Defendant-Counterclaim-Plaintiff
Spectrum Pharmaceuticals, Inc.

596523v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 2, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esquire
Julia B. Heaney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

The undersigned counsel further certifies that copies of the foregoing document were sent, on August 2, 2005, by fax to the following non-registered participants:

Andrei Harasymiak, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, New York, 10019

Collen Tracy, Esq.
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, New York 10112

_____
Peter B. Ladig (#3513)

596557v1