IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff-Counterclaim<br>    Defendant,<br><br>  v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>    Defendant-Counterclaim<br>    Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-99-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 23rd day of August, 2005, copies of Spectrum Pharmaceuticals, Inc.'s Notice of Deposition of Michael Howard Tarbit were served in the manner indicated on the following counsel of record:

BY EXPRESS MAIL AND FACSIMILE:

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street,
Wilmington, Delaware 19899

BY FACSIMILE:

Bruce D. Radin, Esq.
Budd Larner Rosenbaum Greenburg
150 John F. Kennedy Parkway, CN1000
Short Hills, NJ 07078-0999

Andrei Harasymiak, Esq.
Cravath Swain & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York, 10019

| | |
|---|---|
| OF COUNSEL: | THE BAYARD FIRM |
| | *[signature]* |
| Matthew B. Lehr | Edmond D. Johnson (#2257) |
| Latham & Watkins LLP | ejohnson@bayardfirm.com |
| 135 Commonwealth Drive | Peter B. Ladig (#3513) |
| Menlo Park, California 94025 | pladig@bayardfirm.com |
| (650) 328-4600 | 222 Delaware Avenue, Suite 900 |
| | P.O. Box 25130 |
| Steven C. Cherny | Wilmington, Delaware 19899 |
| Latham & Watkins LLP | (302) 655-5000 |
| 885 Third Avenue, Suite 1000 | Attorneys for Defendant-Counterclaim-Plaintiff |
| New York, New York 10022 | Spectrum Pharmaceuticals, Inc. |
| (212) 906-1200 | |

Maximillian A. Grant
Amanda J. Hollis
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Dated: August 24, 2005

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 24, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esquire
Julia B. Heaney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

_____
Edmond D. Johnson (#3513)

598804v1