IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiff-Counterclaim<br>        Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>        Defendant-Counterclaim<br>        Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-99-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on August 22, 2005, copies of Spectrum Pharmaceuticals' Responses and Objections to Plaintiff's First Set of Requests for the Production of Documents and Things and First Set of Interrogatories were served on the following counsel in the manner shown:

BY EXPRESS MAIL AND FACSIMILE:

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street,
Wilmington, Delaware 19899


BY FACSIMILE:

Bruce D. Radin, Esq.
Budd Larner Rosenbaum Greenburg
150 John F. Kennedy Parkway, CN1000
Short Hills, NJ 07078-0999

Andrei Harasymiak, Esq.
Cravath Swain & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York, 10019

598801v1

| | |
|---|---|
| OF COUNSEL: | THE BAYARD FIRM |
| Matthew B. Lehr<br>Latham & Watkins LLP<br>135 Commonwealth Drive<br>Menlo Park, California 94025<br>(650) 328-4600 | /s/ Edmond D. Johnson<br>Edmond D. Johnson (#2257)<br>ejohnson@bayardfirm.com<br>Peter B. Ladig (#3513)<br>pladig@bayardfirm.com<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>Attorneys for Defendant-Counterclaim-Plaintiff<br>Spectrum Pharmaceuticals, Inc. |
| Steven C. Cherny<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>(212) 906-1200 | |
| Maximillian A. Grant<br>Amanda J. Hollis<br>Latham & Watkins LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004<br>(202) 637-2200 | |

Dated: August 24, 2005

598801v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 24, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esquire
Julia B. Heaney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

Edmond D. Johnson (#3513)

598804v1