IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>　　　　Plaintiff-Counterclaim<br>　　　　Defendant,<br><br>　　v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>　　　　Defendant-Counterclaim<br>　　　　Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-99-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 31, 2005, copies of 1) Defendant Spectrum Pharmaceuticals, Inc.'s Second Set of Requests for the Production of Documents and Things to Plaintiff Glaxo Group Limited (Nos. 36-65), and 2) Defendant Spectrum Pharmaceuticals, Inc.'s Second Set of Interrogatories to Plaintiff Glaxo Group Limited (Nos. 8-15) were served on the following counsel in the manner shown:

BY HAND:

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street,
Wilmington, Delaware 19899

599961v1

| | |
|---|---|
| OF COUNSEL: | THE BAYARD FIRM |
| | |
| Matthew B. Lehr | /s/ Edmond D. Johnson |
| Latham & Watkins LLP | Edmond D. Johnson (#2257) |
| 135 Commonwealth Drive | ejohnson@bayardfirm.com |
| Menlo Park, California 94025 | Peter B. Ladig (#3513) |
| (650) 328-4600 | pladig@bayardfirm.com |
| | 222 Delaware Avenue, Suite 900 |
| Steven C. Cherny | P.O. Box 25130 |
| Latham & Watkins LLP | Wilmington, Delaware 19899 |
| 885 Third Avenue, Suite 1000 | (302) 655-5000 |
| New York, New York 10022 | Attorneys for Defendant-Counterclaim-Plaintiff |
| (212) 906-1200 | Spectrum Pharmaceuticals, Inc. |

Maximillian A. Grant
Amanda J. Hollis
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Dated: September 1, 2005

599961v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 1, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esquire
Julia B. Heaney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801


_____
Edmond D. Johnson (#3513)

598804v1