IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>      Plaintiff-Counterclaim<br>      Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>      Defendant-Counterclaim<br>      Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-99-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITIONS

To:    Jack B. Blumenfeld, Esq.            Andrei Harasymiak, Esq.
         Julia Heaney, Esq.                  Worldwide Plaza
         Morris, Nichols, Arsht &         825 Eighth Avenue
         Tunnell                               New York, New York, 10019
         1201 N. Market Street,
         Wilmington, Delaware 19899

         Collen Tracy, Esq.
         Fitzpatrick, Cella, Harper &
         Scinto
         30 Rockefeller Plaza
         New York, New York 10112

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 30, defendant Spectrum Pharmaceuticals, Inc. will take the depositions of the following persons on the date and time and at the locations indicated below, or at such date, time and location as the parties may otherwise agree.

| Name | Date | Time | Location |
|---|---|---|---|
| Wasyl Feniuk | September 23, 2005 | 9:30 a.m. | Latham & Watkins LLP<br>99 Bishopsgate<br>London EC2M 3XF<br>England |

600882v1

| Ian Coates | September 26, 2005 | 9:30 a.m. | Latham & Watkins LLP<br>99 Bishopsgate<br>London EC2M 3XF<br>England |
|---|---|---|---|
| Darko Butina | September 27, 2005 | 9:30 a.m. | Latham & Watkins LLP<br>99 Bishopsgate<br>London EC2M 3XF<br>England |
| Martin Owen | September 28, 2005 | 9:30 a.m. | Latham & Watkins LLP<br>99 Bishopsgate<br>London EC2M 3XF<br>England |
| Marion Perren | September 29, 2005 | 9:30 a.m. | Latham & Watkins LLP<br>99 Bishopsgate<br>London EC2M 3XF<br>England |

The depositions will be recorded by stenographic means. You are invited to attend and cross-examine.

Of Counsel:

Matthew B. Lehr
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, California 94025
(650) 328-4600

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Dated: September 12, 2005

THE BAYARD FIRM

Edmond D. Johnson (#2257)
ejohnson@bayardfirm.com
Peter B. Ladig (#3513)
pladig@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
Attorneys for Defendant-Counterclaim-Plaintiff
Spectrum Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 12, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esquire
Julia B. Heaney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

The undersigned counsel further certifies that copies of the foregoing document were sent, on September 12, 2005, by fax to the following non-registered participants:

| | |
|---|---|
| Andrei Harasymiak, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York, 10019 | Collen Tracy, Esq.<br>Fitzpatrick, Cella, Harper & Scinto<br>30 Rockefeller Plaza<br>New York, New York 10112 |

_____
Peter B. Ladig (#3513)

596557v1