## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>   Plaintiff-Counterclaim<br>   Defendant,<br><br>  v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>   Defendant-Counterclaim<br>   Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-99-GMS<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 14, 2005, copies of Spectrum's

Responses and Objections to GSK's Rule 30(b)(6) Notice were served on the following

counsel in the manner shown:

BY E-MAIL

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street,
Wilmington, Delaware 19899

BY FACSIMILE:

| Andrei Harasymiak, Esq.<br>Cravath Swaine & Moore<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York, 10019 | Collen Tracy, Esq.<br>Fitzpatrick, Cella, Harper & Scinto<br>30 Rockefeller Plaza<br>New York, New York 10112 |
|---|---|

OF COUNSEL:                              THE BAYARD FIRM


Matthew B. Lehr                          Edmond D. Johnson (#2257)
Latham & Watkins LLP                     ejohnson@bayardfirm.com
135 Commonwealth Drive                   Peter B. Ladig (#3513)
Menlo Park, California 94025             pladig@bayardfirm.com
(650) 328-4600                           222 Delaware Avenue, Suite 900
                                         P.O. Box 25130
Steven C. Cherny                         Wilmington, Delaware 19899
Latham & Watkins LLP                     (302) 655-5000
885 Third Avenue, Suite 1000             Attorneys for Defendant-Counterclaim-Plaintiff
New York, New York 10022                 Spectrum Pharmaceuticals, Inc.
(212) 906-1200

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Amanda J. Hollis
Sears Tower, Ste. 5800
233 South Wacker Drive
Chicago, IL 60606
(312) 876-7700


Dated: September 14, 2005

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 14, 2005, he electronically

filed the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Jack B. Blumenfeld, Esquire
Julia B. Heaney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

Edmond D. Johnson (#2257)