# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

September 29, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

> Re:  GlaxoSmithKline v. Spectrum Pharmaceuticals, Inc.
> C.A. No. 05-99-GMS

Dear Judge Sleet:

We represent the plaintiff, Glaxo Group Ltd d/b/a GlaxoSmithKline ("GSK"), in the above-entitled action. After conferring with counsel for defendant Spectrum Pharmaceuticals, Inc. ("Spectrum"), we write to inform the Court that Magistrate Judge Maas of the United States District Court for the Southern District of New York has declined GSK's request to synchronize expert discovery in the New York action with expert discovery in this action.  Consequently, the request GSK made in its letter of August 31 to the Court is now moot.

GSK and Spectrum are presently conferring on a schedule and hope to submit an agreed-upon scheduling proposal to the Court in the near future.

Respectfully,

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld

JBB/bls

cc:  Peter T. Dalleo, Clerk (By Hand)
Edmond D. Johnson, Esquire (By Hand)
Matthew B. Lehr, Esquire (By Fax)
Colleen B. Tracy, Esquire (By Fax)
David Greenwald, Esquire (By Fax)