IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiff-Counterclaim<br>        Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>        Defendant-Counterclaim<br>        Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-99-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 30, 2005, copies of Spectrum's Responses and Objections to Plaintiff's Second Set of Interrogatories and Requests for Admission were served on the following counsel in the manner shown:

VIA HAND DELIVERY

Jack B. Blumenfeld, Esquire
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, Delaware 19899

BY FACSIMILE:

| Andrei Harasymiak, Esq.<br>Cravath Swaine & Moore<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York, 10019 | Collen Tracy, Esq.<br>Fitzpatrick, Cella, Harper & Scinto<br>30 Rockefeller Plaza<br>New York, New York 10112 |
|---|---|

603567v1

| | |
|---|---|
| OF COUNSEL: | THE BAYARD FIRM |
| | |
| | /s/ Edmond D. Johnson |
| Matthew B. Lehr | Edmond D. Johnson (#2257) |
| Latham & Watkins LLP | ejohnson@bayardfirm.com |
| 135 Commonwealth Drive | Peter B. Ladig (#3513) |
| Menlo Park, California 94025 | pladig@bayardfirm.com |
| (650) 328-4600 | 222 Delaware Avenue, Suite 900 |
| | P.O. Box 25130 |
| Steven C. Cherny | Wilmington, Delaware 19899 |
| Latham & Watkins LLP | (302) 655-5000 |
| 885 Third Avenue, Suite 1000 | Attorneys for Defendant-Counterclaim-Plaintiff |
| New York, New York 10022 | Spectrum Pharmaceuticals, Inc. |
| (212) 906-1200 | |

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Amanda J. Hollis
Sears Tower, Ste. 5800
233 South Wacker Drive
Chicago, IL 60606
(312) 876-7700


Dated: September 30, 2005

603567v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 30, 2005, he caused a true and correct copy of the foregoing Notice of Service to be served via hand delivery on the following:

Jack B. Blumenfeld, Esquire
Julia B. Heaney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

Edmond D. Johnson (#2257)

603569v1