IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LTD. d/b/a/ GLAXOSMITHKLINE | : | |
| Plaintiff and Counterclaim Defendant, | : | |
| v. | : | Civil Action No. 05-99-GMS |
| SPECTRUM PHARMACEUTICALS, INC., | : | |
| Defendant and Counterclaim Plaintiff | : | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Plaintiff's Response to Spectrum Pharmaceutical's Second Set of Interrogatories and (2) Plaintiff's Response to Spectrum Pharmaceutical's Second Set of Requests for the Production of Documents and Things (Nos. 36-65) were caused to be served on September 30, 2005 upon the following in the manner indicated:

**BY HAND**

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

**BY FACSIMILE**

Matthew B. Lehr
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA  94025

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York. NY  10022

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/  Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com
  Attorneys for Plaintiff
  Glaxo Group Ltd., d/b/a GlaxoSmithKline

OF COUNSEL:

Evan R. Chesler
Richard J. Stark
David Greenwald
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
(212) 474-1000

2

Robert L. Baechtold
Nicholas M. Cannella
Colleen Tracy
Leisa Smith
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112-3801
(212) 218-2100

September 30, 2005
471284

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on September 30, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

    Edmond D. Johnson
    The Bayard Fim

I also certify that copies were caused to be served on September 30, 2005 upon the following in the manner indicated:

BY HAND

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

BY FACSIMILE

Matthew B. Lehr
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA  94025

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York. NY  10022

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004

                                               */s/ Julia Heaney (#3052)*
                                               Julia Heaney