IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD. d/b/a GLAXOSMITHKLINE, : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 05-99-GMS |
| SPECTRUM PHARMACEUTICALS, INC., : : | |
| Defendant. : | |

## ORDER

At Wilmington this **24th day of January, 2006,**

IT IS ORDERED that the mediation conference scheduled for Friday, February 24, 2006 beginning at 9:00 a.m. has been rescheduled to **Friday, September 8, 2006 at 9:00 a.m.** Submissions of the parties shall now be due on or before **Monday, August 28, 2006.** All other provisions of the Court's August 17, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE