# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 3, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    GlaxoSmithKline v. Spectrum Pharmaceuticals, Inc.
               C.A. No. 05-99-GMS

Dear Judge Sleet:

      I am writing in connection with the telephone conference scheduled for next Thursday, February 9, 2006 at 11:00 a.m. The following chart sets forth the dates proposed by the parties for the remainder of the case. Once the Court has set dates, the parties will submit a proposed form of scheduling order.

| Event | Date |
|---|---|
| Opening expert reports | March 10, 2006 |
| Rebuttal expert reports | March 31, 2006 |
| Expert discovery cut-off | April 28, 2006 |
| Letters re leave to file dispositive motions | May 5, 2006 |
| Opposition letters re dispositive motions | May 12, 2006 |
| Reply letters re dispositive motions | May 17, 2006* |
| Conference on leave to file dispositive motions | To be set by the Court |
| Permitted dispositive motions filed | June 2, 2006 |
| Oppositions to dispositive motions | June 23, 2006 |
| Replies on dispositive motions | July 7, 2006* |
| Daubert agenda | June ___, 2006 |
| Daubert status conference | To be set by the Court |
| Parties exchange sections of Pretrial Order | August 25, 2006 |
| Parties exchange objections to Pretrial Order | September 8, 2006 |

The Honorable Gregory M. Sleet
February 3, 2006
Page 2

| Motion *in Limine* briefs filed | September 22, 2006 |
|---|---|
| Final Pretrial Order submitted | September 29, 2006 |
| Final Pretrial Conference | To be set by the Court |
| Trial | November 14, 2006 |

\* While Spectrum does not believe that reply briefs are necessary and will raise that issue with the Court, it does not object to the listed dates should the Court decide that reply briefs are warranted.

                                              Respectfully,

                                              */s/ Jack B. Blumenfeld (#1014)*
                                              Jack B. Blumenfeld

JBB/bav

cc:    Peter T. Dalleo, Clerk (By Hand)
        Edmond D. Johnson, Esquire (By Hand)
        Matthew B. Lehr, Esquire (By Fax)
        Colleen B. Tracy, Esquire (By Fax)
        Richard Stark, Esquire (By Fax)