# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 10, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re: GlaxoSmithKline v. Spectrum Pharmaceuticals, Inc.
C.A. No. 05-99-GMS

Dear Judge Sleet:

Attached is a form of scheduling order, including the dates set yesterday, which has been agreed to by the parties. If it is acceptable to the Court, we request that it be entered.

Respectfully,

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)

JBB/ncf

cc: Peter T. Dalleo, Clerk (By Hand)
　　Edmond D. Johnson, Esquire (By Hand)
　　Matthew B. Lehr, Esquire (By Fax)
　　Colleen B. Tracy, Esquire (By Fax)
　　Richard Stark, Esquire (By Fax)