IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
GLAXO GROUP LTD. :
d/b/a/ GLAXOSMITHKLINE, :
:
    Plaintiff and Counterclaim :
    Defendant, :    C.A. No. 05-99 (GMS)
:
    v. :
:
SPECTRUM PHARMACEUTICALS, INC., :
:
    Defendant and Counterclaim :
    Plaintiff. :
:
---------------------------------------------------------------x

**SCHEDULING ORDER**

This ____ day of February, 2006, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(a) on February 9, 2006, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration:

IT IS ORDERED THAT:

1. **Expert Discovery**. Expert discovery in this case shall be initiated so that it will be completed on or before April 28, 2006. Opening expert reports shall be served on or before March 10, 2006, and rebuttal expert reports shall be served on or before March 31, 2006.

    a. **Discovery and Scheduling Matters:** Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a

**joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The part seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

      2.    **Settlement Conference**. A settlement conference with Magistrate Judge Thynge is scheduled for September 8, 2006.

      3.    **Summary Judgment Motions**. Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief shall be no longer than five (5) pages and shall be filed with the Court no later than May 5, 2006. Answering letter briefs shall be no longer than five (5) pages and filed with the court no later than May 12, 2006. Reply letter briefs shall be no longer than three (3) pages and filed with the Court on or before May 17, 2006. The Court shall hold a telephone conference to hear argument and to determine whether the filing of any motion for summary judgment will be permitted on May 22, 2006 at 8:30 a.m. **Unless the Court directs otherwise, no letter requests to file a motion for summary judgment may be filed at a time before the dates set forth in paragraph 3.**

      4.    **Case Dispositive Motions**. All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before June 2,

2006. Answering briefs will be served and filed on or before June 23, 2006. Reply briefs will be served and filed on or before July 7, 2006.

      5.    **Applications by Motion**. Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

      6.    **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to District of Delaware Local Rule 7.1.4.

      7.    **Pretrial Conference**. On October 26, 2006, beginning at 9:30 a.m., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order (a sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov) satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). The parties shall exchange their respective portions of the pretrial order on August 25, 2006, and shall exchange objections on September 8, 2006. Motions *In Limine*: No party shall file more than ten (10) motions *in limine*. Briefs **(opening, answering and reply)** on all motions *in limine* shall be filed by September 22, 2006. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before September 29, 2006.

      8.    **Trial**, This matter is scheduled for a 5-day bench trial beginning at 9:00 a.m. on November 14, 2006.

9. **Scheduling**. The parties shall contact chambers at (302) 573-6470, only in situations where scheduling relief is sought, and only then when ALL participating counsel is on the line for purposes of selecting a new date.

_____
United States District Judge