IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD., d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiff, and Counterclaim Defendant<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>        Defendant and Counterclaim Plaintiff. | Civil Action No. 05-99-GMS<br><br>CONFIDENTIAL—<br>FILED UNDER SEAL |

## FIRST AMENDED ANSWER AND COUNTERCLAIM OF DEFENDANT-COUNTERCLAIMANT SPECTRUM PHARMACEUTICALS, INC.

THE BAYARD FIRM

Edmond D. Johnson (ID No. 2257)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Tel: (302) 655-5000

-And-

Maximilian A. Grant
Amanda Hollis
LATHAM & WATKINS LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, Illinois 60606
Tel: (312) 876-7700

*Attorneys for Spectrum Pharmaceuticals, Inc.*

Dated: February 23, 2006

616533v1

**THIS DOCUMENT WAS FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on this 23r[d] day of February, 2006, I caused a true and correct copy of *First Amended Answer and Counterclaims of Defendant-Counterclaimant Spectrum Pharmaceuticals, Inc.* to be served electronically on counsel listed below:

>Jack B. Blumenfeld, Esquire
>Julia Heaney, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

>Edmond D. Johnson (ID No. 2257)

616430v1