## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 2, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esquire
Julia B. Heaney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

_____
Peter B. Ladig (#3513)

596557v1