IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>       Plaintiff-Counterclaim<br>       Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>       Defendant-Counterclaim<br>       Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-99-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Daniel G. Brown to represent defendant-counterclaim plaintiff Spectrum Pharmaceuticals, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Brown is being submitted in connection with this motion.

Of Counsel:

Anthony Fenwick
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, California 94025
(650) 328-4600

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

Maximillian A. Grant
Latham & Watkins LLP

THE BAYARD FIRM

/s/ Peter B. Ladig
_____
Edmond D. Johnson (#2257)
ejohnson@bayardfirm.com
Peter B. Ladig (#3513)
pladig@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
   Attorneys for Defendant-Counterclaim-
   Plaintiff Spectrum Pharmaceuticals, Inc.

619032v1

555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Amanda J. Hollis
Latham & Watkins LLP
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606

Daniel G. Brown
Arthur L. Hoag
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Dated: March 2, 2006

                SO ORDERED this _____ day of March, 2006

                _____
                District Court Judge

619032v1