# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

302-429-4227
ejohnson@bayardfirm.com

March 10, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    *Glaxo Group LTD dba GlaxoSmithKline v.*
              *Spectrum Pharmaceuticals, Inc., C.A. No. 05-99-GMS*

Dear Judge Sleet:

    In anticipation of the discovery conference scheduled for Monday, March 13, 2006 at 10:00 am in the above-captioned matter, the parties jointly submit the following items to be presented to the Court.

    Defendant's lead counsel, Matt Lehr left Latham & Watkins to join another firm suddenly in mid-February. While some Latham & Watkins personnel will remain available to assist on this matter, Defendant has engaged the New York firm of Frommer Lawrence & Haug as lead counsel. Opening expert reports are due on Monday, March 13, 2006. Because of the change of counsel, Defendants are seeking a 3-week extension of the schedule for expert discovery. No other dates would be changed. Plaintiff opposes Defendant's proposed extension under the current schedule because in its view it would unduly compress expert discovery to overlap with other portions of the schedule.

    Counsel have discussed the possibility that additional or supplemental discovery may be required because another pharmaceutical company, Par Pharmaceutical, Inc., has acquired certain rights relating to defendant Spectrum's product at issue in this case. Defendant does not object in principal to providing discovery on this subject, subject, of course, to legitimate objections. Plaintiff does not anticipate a need for discovery from Par but does not know what Discovery Spectrum has in mind. Plaintiff notes, however, that fact discovery closed in September 2005.

619800v1

THE BAYARD FIRM

The Honorable Gregory M. Sleet
March 10, 2006
Page 2

                            Respectfully,

                            Edmond D. Johnson  (Bar ID#2257)

EDJ/kw
cc:    Peter T. Dalleo, Clerk (By Hand)
        Jack B. Blumenfeld, Esquire

File No. 31510-1

619800v1