## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>      Plaintiff-Counterclaim<br>      Defendant,<br><br>      v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>      Defendant-Counterclaim<br>      Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-99-GMS |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John S. Goetz of Frommer, Lawrence & Haug LLP to represent defendant-counterclaim plaintiff Spectrum Pharmaceuticals, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Haug is being submitted in connection with this motion.

Of Counsel:

Anthony Fenwick
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, California 94025
(650) 328-4600

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

THE BAYARD FIRM

_____
Edmond D. Johnson (#2257)
ejohnson@bayardfirm.com
Peter B. Ladig (#3513)
pladig@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
   Attorneys for Defendant-Counterclaim-
   Plaintiff Spectrum Pharmaceuticals, Inc.

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Amanda J. Hollis
Latham & Watkins LLP
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606

Daniel G. Brown
Edgar H. Haug
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Dated: March 14, 2006

SO ORDERED this _____ day of March, 2006

_____
District Court Judge

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and Connecticut and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: March 14, 2006

John S. Goetz
Frommer Lawrence & Haug
745 Fifth Ave
New York, NY 10151

Attorneys for Spectrum Pharmaceuticals, Inc.

619031v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 14, 2006, he electronically filed

the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

>
> Jack B. Blumenfeld, Esq.
> Julia Heaney, Esq.
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street,
> Wilmington, Delaware 19899

Peter B. Ladig (#3513)

619573v1