IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LTD. d/b/a/ GLAXOSMITHKLINE | : : : | |
| Plaintiff and Counterclaim Defendant, | : : : | |
| v. | : : | Civil Action No. 05-99-GMS |
| SPECTRUM PHARMACEUTICALS, INC., | : : : | |
| Defendant and Counterclaim Plaintiff | : : : : | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) Expert Report of Stephen R. Byrn, Ph.D., (2) Expert Report of Shayne C. Gad, Ph.D., (3) Expert Report of Stephen J. Peroutka, M.D., Ph.D., (4) Expert Report of Seymour Solomon, M.D., and (5) Expert Report of Edward C. Taylor, Ph.D. were caused to be served on April 14, 2006 upon the following in the manner indicated:

**BY EMAIL**

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  1980

Maximillian A. Grant
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 200041

**BY EMAIL AND BY HAND**

Daniel G. Brown
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/  Jack B. Blumenfeld*
          Jack B. Blumenfeld (#1014)
          Julia Heaney (#3052)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
          jheaney@mnat.com
            Attorneys for Plaintiff
            Glaxo Group Ltd., d/b/a GlaxoSmithKline

OF COUNSEL:

Evan R. Chesler
Richard J. Stark
David Greenwald
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
(212) 474-1000

Robert L. Baechtold
Nicholas M. Cannella
Colleen Tracy
Leisa Smith
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112-3801
(212) 218-2100

April 17, 2006

47128