### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GLAXO GROUP LTD d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC**.,**<br><br>Defendant, and Counterclaim Plaintiff. | Civil Action No. 05 – 99 (GMS) |

### STIPULATION

Plaintiff and Counterclaim-Defendant Glaxo Group Ltd d/b/a GlaxoSmithKline ("GSK") and Defendant and Counterclaim-Plaintiff Spectrum Pharmaceuticals, Inc. ("Spectrum"), by and through their attorneys, hereby stipulate as follows:

1.      On February 18, 2005, GSK filed the above-captioned action against Spectrum after Spectrum notified GSK that it had filed Abbreviated New Drug Application ("ANDA") No. 077332, which seeks approval from the Food & Drug Administration to market sumatriptan succinate injectable products ("Spectrum's Proposed ANDA Products") prior to the expiration of U.S. Patent No. 5,037,845 (the "'845 Patent"). GSK alleged that the filing of Spectrum's ANDA constituted patent infringement pursuant to 35 U.S.C. § 271(e)(2) and that the commercial manufacture, use, sale, offer for sale and/or importation of Spectrum's Proposed ANDA Products will infringe one or more claims of the '845 Patent.

2.      On February 23, 2006, Spectrum filed an Amended Answer and Counterclaim in which it asserted affirmative defenses alleging invalidity and unenforceability of the '845 Patent

and a declaratory judgment counterclaim against GSK alleging non-infringement, invalidity and unenforceability of the '845 Patent.

3.      Because the parties wish to streamline and narrow the issues for trial to reduce the burden on the Court, Spectrum agrees that it will not raise as a defense at trial non-infringement of claims 1–5 or 10–11 of the '845 Patent, and stipulates, for purposes of this action only, that GSK has established that Spectrum's Proposed ANDA Products would, if commercially manufactured, used, sold, offered for sale and/or imported prior to the expiration of the '845 Patent, infringe those patent claims.

4.      Spectrum hereby withdraws its counterclaim for a declaration of non-infringement.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          THE BAYARD FIRM


*/s/ Julia Heaney*                                                    */s/ Edmond D. Johnson*
Jack B. Blumenfeld (ID No. 1014)                    Edmond D. Johnson (ID No 2257)
Julia Heaney (ID No. 3052)                              222 Delaware Avenue, Suite 900
1201 North Market Street                                P.O. Box 25130
P.O. Box 1347                                                  Wilmington, DE 19899
Wilmington, DE 19899                                    (302) 655-5000
(302) 658-9200                                                 tjohnson@bayardfirm.com
jheaney@mnat.com

                                                                        *Attorneys for Spectrum Pharmaceuticals, Inc.*
*Attorneys for Glaxo Group Ltd*


                SO ORDERED this _____ day of _____, 2006.


                                                        _____
                                                        United States District Court Judge


2