IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD. d/b/a GLAXOSMITHKLINE, | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 05-99-GMS |
| SPECTRUM PHARMACEUTICALS, INC., | : : |
| Defendant. | : : |

## ORDER

At Wilmington this **25th** day of **August, 2006,**

IT IS ORDERED that the mediation conference scheduled for Friday, September 8, 2006 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE