IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>            Plaintiff-Counterclaim<br>            Defendant,<br><br>     v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>            Defendant-Counterclaim<br>            Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-99-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 13, 2006, copies of *Spectrum's Notice Pursuant to 35 U.S.C. § 282 Regarding United States Patent 5,035,845* was served on the following counsel in the manner shown:

BY HAND DELIVERY

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street,
Wilmington, Delaware 19899

Of Counsel:

Edgar H. Haug
Daniel G. Brown
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800

THE BAYARD FIRM

/s/ Edmond D. Johnson

Edmond D. Johnson (No. 2257)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Tel: (302) 655-5000

*Attorneys for Spectrum
Pharmaceuticals, Inc.*

598801v1