## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 17, 2006, he electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street,
Wilmington, Delaware 19899

Edmond D. Johnson (No. 2257)

598801v1