EXHIBIT 6

# EXHIBIT 6 TO PRETRIAL ORDER

Glaxo Group, Ltd. v. Spectrum Pharmaceuticals
District of Delaware
Case No. 05-99

**Plaintiff's Objections to Defendant's Trial Exhibit List**

Plaintiff's objections cite to the Federal Rule of Evidence upon which the objection is based, including FRE 106 (document incomplete), FRE 402, FRE 403, and FRE 802. "CS" denotes an exhibit that is a statement of counsel; such statements are non-evidentiary. "Dup" denotes an exhibit that is duplicative of other Defendant's exhibits, and is followed by the number of the exhibit of which the exhibit is a duplicate. Plaintiff has endeavored to identify each duplicate by number. However, as a result of the volume of duplicates in Spectrum's trial exhibit list, Plaintiff may not have reasonably been able to identify each duplicate. To the extent any document is a "Dup", Plaintiff's objections for these documents are carried over. "LM" denotes an exhibit is legal material (e.g., a case, a regulation, document requests), not evidence. "—" denotes an exhibit to which Plaintiff has no objection.

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 1 | DRL 064 Solomon 04 DRL 006 | | Certified Copy of U.S. Patent No. 5,037,845 | — | |
| 2 | Spectrum 1 DRL 125 | | Certified Copy of '845 File History (07/317,682) | — | |
| 3 | | | Certified Copy of '845 File History (07/082,666) | — | |
| 4 | | | Certified Copy of '845 File History (06/761,392) | — | |
| 5 | DRL 061 Evans 4 Dowle 1 Butina 03 Solomon 05 Plaintiff's Exhibit 41 DRL 015 | DRLSUM006945- 64 | Certified Copy of U.S. Patent No. 4,816,470 | | |
| 6 | | | Certified Copy of '470 File History (06/789,831) | 402, 403 | |
| 7 | Spectrum 2 | | Certified Copy of '470 File History (06/680,532) | 402, 403, Dup DTX 24 | |
| 8 | | | Certified Copy of '470 File History (06/501,999) | 402, 403 | |
| 9 | DRL 001 | | Marks & Clark Staff Profile of Dr. Coates | 402, 403, 802 | |
| 10 | DRL 002 | | DRL's First Rule 30(b)(6) deposition notice to GSK | 402, 403, CS | |
| 11 | DRL 003 | | DRL's Second Rule 30(b)(6) deposition notice to GSK | 402, 403, CS | |
| 12 | DRL 004 | GSK-00000019-25 | Article by Dr. Oxford, "Serotonin, sumatriptan and the management of migraine." | — | |
| 13 | DRL 005 | GSK-00224829-913 | GSK 6/30/84 Laboratory Report No. WCD/84/010 | — | |
| 14 | DRL 007 | GSK-00268469 | Notebook page with chemical compound drawings | — | |
| 15 | DRL 008 Owen 2 | GSK-00268402-5 | Notebook pages about anti-migraine compound GR41375 | — | |
| 16 | DRL 009 | GSK-00268406-407 | Notebook pages about background of compound GR41375 | — | |
| 17 | DRL 010 | GSK-00120677-80 | Notebook pages from March-April 1984 | Dup DTX 762 | |
| 18 | DRL 011 | GSK-00191042-089 | GSK Laboratory Report "Project Review for six- monthly period ending 6/30/83" | Dup DTX 678 | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 19 | DRL 012 | GSK-00205640-81 | GSK Laboratory Report "Project Review for six- monthly period ending 12/31/83" | --- | |
| 20 | Butina 05 DRL 013 | GSK-00142807-30 | Migraine I Bimonthly Report March-April 1984 | Dup DTX 192, 310 | |
| 21 | DRL 014 | GSK-00205588-639 | GSK Laboratory Report "Project Review for six- monthly period ending 6/30/84" | --- | |
| 22 | DRL 016 | GSK-00280421-32 | GSK Laboratory Report 11/21/84 re: GR41375A | --- | |
| 23 | Solomon 16 DRL 127 DRL 017 | DRLSUM 6989-7013 DRLSUM006989-7007 | UK Patent Application GB 2 124 210 A | --- | |
| 24 | DRL 018 | DRLSUM009310-9435 | File History for Application No. 680532 | 402, 403, Dup DTX 7 | |
| 25 | DRL 019 | | Sheets of chemical drawings | 402, 403, 802 | |
| 26 | DRL 020 | | Sheets of chemical drawings (Preferred compounds from the '470 patent) | 402, 403, 802 | |
| 27 | DRL 021 | DRLSUM009556- 61 | 11/16/87 Amendment to Dowle, et al's Patent Application | 106, 402, 403, Dup DTX 6 | |
| 28 | DRL 022 Owen 4 | GSK-00500302- 904 | Notebook 591: Laboratory Notebook pages from 1982 and 1983 | --- | |
| 29 | Butina 08 DRL 023 Owen 7 | GSK-00055502 | Lot Summary Log re: GR 43175X | 106 | |
| 30 | DRL 024 | GSK-00032813-33119 | Laboratory notebook for Allen and Manbury's Research Ltd. | 402, 403 | |
| 31 | DRL 025 | GSK-00259541-65 | GSK Laboratory Report "Migraine II" Bimonthly report, March-April 1983 | | |
| 32 | DRL 027 | BT 169 | Request from Patent Office | Dup DTX 2 | |
| 33 | DRL 028 | DRLSUM 7023-7077 | Specification re serial number | Dup DTX 4 | |
| 34 | DRL 029 | DRLSUM 7268-7274 | Official action in re 06/761,392 | Dup DTX 4 | |
| 35 | DRL 030 | DRLSUM 7281 | Examiner interview summary record dated 2/17/87 | Dup DTX 3 | |
| 36 | DRL 031 | DRLSUM 7385-7386 | Response to restriction requirement dated 6/6/88 | Dup DTX 3 | |
| 37 | DRL 032 | DRLSUM 9591-9628 | Letter of transmittal of request for extension of patent term | 402, 403 | |
| 38 | DRL 033 | BT 262-263 | Examiner interview summary record dated 1/11/90 | Dup DTX 2 | |
| 39 | DRL 034 | GSK-00266803-807 | Interview summary | Dup DTX 2 | |
| 40 | Plaintiff's Exhibit 39 Gad 07 DRL 035 | GSK-00266808-14 | Jackson Declaration for PatentApplication No. 317,682 | Dup DTX 2 | |
| 41 | Plaintiff's Exhibit 42 DRL 036 | GSK-00268471-479 | Humphrey Declaration | Dup DTX 682 | |

- 2 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 42 | DRL 037 | GSK-00266831 | Examiner interview summary record dated 5/24/88 | Dup DTX 2 | |
| 43 | DRL 038 | | Handwritten drawing | 402, 403 | |
| 44 | DRL 040 | GSK-00266880 | Examiner interview summary record | Dup DTX 2 | |
| 45 | DRL 041 | GSK-00266882-892 | Request for consideration | Dup DTX 2 | |
| 46 | DRL 042 | GSK-00266893-896 | Office action re serial number 7317682 | Dup DTX 2 | |
| 47 | DRL 043 | GSK-00266897 | Request for reconsideration | Dup DTX 2 | |
| 48 | DRL 044 | GSK-00266903 | Examiner interview summary dated 1/17/91 | Dup DTX 2 | |
| 49 | DRL 045 | GSK-00266904-905 | 1/17/91 Supplemental Response and Clarification re: '874 Application | Dup DTX 2 | |
| 50 | DRL 046 | GSK-00266917-923 | Examiner's Action re: '874 Application | Dup DTX 2 | |
| 51 | DRL 047 | GSK-00266924 | Examiner Interview Summary Record re: '874 Application | Dup DTX 2 | |
| 52 | DRL 048 | GSK-00266906-910 | 11/30/89 Amendment in the '874 Application | Dup DTX 2 | |
| 53 | DRL 049 | GSK-00266911-913 | 11/11/89 Tarbit Declaration re: '874 Application | Dup DTX 2 | |
| 54 | DRL 050 | | DRL's Notice of Deposition of Dr. Brian Evans | 402, 403, CS | |
| 55 | DRL 051 | | DRL's Third Rule 30(b)(6) deposition notice to GSK | 402, 403, CS | |
| 56 | DRL 052 | | 7/14/05 letter from Colleen Tracy to Bruce Radin instructing that Dr. Brian Evans is designated as GSK's witness on Topic 1 of DRL's Third Rule 30B)(6) deposition notice to GSK | 402, 403, CS | |
| 57 | DRL 053 | GSK-001159600-33 | Laboratory report re: Cardiovascular II Project Committee 9/11/84 | ---- | |
| 58 | DRL 054 | GSK-00363200-11 | GSK SOP /SI/81/2 11/1/81 | Dup DTX 756 | |
| 59 | DRL 055 | (can't fully read bates number) | GSK SOP /SI/83/001 7/25/83 | Dup DTX 757 | |
| 60 | DRL 056 | (can't fully read bates number) | GSK SOP GGR/002l/01 9/7/90 | Dup DTX 58 | |
| 61 | DRL 057 | GSK-00363268-305 | GSK ISOP 13/01 12/1/93 | Dup DTX 759 | |
| 62 | DRL 058 | GSK-00363306-340 | GSK ISOP GWR/0012/01 12/1/93 | Dup DTX 760 | |
| 63 | DRL 059 Evans 5 DRL 077 DRL 026 | DRLSUM006965-82 | U.S. Patent No. 4,994,483 | Dup DTX 772 | |
| 64 | DRL 060 | GSK-00133905-11 | GSK Report "Exploratory Planning" | Dup DTX 644 | |
| 65 | DRL 062 | GSK-00143324-41 | Migraine I Bimonthly report September–October 1980 | Dup DTX 287 | |
| 66 | DRL 063 | GSK-00143342-57 | Migraine I Bimonthly report July–August 1980 | Dup DTX 286 | |
| 67 | DRL 065 | | File History for U.S. Patent No. 4,994,483 | ---- | |
| 68 | DRL 066 | | DRL's Notice of Deposition of Michael Dowle | 402, 403, CS | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 69 | DRL 067 | | Article by Dowle, et al. "Benzofuran Based Angiotensin II Antagonists Related to GR117289: Part III; GR138950, A Trifamide with High Oral Availability." | 402, 403 | |
| 70 | DRL 068 | | Article by Judd, et al. "Bromobenzofuran-Based Non- Peptide Antagonists of Angiotensin II: GR138950, a Potent Antihypertensive Agent with High Oral Bioavailability." | 402, 403, 802 | |
| 71 | DRL 069 | | Article by Andrews, et al. "Pyrrolidine -5,5-trans-lactams. 5. Pharmacokinetic Optimization of Inhibitors of Hepatitis C Virus NS3/4A Protease." | 402, 403, 802 | |
| 72 | DRL 070 | | Article by Dowle, et al. "Recent advances in sialidase inhibitors." | 402, 403 | |
| 73 | DRL 071 | GSK-00147873-77 | Laboratory report 2/2/78 from Dr. Doyle to Dr. Bays re: the migraine project | 402, 403 | |
| 74 | DRL 072 | GSK-00143466-74 | Migraine bimonthly report September-October 1978 | Dup DTX 275 | |
| 75 | DRL 073 | GSK-00146585- 617 | Laboratory report re: Cardiovascular II Project Committee 7/6/84 | Dup DTX 127 | |
| 76 | DRL 074 | GSK-00146691- 729 | Laboratory report re: Cardiovascular II Project Committee 4/16/84 | Dup DTX 414, 673 | |
| 77 | DRL 075 | GSK-00147755-58 | 6/16/80 Memo from Dr. Dowle to Dr. Coates, et al. | 402, 403 | |
| 78 | DRL 076 | GSK-00256332-73 | Laboratory report re: Migraine Project Committee 3/28/90 | | |
| 79 | DRL 078 | | Article, "An In-vitro Test for N-Nitrostatability" from Report of a WHO Meeting. | Dup DTX 180 | |
| 80 | DRL 079 Plaintiff's Exhibit 40 Gad 15 | GSK-00397152-56 | PATHSOP 112 Article from GSK Histopathology Department, "The World Health Organization Procedure for Determining the Nitrostatability of Amine-containing Compounds (N.A.P. Test) | ------- | |
| 81 | DRL 080 | GSK-00363341-42 | 6/27/86 GSK Report: Raw Data: Salmonella/Ames Test re:GR43175 C | Dup DTX 184, 553 | |
| 82 | DRL 081 | GSK-00363343-44 | 6/27/86 GSK Report: Raw Data: Salmonella/Ames Test re:GR43175 C | Dup DTX 185, 553 | |
| 83 | DRL 082 | GSK-00190361-444 | 9/86 GSK Report "Microbial mutagenicity screen on GR43175 A" | ------- | |
| 84 | DRL 083 | GSK-00190670-706 | 7/84 GSK Report "Microbial mutagenicity screen GR43175A" | ------- | |
| 85 | Gad 08 Plaintiff's Exhibit 37 DRL 084 | GSK-001322264-5 | Raw Data Report: Nitrosation Assay/Ames. Experiment No. 4580 | Dup DTX 555 | |

- 4 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 86 | Gad 09 Plaintiff's Exhibit 38 DRL 085 | GSK-00132266-7 | Raw Data Report: Nitrosation Assay/Ames. Experiment No. 4581 | Dup DTX 555 | |
| 87 | DR L086 | GSK-00132268-69 | 7/26/89 GSK Report: Raw Data: Nitrosation Assay | Dup DTX 555 | |
| 88 | Plaintiff's Exhibit 36Gad 18 DRL 087 | GSK-00190775-820 | Glaxo Group Research Limited Report, "Microbial Mutagenicity Screen of GR32066A" | — | |
| 89 | DRL 088 | GSK-00131970-82 | Notebook pages re: Comparison of In-vitro Mutagenic Potential and Nitrostation | — | |
| 90 | DRL 089 Gad 19 | GSK-00120563-65 | GR43175 Analogues: Limited NAP Test Results on S2 Antagonists | — | |
| 91 | DRL 090 | GSK-00120566-69 | GR41375 W.H.O. NAP Results | — | |
| 92 | Gad 16 DRL 091 | GSK-00397258-63 | GSK SOP/VVGT/0028/02 | — | |
| 93 | DRL 092 | GSK-00397141-44 | Notebook pages on anti- migraine compound GR43175 | — | |
| 94 | DRL 093 | GSK-00397131-32 | Notebook pages on background to GR43175 | — | |
| 95 | DRL 094 | GSK-00397133-38 | Notebook pages | 402, 403 | |
| 96 | DRL 095 | GSK-00397139-40 | Notebook pages on Summary of Final Stage of Examples For CV104 | 402, 403 | |
| 97 | DRL 096 | GSK-00397123-26 | Notebook pages | — | |
| 98 | DRL 097 | GSK-00397121-22 | "Notes on Arguments/Data that could be used in the Prosecution of CV 104" | — | |
| 99 | DRL 098 | | DRL's letter dated June 10th, 2005 from Colleen Tracy to Bruce Radin | 402, 403, CS | |
| 100 | DRL 099 | GSK 00351951-00351974 | Pages from *Primary Headache Management* by Seymour Solomon | — | |
| 101 | DRL 100 | GSK 00350804-00350812 | Exhibit marked at Gutterman Deposition | 402, 403 | |
| 102 | DRL 101 | GSK 00351437-00351458 | IMC 89/26: International Marketing Committee Report on the Migraine Market and Commercial Sumatriptan (11/12/89) | 402, 403 | |
| 103 | DRL 102 | GSK 00287379-00287397 | Sumatriptan Marketing Goals ca. 1994 | 402, 403 | |
| 104 | DRL 103 | GSK 00310244 | Imitrex Advertisement | 402, 403 | |
| 105 | DRL 104 | GSK 00395266-00395477 | Imitrex Marketing Plan '94/'95 | 402, 403 | |
| 106 | DRL 105 | GSK 00388082-00388118 | Glaxo Commercial Committee Disease Area Review: Migraine and Headache (06/1995) | 402, 403 | |
| 107 | DRL 106 | GSK 00350830-00350861 | Exhibit marked at Gutterman Deposition | 402, 403 | |
| 108 | DRL 107 | GSK00350915-00350931 | Exhibit marked at Gutterman Deposition | 402, 403 | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 109 | DRL 108 | GSK 00350862-00350884 | Exhibit marked at Gutterman Deposition | 402, 403 | |
| 110 | DRL 109 | GSK 00350582-00350625 | Exhibit marked at Gutterman Deposition | 402, 403 | |
| 111 | DRL 110 | GSK 00350932-00350945 | Exhibit marked at Gutterman Deposition | 402, 403 | |
| 112 | DRL 111 | GSK 00387048-00387088 | Draft US Migraine Plan 1998 | 402, 403 | |
| 113 | DRL 112 | GSK 00387089-00387106 | 1999 US Business Plan: Migraine, Imitrex & Amerge (08/1998) | 402, 403 | |
| 114 | DRL 113 | GSK 00386808-00386857 | Imitrex/Amerge Product 2000 Business Plan (11/15/99) | 402, 403 | |
| 115 | DRL 114 | GSK 00388519-00388591 | Global Commerical Plan (05/2003) | 402, 403 | |
| 116 | DRL 115 | GSK 00394236-00394258 | Imitrex Strat Plan Review (08/21/03) | 402, 403 | |
| 117 | DRL 116 | GSK 00390137-00390162 | GSK Migraine Strategy Stout Review (09/11/02) | 402, 403 | |
| 118 | DRL 117 | GSK 00345802-00345803 | Exhibit marked at Gutterman Deposition | 402, 403 | |
| 119 | DRL 118 | GSK 00378126-00378127 | Imitrex Free Trial Offer | 402, 403 | |
| 120 | DRL 119 | GSK 00373567-00373570 | Imitrex $5 Rebate | 402, 403 | |
| 121 | DRL 120 | GSK 00294925-00294930 | Exhibit marked at Gutterman Deposition | 402, 403 | |
| 122 | DRL 121 | GSK 00396233-003962885 | GRD Ltd. Accounts Department Schedules | 402, 403 | |
| 123 | DRL 122 | GSK 00396132-00396185 | Exhibit marked at Gutterman Deposition | 402, 403 | |
| 124 | DRL 123 | | Deposition notice to Patrick Humphrey | 402, 403, CS | |
| 125 | DRL 124 | | Letter dated August 11, 2005 from David Greenwald to Bruce Radin | 402, 403, CS | |
| 126 | DRL 126 | | Article entitled "How it started," from Cephalgia | | |
| 127 | DRL 128 | GSK-00146585-617 | Cardiovascular II Project Committee Report 7/6/84 | Dup DTX 75 | |
| 128 | DRL 129 | GSK-0008 1921-25 | Notebook pages | Dup DTX 660 | |
| 129 | DRL 130 | GSK-00082564-9 | Notebook pages | | |
| 130 | DRL 131 Plaintiff's Exhibit 45 | GSK-00082571-5 | Notebook pages: Toxicology test results | Dup DTX 662 | |

- 6 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 131 | DRL 132 Plaintiff's Exhibit 44 | GSK-00082594-8 | Notebook pages: Toxicology test results | Dup DTX 667 | |
| 132 | DRL 133 | GSK-000082600-4 | Notebook pages | | |
| 133 | DRL 134 | GSK-00096898-914 | Report No. 11950I | | |
| 134 | Peroutka 08 DRL 135 | GSK-00284405-37 | Cardiovascular II Report 5/10/83 | Dup DTX 405, 686 | |
| 135 | DRL 136 Peroutka11 | GSK-000096445-7 | Laboratory Report GR34456 A 3/23/90: 5-HT Screen-Secondary Evaluation in Vivo | | |
| 136 | DRL 137 | | Letter from Andrei Harasymiak to Amanda Hollis dated August 12, 2005 | 402, 403, CS | |
| 137 | DRL 138 | | DRL's Notice of Deposition | 402, 403, CS | |
| 138 | DRL 139 | GSK-00257074-119 | August/September 1991 Monthly Report of the Migraine Project Committee | | |
| 139 | DRL 140 | GSK-00224569-588 | Report No. WBP 85.048 | 402, 403 | |
| 140 | DRL 141 | GSK-00247747-749 | Memo dated 4.5.88 | 402, 403 | |
| 141 | DRL 142 | GSK-00215597-615 | Report No. WBP791/096 | 402, 403 | |
| 142 | DRL 143 | GSK-00224705-731 | Report No. WBP/87/007 | 402, 403 | |
| 143 | Peroutka 09 DRL 144 Tarbit 8 | GSK-00196288-318 | R&D Report No. WBP/90/072 | Dup DTX 679 | |
| 144 | DRL 145 | GSK-00279863-901 | Report No. WPC/88/054 | 402, 403 | |
| 145 | DRL 146 | GSK-00201835-856 | Report No. WBP/90/030 | 402, 403 | |
| 146 | DRL 147 | GSK-00247719-724 | Memo dated 29.6.89 | 402, 403 | |
| 147 | DRL 148 | GSK-00150649-652 | Short Protocol (MET 480/481) | | |
| 148 | DRL 149 | GSK-00253151-154 | "HPLC Parameters" | | |
| 149 | DRL 150 | GSK-00397382-383 | "Raw Data: Salmonella/Ames Test" Dated 26/01/83 | Dup DTX 554 | |
| 150 | DRL 151 | GSK-00397384-385 | "Raw Data: Salmonella/Ames Test" Dated 28/01/83 | Dup DTX 554 | |
| 151 | DRL 152 | GSK-00397386-387 | "Raw Data: Salmonella/Ames Test" Dated 21/01/83 | Dup DTX 554 | |
| 152 | Coates 2 Butina 01 | | 5/30/85 Preparative Detail (Notebook) Sheet re: GR 43175 | 402, 403, Dup DTX 193 | |
| 153 | Butina 02 | | Notebook Numbered 732 | 402, 403 | |
| 154 | Dowie 2 Butina 04 | | Chemical Drawings re: GR 43175 | 402, 403 | |
| 155 | Butina 06 | | Photocopy Copy of the Original Notebook | 402, 403 | |
| 156 | Butina 07 | | Notebook page re: Antimigraine compound GR 43175 | | |
| 157 | Butina 09 | | Lot Summary Log re: GR 58818X | 402, 403 | |
| 158 | Butina 10 | | Cardiovascular II Project Committee Monthly Report Notes 4/12/93 | | |
| 159 | Butina 11 | | Report to Dr Newton | 402, 403 | |

- 7 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 160 | Byrn 1 | | Expert Report of Dr. Peroutka | See also DTX 544 | |
| 161 | Plaintiff's Exhibit 24 Byrn 2 | | Expert Report of Dr. Byrn | Dup DTX 542 | |
| 162 | Byrn 3 | | List of exemplified compounds of '470 patent | | |
| 163 | Coates 1 | | Comparison of Compounds: GR 43175, etc. | 402, 403, Dup DTX 913 | |
| 164 | Dowle 01 | | Exhibit retained by Glaxo's counsel and not attached to transcript. | 402, 403 | |
| 165 | Dowle 02 | | Exhibit retained by Glaxo's counsel and not attached to transcript. | 402, 403 | |
| 166 | Dowle 03 | | Exhibit retained by Glaxo's counsel and not attached to transcript. | 402, 403 | |
| 167 | Evans 1 | GSK-0028694 3-68 | HOT.DB Table Data | 106 | |
| 168 | Evans 2 Oxford 1 | GSK-00138294- 325 | Report WCR/84/039 | Dup DTX 274 | |
| 169 | Evans 3 | GSK-00146983-84 | GR43715X Chart | 402, 403 | |
| 170 | Oxford 6 Evans 6 | GSK-00143194- 226 | Migraine I: Bimonthly Report, March-April 1982 | Dup DTX 296 | |
| 171 | Evans 7 | GSK-00058214 | GR43176A Preparative Detail Sheet | 402, 403 | |
| 172 | Evans 01 | | Exhibit retained by Glaxo's counsel and not attached to transcript. | 402, 403 | |
| 173 | Evans 02 | | Exhibit retained by Glaxo's counsel and not attached to transcript. | 402, 403 | |
| 174 | Evans 03 | | Exhibit retained by Glaxo's counsel and not attached to transcript. | 402, 403 | |
| 175 | Fenluk 1 | B0001 - B0178 | '845 File History | | |
| 176 | Gad 01 | | Curriculum Vitae of Dr. Gad | Dup DTX 934 | |
| 177 | Gad 02 | | Article by Raymond Tennant, et al. "Prediction of Chemical Carcinogenicity in Rodents from in Vitro Genetic Toxicity Assays". | 402, 403, 802 | |
| 178 | Gad 03 | | CDEAR Application No. 20763 Chemistry Review | 402, 403 | |
| 179 | Gad 04 | | CDEAR Application No. 20763 Pharmacology Review | 402, 403 | |
| 180 | Plaintiff's Exhibit 32 Gad 05 | | The Potential Carcinogenicity of Nitrosatable Drugs WHO Symposium, Geneva, June 1978 (Chapter 1, Informal Consultation on the Potential Carcinogenicity of Nitrosatable Drugs) | Dup DTX 79 | |
| 181 | Gad 06 | | Expert Report of Dr. Gad | Dup DTX 543 | |
| 182 | Gad 10 | GSK-00397438-9 | Raw Data Report: Salmonella/Ames Test Experiment No. 1543 | Dup DTX 552 | |

- 8 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 183 | Gad 11 | GSK-003974446-7 | Raw Data Report: Salmonella/Ames Test Experiment No. 1545 | Dup DTX 552 | |
| 184 | Gad 12 | GSK-00363341-2 | Raw Data Report: Salmonella/Ames Test. Nitrosation Assay. Experiment No. 2671 | Dup DTX 81, 553 | |
| 185 | Gad 13 | GSK-00363343-4 | Raw Data Report: Salmonella/Ames Test. Nitrosation Assay. Experiment No. 2671 | Dup DTX 82, 553 | |
| 186 | Gad 14 | GSK-003974436-7 | Raw Data Report: Salmonella/Ames Test Experiment No. 1540 | Dup DTX 552 | |
| 187 | Gad 17 | GSK-00095686- 691 | Memorandum 4/27/89 | 402, 403 | |
| 188 | Gutterman1 | GSK 00380831-00380851 | Imitrex Labeling Information, Feb. 1998 | 402, 403 | |
| 189 | Humphrey 1 | | Affidavit Dr. Humphrey submitted in the Phillipines Patent Office | 402, 403 | |
| 190 | Jackson 1 | | Gatehouse D and Wedd D, "The bacterial mutagenicity of three naturally occurring indoles after reaction with nitrous acid," *Mutation Research*, 124 (1983) 35-51. | --- | |
| 191 | Owen Original 1 | | Original Notebook Retained by GSK | | |
| 192 | Owen 1 | GSK-001428807-30 | Migraine I: Bimonthly Report, March-April 1984 | Dup DTX 20, 310 | |
| 193 | Owen 3 | GSK-00070574 | GR43175 Preparative Detail Sheet 05/30/85 | 402, 403, Dup DTX 152 | |
| 194 | Owen 5 | GSK-00028663- 940 | Notebook 460 | Dup DTX 197 | |
| 195 | Owen 6 | GSK-00005812 | GR43175A Preparative Detail Sheet 03/30/84 | 402, 403 | |
| 196 | Owen 8 | GSK-00142676-8 | Memo from M. Tarbit to P. Andrew 08/24/88 | 402, 403 | |
| 197 | Oxford 2 | | Original Notebook, Retained by GSK | Dup DTX 194 | |
| 198 | Oxford 3 | | Handwritten Chemical Drawing | 402, 403 | |
| 199 | Oxford 4 | | Handwritten Chemical Drawings | 402, 403 | |
| 200 | Oxford 5 | | Handwritten Chemical Drawing | 402, 403 | |
| 201 | Peroutka 01 | | Expert Report of Dr. Peroutka | | |
| 202 | Peroutka 02 | | GSK Press Release 6/18/97 | 402, 403 | |
| 203 | Peroutka 03 | | GSK Press Release 9/9/94 | 402, 403 | |
| 204 | Peroutka 04 Gad 20 | GSK-00226014-58 | GSK R&D Report | Dup DTX 680 | |
| 205 | Peroutka 05 | GSK-00183061-78 | GSK R&D Report | Dup DTX 675 | |
| 206 | Peroutka 06 Tarbit 1 | GSK-0026889-91 | Declaration of Michael Tarbit for Patent Application No. 07/443,874 | Dup DTX 683 | |
| 207 | Peroutka 07 | GSK-002790072-4 | Pages of a report about GR 43175 | 402, 403 | |
| 208 | Peroutka 10 | GSK-000969006-8 | Pharmacology Department- CV2 Project 5/14/84 | Dup DTX 133 | |

- 9 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 209 | Peroutka 12 | | Expert Report of Dr. Antonoccio | 802, Dup DTX 538 | |
| 210 | Perren 1 | GSK-00080755- 967 | Notebook | --- | |
| 211 | Plaintiff's Exhibit 21 | | Excerpt from 13th Edition of Hawley's Condensed Chemical Dictionary | --- | |
| 212 | Plaintiff's Exhibit 22 | | Page from text book by Kemp and Vellacio | | |
| 213 | Plaintiff's Exhibit 23 | | Expert report of Dr. Sharpless | 802, Dup DTX 541 | |
| 214 | Plaintiff's Exhibit 25 | | Article by Dr. Berge, et al. "Pharmaceutical Salts". | | |
| 215 | Plaintiff's Exhibit 26 Taylor 1 | | Expert Report of Dr. Taylor | Dup DTX 546 | |
| 216 | Plaintiff's Exhibit 27 | | List of exemplified compounds of '470 patent | Dup DTX 162 | |
| 217 | Plaintiff's Exhibit 28 | | Set of six chemical diagrams | 402, 403, 802 | |
| 218 | Plaintiff's Exhibit 29 | | Excerpt from Introduction to *Organic Chemistry* by Streitwieser and Heathcock | 402, 403 | |
| 219 | Plaintiff's Exhibit 30 | | Final Report Issued to Latham & Watkins LLP *Sumatriptan Via US 4816470: Preparation, Isolation and Purification* | 402, 403 | |
| 220 | Plaintiff's Exhibit 31 | | Notebook | 402, 403 | |
| 221 | Plaintiff's Exhibit 33 | | Expert Report of Dr. Brusick | 802, Dup DTX 539 | |
| 222 | Plaintiff's Exhibit 34 | | Page of statements about Dr. Gad | | |
| 223 | Plaintiff's Exhibit 35 | | UKEMS Report (Guidelines for Mutagenicity Testing) | | |
| 224 | Plaintiff's Exhibit 43 | GSK-00082565-69 | Toxicology test results | Dup DTX 129, 661 | |
| 225 | Plaintiff's Exhibit 46 | GSK-00080873-78 | Toxicology test results | Dup DTX 659 | |
| 226 | Plaintiff's Exhibit 47 | GSK-002555994-96 | Rat bioavailability test results of GR43175 | --- | |
| 227 | Plaintiff's Exhibit 48 | | Data Table: Concentrations (ng base/ml) in Rat Plasma Following a 10 mg/kg Intravenous Dose | | |
| 228 | Plaintiff's Exhibit 49 | | Materials Reviewed by Dr. Antonaccio | 402, 403, 802 | |
| 229 | Solomon 01 | | Treating the Headache Patient, edited by Cady and Fox. Includes Chapter 8 "Drug Treatment of Acute Migraine" | 802 | |
| 230 | Solomon 02 | | Curriculum Vitae of Dr. Solomon | Dup DTX 936 | |
| 231 | Solomon 03 | | Expert Report of Dr. Solomon | Dup DTX 545 | |
| 232 | Solomon 06 | | Article by Robert Kimball, et al. "Effect of serotonin in migraine patients" | 402, 403, 802 | |
| 233 | Solomon 07 | | Article by Michael Anthony et al. "Plasma Serotonin in Migraine and Stress" | 402, 403, 802 | |

- 10 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 234 | Solomon 08 | | Article by Noboru Toda and Yuzo Fujita, "Responsiveness of Isolated Cerebral and Peripheral Arteries to Serotonin, Norepinephrine and Transmural Electrical Stimulation" | 402, 403, 802 | |
| 235 | Solomon 09 | | Article by Eria Apperley, et al. "Receptors for 5-Hydroxytryptamine and Noradrenaline in Rabbit Isolated Ear Artery and Aorta" | --- | |
| 236 | Solomon 10 | | Article by Eria Apperley, et al. "Evidence for Two Types of Excitaory Receptor For 5- Hydroxytryptamine in Dog Isolated Vasculature" | --- | |
| 237 | Solomon 11 | | UK Patent Application GB 2 035 310 A | 402, 403 | |
| 238 | Solomon 12 | | U.S. Patent No. 4,252,803 | 402, 403 | |
| 239 | Solomon 13 | | UK Patent Application GB 2 081 717 A | 402, 403 | |
| 240 | Solomon 14 | | UK Patent Application GB 2 083 463 A | 402, 403 | |
| 241 | Solomon 15 | | UK Patent Application GB 2 082 175 A | 402, 403 | |
| 242 | Solomon 17 | | Article by Stephen Silberstein, et al. "Ergotamine and Dihydroergotamine: History, Pharmacology and Efficacy" | 802 | |
| 243 | Tarbit 2 | GSK-00128889- 901 | "Analysis of Plasma Samples From Clinical Study S3AP54 For GR 38032 Base By HPLC" | 402, 403 | |
| 244 | Tarbit 3 | GSK-00124761- 927 | Exploratory Development Committee Technical Liaison Meeting, April 1009 | 402, 403 | |
| 245 | Tarbit 4 | GSK-00095677- 824 | Archive Index for GR85548 | 402, 403 | |
| 246 | Tarbit 5 | GSK-00128950- 953 | Memo dated 3.3.89 | 402, 403 | |
| 247 | Tarbit 6 | GSK-00134638- 669 | Status Reports for Cardiovascular Research Management Committee | 402, 403 | |
| 248 | Tarbit 7 | GSK-00151848 | Memo dated 27.6.90 | 402, 403 | |
| 249 | Tarbit 9 | GSK-00166126- 139 | Report No. WBF/88/049 | --- | |
| 250 | Taylor 2 | | 4/18/06 Letter from David Greenwald to Dan Brown attaching a chart of examples from the '470 patent | --- | |
| 251 | | | Orange Book 13th Edition (Sumatriptan listing) | --- | |
| 252 | | | Orange Book 14th Edition (Sumatriptan listing) | --- | |
| 253 | | | Orange Book 15th Edition (Sumatriptan listing) | --- | |
| 254 | | | Orange Book 16th Edition (Sumatriptan listing) | --- | |
| 255 | | | Orange Book 17th Edition (Sumatriptan listing) | --- | |
| 256 | | | Orange Book 18th Edition (Sumatriptan listing) | --- | |
| 257 | | | Orange Book 19th Edition (Sumatriptan listing) | --- | |
| 258 | | | Orange Book 20th Edition (Sumatriptan listing) | --- | |
| 259 | | | Orange Book 21st Edition (Sumatriptan listing) | --- | |
| 260 | | | Orange Book 22nd Edition (Sumatriptan listing) | --- | |

- 11 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 261 | | GSK-00137424-GSK-00137466 | Microbial Mutagenicity Screen of GR 40370B (WPT/84/123) | --- | |
| 262 | | GSK-00134753-GSK-00134765 | CNS Research Management Committee Meeting August 7, 1990 | 402, 403 | |
| 263 | | GSK-00120539-GSK-00120541 | Biological Testing | --- | |
| 264 | | GSK-0012460-GSK-0012461 | A Comparison of Structure-Activity Relationships Between 5-Substituted 3-(1,2,3,6-Tetrahydropyridinyl)Indoles and 3-(LL-Piperidinyl)Indoles | 402, 403 | |
| 265 | | GSK-00223853-GSK-00223876 | A recommendation for exploratory development of the $5HT_1$-like($S_2$)agonist, GR 85548 | 402, 403 | |
| 266 | | GSK-00129368-GSK-00129483 | Exploratory Development Committee Technical Liason Meeting Dec. 1989 | 402, 403 | |
| 267 | | | W. Feniuk, et al. *Further evidence of two types of excitatory receptor for 5-hydroxytryptamine in dog vasculature* Proceedings of the B.P.S., 7th-9th September, 1977 | --- | |
| 268 | | GSK-00126854-GSK-00126856 | Development Compound Profiles | 402, 403 | |
| 269 | | GSK-00188537-GSK-00188549 | The Pharmacokinetics of AH 25406 in the Dog After Intravenous Administration (1mg base/KG) Met 542 | 402, 403 | |
| 270 | | GSK-00129938-GSK-00129941 | Intravenous Administration of $S_2$-agonists (10 X $CD_{50}$ dose) in the Anaesthetised Dog | 402, 403 | |
| 271 | | GSK-00132169-GSK-00132178 | Toxicity Data | 402, 403 | |
| 272 | | GSK-00135956-GSK-00136069 | Microbial Mutagenicity Screen: $S_2$-Receptor Agonist, AH 25406 Pilot Study | 402, 403 | |
| 273 | | GSK-00136026-GSK-00136069 | Investigations into the Potential Nitro-satability of a Series of Selective $S_2$-Receptor Agonists | Dup DTX 272 | |
| 274 | | GSK-00138294-GSK-00138325 | 5-Amidomethyltryptamines as potential anti-migraine agents | Dup DTX 168 | |
| 275 | | GSK-00143466 | Migraine Bimonthly Report: September-October 1978 | Dup DTX 74 | |
| 276 | | GSK-00143456 | Migraine Bimonthly Report: November-December 1978 | --- | |
| 277 | | GSK-00143442 | Migraine Bimonthly Report: January-February 1979 | --- | |
| 278 | | GSK-00143527 | Migraine I Bimonthly Report: March-April 1979 | --- | |
| 279 | | GSK-00143432 | Migraine I Bimonthly Report: May-June 1979 | --- | |
| 280 | | GSK-00143420 | Migraine I Bimonthly Report: July-August 1979 | --- | |
| 281 | | GSK-00143409 | Migraine I Bimonthly Report: September-October 1979 | --- | |
| 282 | | GSK-00143396 | Migraine I Bimonthly Report: November-December 1979 | --- | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 283 | | GSK-00143385 | Migraine I Bimonthly Report: January-February 1980 | --- | |
| 284 | | GSK-00143373 | Migraine I Bimonthly Report: March-April 1980 | --- | |
| 285 | | GSK-00143358 | Migraine I Bimonthly Report: May-June 1980 | --- | |
| 286 | | GSK-00143342 | Migraine I Bimonthly Report: July-August 1980 | Dup DTX 66 | |
| 287 | | GSK-00143324 | Migraine I Bimonthly Report: September-October 1980 | Dup DTX 65 | |
| 288 | | GSK-00143311 | Migraine I Bimonthly Report: November-December 1980 | --- | |
| 289 | | GSK-00143294 | Migraine I Bimonthly Report: January-February 1981 | --- | |
| 290 | | GSK-00143282 | Migraine I Bimonthly Report: March-April 1981 | --- | |
| 291 | | GSK-00143270 | Migraine I Bimonthly Report: May-June 1981 | --- | |
| 292 | | GSK-00143255 | Migraine I Bimonthly Report: July-August 1981 | --- | |
| 293 | | GSK-00143243 | Migraine I Bimonthly Report: September-October 1981 | --- | |
| 294 | | GSK-00143227 | Migraine I Bimonthly Report: November-December 1981 | --- | |
| 295 | | GSK-00143213 | Migraine I Bimonthly Report: January-February 1982 | --- | |
| 296 | | GSK-00143194 | Migraine I Bimonthly Report: March-April 1982 | Dup DTX 170 | |
| 297 | | GSK-00143174 | Migraine I Bimonthly Report: May-June 1982 | Dup DTX 298 | |
| 298 | | GSK-00143174 | Migraine I Bimonthly Report: May-June 1982 | Dup DTX 297 | |
| 299 | | GSK-00143146 | Migraine I Bimonthly Report: July-August 1982 | Dup DTX 300 | |
| 300 | | GSK-00143146 | Migraine I Bimonthly Report: July-August 1982 | Dup DTX 299 | |
| 301 | | GSK-00143124 | Migraine I Bimonthly Report: September-October 1982 | Dup DTX 302 | |
| 302 | | GSK-00143124 | Migraine I Bimonthly Report: September-October 1982 | Dup DTX 301 | |
| 303 | | GSK-00143106 | Migraine I Bimonthly Report: November-December 1982 | | |
| 304 | | GSK-00143081 | Migraine I Bimonthly Report: January-February 1983 | | |
| 305 | | GSK-00143051 | Migraine I Bimonthly Report: March-April 1983 | | |
| 306 | | GSK-00143017 | Migraine I Bimonthly Report: May-June 1983 | --- | |
| 307 | | GSK-00142722 | Migraine I Bimonthly Report: July-August 1983 | | |
| 308 | | GSK-00142745 | Migraine I Bimonthly Report: September-October 1983 | | |
| 309 | | GSK-00142765 | Migraine I Bimonthly Report: November-December 1983 | | |
| 310 | | GSK-00142807 | Migraine I Bimonthly Report: March-April 1984 | Dup DTX 20, 192 | |
| 311 | | GSK-00142990 | Migraine I Bimonthly Report: May-June 1984 | Dup DTX 744 | |
| 312 | | GSK-00142963 | Migraine I Bimonthly Report: July-August 1984 | --- | |
| 313 | | GSK-00142831 | Migraine I Bimonthly Report: September-October 1984 | --- | |
| 314 | | GSK-00142861 | Migraine I Bimonthly Report: November-December 1984 | | |
| 315 | | GSK-00142935 | Migraine I Bimonthly Report: January-February 1985 | --- | |
| 316 | | GSK-00142910 | Migraine I Bimonthly Report: July-August 1985 | --- | |

- 13 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 317 | | GSK-00142886 | Migraine I Bimonthly Report: November-December 1985 | — | |
| 318 | | GSK-00144525 | Migraine I Bimonthly Report: January-February 1986 | — | |
| 319 | | GSK-00144498 | Migraine I Bimonthly Report: March-April 1986 | — | |
| 320 | | GSK-00144438 | Migraine I Bimonthly Report: May-June 1986 | — | |
| 321 | | GSK-00144452 | Migraine I Bimonthly Report: July-August 1986 | — | |
| 322 | | GSK-00144411 | Migraine I Bimonthly Report: September-October 1986 | | |
| 323 | | GSK-00144378 | Migraine I Bimonthly Report: November-December 1986 | | |
| 324 | | GSK-00143489 | Migraine II Bimonthly Report: September-October 1978 | | |
| 325 | | GSK-00143499 | Migraine II Bimonthly Report: November-December 1978 | | |
| 326 | | GSK-00143509 | Migraine II Bimonthly Report: January-February 1979 | — | |
| 327 | | GSK-00143519 | Migraine II Bimonthly Report: March-April 1979 | — | |
| 328 | | GSK-00143534 | Migraine II Bimonthly Report: May-June 1979 | — | |
| 329 | | GSK-00143551 | Migraine II Bimonthly Report: July-August 1979 | — | |
| 330 | | GSK-00143557 | Migraine II Bimonthly Report: September-October 1979 | | |
| 331 | | GSK-00143565 | Migraine II Bimonthly Report: November-December 1979 | | |
| 332 | | GSK-00143575 | Migraine II Bimonthly Report: January-February 1980 | — | |
| 333 | | GSK-00143588 | Migraine II Bimonthly Report: March-April 1980 | — | |
| 334 | | GSK-00143599 | Migraine II Bimonthly Report: May-June 1980 | — | |
| 335 | | GSK-00143610 | Migraine II Bimonthly Report: July-August 1980 | — | |
| 336 | | GSK-00143618 | Migraine II Bimonthly Report: September-October 1980 | | |
| 337 | | GSK-00143634 | Migraine II Bimonthly Report: November-December 1980 | | |
| 338 | | GSK-00143647 | Migraine II Bimonthly Report: January-February 1981 | | |
| 339 | | GSK-00143661 | Migraine II Bimonthly Report: March-April 1981 | — | |

- 14 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 340 | | GSK-00143673 | Migraine II Bimonthly Report: May-June 1981 | — | |
| 341 | | GSK-00143686 | Migraine II Bimonthly Report: July-August 1981 | — | |
| 342 | | GSK-00143703 | Migraine II Bimonthly Report: September-October 1981 | — | |
| 343 | | GSK-00143719 | Migraine II Bimonthly Report: November-December 1981 | | |
| 344 | | GSK-00144845 | Migraine II Bimonthly Report: January-February 1982 | — | |
| 345 | | GSK-00144811 | Migraine II Bimonthly Report: March-April 1982 | | |
| 346 | | GSK-00144783 | Migraine II Bimonthly Report: May-June 1982 | — | |
| 347 | | GSK-00144748 | Migraine II Bimonthly Report: July-August 1982 | | |
| 348 | | GSK-00144717 | Migraine II Bimonthly Report: September-October 1982 | — | |
| 349 | | GSK-00144693 | Migraine II Bimonthly Report: November-December 1982 | | |
| 350 | | GSK-00144662 | Migraine II Bimonthly Report: January-February 1983 | | |
| 351 | | GSK-00144863 | Migraine II Bimonthly Report: March-April 1983 | — | |
| 352 | | GSK-00144638 | Migraine II Bimonthly Report: May-June 1983 | — | |
| 353 | | GSK-00144612 | Migraine II Bimonthly Report: July-August 1983 | — | |
| 354 | | GSK-00144585 | Migraine II Bimonthly Report: September-October 1983 | | |
| 355 | | GSK-00144554 | Migraine II Bimonthly Report: November-December 1983 | Dup DTX 356 | |
| 356 | | GSK-00144554 | Migraine II Bimonthly Report: November-December 1983 | Dup DTX 355 | |
| 357 | | GSK-00143475 | Migraine Project Report: June-August 1978 | | |
| 358 | | GSK-00506964-GSK-00506968 | Monthly Report July 1977 | — | |
| 359 | | GSK-00506969-GSK-00506974 | Monthly Report August 1977 | — | |
| 360 | | GSK-00506975-GSK-00506985 | Monthly Report September 1977 | — | |
| 361 | | GSK-00506986-GSK-00506997 | Monthly Report October 1977 | — | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 362 | | GSK-00506998-GSK-00507007 | Monthly Report November 1977 | — | |
| 363 | | GSK-00507034-GSK-00507045 | Monthly Report March 1978 | — | |
| 364 | | GSK-00507058-GSK-00507069 | Monthly Report April 1978 | — | |
| 365 | | GSK-00507070-GSK-00507080 | Monthly Report June 1978 | — | |
| 366 | | GSK-00507081-GSK-00507092 | Monthly Report August 1978 | — | |
| 367 | | GSK-00507093-GSK-00507104 | Monthly Report September 1978 | — | |
| 368 | | GSK-00507105-GSK-00507118 | Monthly Report October 1978 | — | |
| 369 | | GSK-00507119-GSK-00507134 | Monthly Report November 1978 | — | |
| 370 | | GSK-00507135-GSK-00507171 | Monthly Report December 1978 | — | |
| 371 | | GSK-00507172-GSK-00507192 | Monthly Report January 1979 | — | |
| 372 | | GSK-00507211-GSK-00507227 | Monthly Report March 1979 | — | |
| 373 | | GSK-00507228-GSK-00507241 | Monthly Report April 1979 | — | |
| 374 | | GSK-00507266-GSK-00507282 | Monthly Report June 1979 | — | |
| 375 | | GSK-00283145-GSK-00283159 | Monthly Report July 1979 | — | |
| 376 | | GSK-00283160-GSK-00283170 | Monthly Report August 1979 | — | |
| 377 | | GSK-00283171-GSK-00283185 | Monthly Report September 1979 | — | |
| 378 | | GSK-00283205-GSK-00283223 | Monthly Report November 1979 | — | |
| 379 | | GSK-00283263-GSK-00283287 | Monthly Report April 1980 | — | |
| 380 | | GSK-00283288-GSK-00283309 | Monthly Report May 1980 | — | |

- 16 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 381 | | GSK-00283310-GSK-00283333 | Monthly Report June 1980 | --- | |
| 382 | | GSK-00283334-GSK-00283361 | Monthly Report July 1980 | --- | |
| 383 | | GSK-00283387-GSK-002283414 | Monthly Report September 1980 | | |
| 384 | | GSK-00283415-GSK-00283447 | Monthly Report October 1980 | --- | |
| 385 | | GSK-00283448-GSK-00283480 | Monthly Report November 1980 | | |
| 386 | | GSK-00283481-GSK-00283510 | Monthly Report December 1980 | | |
| 387 | | GSK-00283577-GSK-00283610 | Monthly Report March 1981 | --- | |
| 388 | | GSK-00283643-GSK-00283668 | Monthly Report May 1981 | --- | |
| 389 | | GSK-00283669-GSK-002833695 | Monthly Report June 1981 | | |
| 390 | | GSK-00283696-GSK-00283722 | Monthly Report July 1981 | | |
| 391 | | GSK-00283723-GSK-00283744 | Monthly Report August 1981 | | |
| 392 | | GSK-00283745-GSK-00283768 | Monthly Report September 1981 | --- | |
| 393 | | GSK-00283769-GSK-00283794 | Monthly Report October 1981 | | |
| 394 | | GSK-00283795-GSK-00283823 | Monthly Report November 1981 | --- | |
| 395 | | GSK-00283852-GSK-00283889 | Monthly Report January 1982 | --- | |
| 396 | | GSK-00283890-GSK-00283931 | Monthly Report February 1982 | | |
| 397 | | GSK-00283932-GSK-00283977 | Monthly Report March 1982 | --- | |
| 398 | | GSK-00283978-GSK-00284029 | Monthly Report April 1982 | --- | |
| 399 | | GSK-00284094-GSK-00284134 | Monthly Report July 1982 | --- | |

- 17 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 400 | | GSK-00284135-GSK-00284175 | Monthly Report August 1982 | --- | |
| 401 | | GSK-00284176-GSK-00284223 | Monthly Report September 1982 | --- | |
| 402 | | GSK-00284224-GSK-00284261 | Monthly Report October 1982 | --- | |
| 403 | | GSK-00284294-GSK-00284326 & GSK-00146730-GSK-00146763 | Monthly Report February 1983 | | |
| 404 | | GSK-00284365-GSK-00284404 | Monthly Report March 1983 | Dup DTX 685 | |
| 405 | | GSK-00284405-GSK-00284437 | Monthly April 1983 | Dup DTX 134, 686 | |
| 406 | | GSK-00284438-GSK-00284469 | Monthly Report May 1983 | --- | |
| 407 | | GSK-00284470-GSK-00284501 | Monthly Report June 1983 | --- | |
| 408 | | GSK-00159310-GSK-00159350 | Monthly Report August 1983 | --- | |
| 409 | | GSK-00159352-GSK-00159392 | Monthly Report September 1983 | --- | |
| 410 | | GSK-00159393-GSK-00159428 | Monthly Report October 1983 | --- | |
| 411 | | GSK-00159429-GSK-00159467 | Monthly Report November 1983 | --- | |
| 412 | | GSK-00146792-GSK-00146823 | Monthly Report December 1983 | Dup DTX 674 | |
| 413 | | GSK-00159500-GSK-00159527 | Monthly Report January 1984 | --- | |
| 414 | | GSK-00146691-GSK-00146729 | Monthly Report March 1984 | Dup DTX 76, 673 | |
| 415 | | GSK-00146656-GSK-00146690 | Monthly Report April 1984 | --- | |
| 416 | | GSK-00146618-GSK-00146652 | Monthly Report May 1984 | --- | |
| 417 | | GSK-00146545-GSK-00146617 | Monthly Report June 1984 | --- | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 418 | | GSK-00146511-GSK-00146544 | Monthly Report August 1984 | --- | |
| 419 | | GSK-00146479-GSK-00146510 | Monthly Report September 1984 | --- | |
| 420 | | GSK-00146432-GSK-00146478 | Monthly Report October 1984 | --- | |
| 421 | | GSK-00146390-GSK-00146431 | Monthly Report November 1984 | --- | |
| 422 | | GSK-00146350-GSK-00146389 | Monthly Report December 1984 | --- | |
| 423 | | GSK-00146316-GSK-00146349 | Monthly Report January 1985 | --- | |
| 424 | | GSK-00159865-GSK-00159902 | Monthly Report March 1985 | --- | |
| 425 | | GSK-00146266-GSK-00146304 | Monthly Report April 1985 | --- | |
| 426 | | GSK-00146234-GSK-00146265 | Monthly Report May 1985 | --- | |
| 427 | | GSK-00146197-GSK-00146233 | Monthly Report June 1985 | --- | |
| 428 | | GSK-00146157-GSK-00146190 | Monthly Report June 1985 | --- | |
| 429 | | GSK-00146110-GSK-00146156 | Monthly Report August 1985 | --- | |
| 430 | | GSK-00146059-GSK-00146109 | Monthly Report September 1985 | --- | |
| 431 | | GSK-00160144&-GSK-00160166 | Monthly Report October 1985 | --- | |
| 432 | | GSK-00160167-GSK-00160185 | Monthly Report November 1985 | --- | |
| 433 | | GSK-00160186-GSK-00160207 | Monthly Report December 1985 | --- | |
| 434 | | GSK-00160208-GSK-00160231 | Monthly Report January 1986 | --- | |
| 435 | | GSK-00160232-GSK-00160254 | Monthly Report February 1986 | --- | |
| 436 | | GSK-00160256-GSK-00160280 | Monthly Report March 1986 | --- | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 437 | | GSK-00160281-GSK-00160311 | Monthly Report April 1986 | --- | |
| 438 | | GSK-00160312-GSK-00160340 | Monthly Report May 1986 | --- | |
| 439 | | GSK-00160341-GSK-00160372 | Monthly Report June 1986 | --- | |
| 440 | | GSK-00160373-GSK-00160405 | Monthly Report July 1986 | --- | |
| 441 | | GSK-00160407-GSK-00160438 | Monthly Report August 1986 | --- | |
| 442 | | GSK-00160439-GSK-00160467 | Monthly Report September 1986 | --- | |
| 443 | | GSK-00160468-GSK-00160495 | Monthly Report October 1986 | --- | |
| 444 | | GSK-00160524-GSK-00160550 | Monthly Report December 1986 | --- | |
| 445 | | GSK-00160552-GSK-00160579 | Monthly Report January 1987 | --- | |
| 446 | | GSK-00160580-GSK-00160605 | Monthly Report February 1987 | --- | |
| 447 | | GSK-00160606-GSK-00160635 | Monthly Report March 1987 | --- | |
| 448 | | GSK-00160636-GSK-00160665 | Monthly Report April 1987 | --- | |
| 449 | | GSK-00160666-GSK-00160700 | Monthly Report May 1987 | --- | |
| 450 | | GSK-00160701-GSK-00160732 | Monthly Report June 1987 | --- | |
| 451 | | GSK-00160733-GSK-00160768 | Monthly Report July 1987 | --- | |
| 452 | | GSK-00160769-GSK-00160810 | Monthly Report August 1987 | --- | |
| 453 | | GSK-00160811-GSK-00160843 | Monthly Report September 1987 | --- | |
| 454 | | GSK-00160844-GSK-00160875 | Monthly Report October 1987 | --- | |
| 455 | | GSK-00160876-GSK-00160903 | Monthly Report November 1987 | --- | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 456 | | GSK-00160904-GSK-00160935 | Monthly Report December 1987 | --- | |
| 457 | | GSK-00160936-GSK-00160972 | Monthly Report February 1988 | --- | |
| 458 | | GSK-00160974-GSK-00161009 | Monthly Report March 1988 | --- | |
| 459 | | GSK-00161010-GSK-00161050 | Monthly Report April 1988 | --- | |
| 460 | | GSK-00161051-GSK-00161091 | Monthly Report May 1988 | Dup DTX 461 | |
| 461 | | GSK-00161051-GSK-00161091 | Monthly Report June 1988 | Dup DTX 460 | |
| 462 | | GSK-00161092-GSK-00161124 | Monthly Report July 1988 | --- | |
| 463 | | GSK-00161125-GSK-00161154 | Monthly Report August 1988 | --- | |
| 464 | | GSK-00161155-GSK-00161184 | Monthly Report September 1988 | --- | |
| 465 | | GSK-00161185-GSK-00161216 | Monthly Report October 1988 | --- | |
| 466 | | GSK-00161217-GSK-00161247 | Monthly Report November 1988 | --- | |
| 467 | | GSK-00161248-GSK-00161283 | Monthly Report December 1988 | --- | |
| 468 | | GSK-00161284-GSK-00161309 | Monthly Report January 1989 | --- | |
| 469 | | GSK-00161310-GSK-00161335 | Monthly Report February 1989 | --- | |
| 470 | | GSK-00161336-GSK-00161361 | Monthly Report March 1989 | --- | |
| 471 | | GSK-00161362-GSK-00161393 | Monthly Report April 1989 | --- | |
| 472 | | GSK-00161394-GSK-00161427 | Monthly Report May 1989 | --- | |
| 473 | | GSK-00161428-GSK-00161462 | Monthly Report June 1989 | --- | |
| 474 | | GSK-00161463-GSK-00161498 | Monthly Report July 1989 | --- | |