| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 475 | | GSK-00161499-GSK-00161542 | Monthly Report August 1989 | — | |
| 476 | | GSK-00161543-GSK-00161597 | Monthly Report September 1989 | — | |
| 477 | | GSK-00161598-GSK-00161647 | Monthly Report October 1989 | — | |
| 478 | | GSK-00161648-GSK-00161703 | Monthly Report November 1989 | — | |
| 479 | | GSK-00161704-GSK-00161769 | Monthly Report December 1989 | — | |
| 480 | | GSK-00161770-GSK-00161805 | Monthly Report January 1990 | — | |
| 481 | | GSK-00161806-GSK-00161848 | Monthly Report February 1990 | — | |
| 482 | | GSK-00161850-GSK-00161851 | Monthly Report March 1990 | — | |
| 483 | | GSK-00161892-GSK-00161929 | Monthly Report April 1990 | — | |
| 484 | | GSK-00161930-GSK-00161979 | Monthly Report May 1990 | — | |
| 485 | | GSK-00286426-GSK-00286471 | Monthly Report June 1990 | — | |
| 486 | | GSK-00162026-GSK-00162066 | Monthly Report July 1990 | — | |
| 487 | | GSK-00162067-GSK-00162114 | Monthly Report August 1990 | — | |
| 488 | | GSK-00162115-GSK-00162164 | Monthly Report September 1990 | — | |
| 489 | | GSK-00162165-GSK-00162210 | Monthly Report October 1990 | — | |
| 490 | | GSK-00162211-GSK-00162258 | Monthly Report November 1990 | — | |
| 491 | | GSK-00162259-GSK-00162311 | Monthly Report December 1990 | — | |
| 492 | | GSK-00162312-GSK-00162359 | Monthly Report February 1991 | — | |
| 493 | | GSK-00162360-GSK-00162401 | Monthly Report March 1991 | — | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 494 | | GSK-00162402-GSK-00162438 | Monthly Report April 1991 | — | |
| 495 | | GSK-00162439-GSK-00162513 | Monthly Report May 1991 | — | |
| 496 | | GSK-00162514-GSK-00162550 | Monthly Report July 1991 | | |
| 497 | | GSK-00162552-GSK-00162639 | Monthly Report August 1991 | — | |
| 498 | | GSK-00162594-GSK-00162639 | Monthly Report September 1991 | | |
| 499 | | GSK-00162640-GSK-00162686 | Monthly Report October 1991 | — | |
| 500 | | GSK 00144117 | 5-HT Migraine Quarterly Reports 03/1988-05/1988 | — | |
| 501 | | GSK 00144076 | 5-HT Migraine Quarterly Reports 06/1988-08/1988 | | |
| 502 | | GSK 00144029 | 5-HT Migraine Quarterly Reports 09/1988-11/1988 | | |
| 503 | | GSK 00143982 | 5-HT Migraine Quarterly Reports 12/1988-02/1989 | | |
| 504 | | GSK 00143927 | 5-HT Migraine Quarterly Reports 03/1989-05/1989 | | |
| 505 | | GSK 00143883 | 5-HT Migraine Quarterly Reports 06/1989-08/1989 | | |
| 506 | | GSK 00143860 | 5-HT Migraine Quarterly Reports 09/1989-11/1989 | | |
| 507 | | GSK 00143839 | 5-HT Migraine Quarterly Reports 12/1989-02/1990 | | |
| 508 | | GSK 00143818 | 5-HT Migraine Quarterly Reports 03/1990-05/1990 | | |
| 509 | | GSK 00143796 | 5-HT Migraine Quarterly Reports 06/1990-08/1990 | | |
| 510 | | GSK 00143770 | 5-HT Migraine Quarterly Reports 09/1990-11/1990 | | |
| 511 | | GSK 00143753 | 5-HT Migraine Quarterly Reports 12/1990-02/1991 | | |
| 512 | | GSK 00143736 | 5-HT Migraine Quarterly Reports 03/1991-05/1991 | | |
| 513 | | GSK00223299-GSK00223399 | Review of Pharmacologically Based Projects For Six Month Period Ending 1 December 1973 | — | |
| 514 | | GSK00223421-GSK00223466 | Project review for six month period 30th June 1975 | — | |
| 515 | | GSK00223467-GSK00223478 | Migraine (5- hydroxytryptamine) Project Group: Project review for six monthly period ending 31 December 1977 | — | |
| 516 | | GSK00223479-GSK00223497 | Cardiovascular II (5- hydroxytryptamine) Project Group: Project review for six monthly period ending 31 December 1978 | — | |
| 517 | | GSK00223877-GSK00223912 | Cardiovascular II (5- hydroxytryptamine) Project Group: Project review for six monthly period ending 31 December 1981 | — | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 518 | | GSK00223913 - GSK00223954 | Cardiovascular II (5- hydroxytryptamine) Project Group: Project review for six monthly period ending 30th June 1982 | --- | |
| 519 | | GSK00223955 - GSK00224002 | Cardiovascular II (5- hydroxytryptamine) Project Group: Project review for six monthly period ending 30th June 1983 | --- | |
| 520 | | GSK00266685 - GSK00266729 | Cardiovascular II (5- hydroxytryptamine) Project Group: Project review for six monthly period ending 31st December 1984 | --- | |
| 521 | | GSK00167746 - GSK00167813 | Pharmaceutical Research Department Report for Period, April - September 1985 | 402, 403 | |
| 522 | | GSK00167055 - GSK00167088 | Pharmaceutical Research Department Report for Period, October 1984 - March 1985 | Dup DTX 753 | |
| 523 | | GSK00135447 - GSK00135481 | Migraine (5HT Antagonists) and Central Nervous System Effects of 5HT 1st July - December 1984 | 402, 403 | |
| 524 | | GSK00166594 - GSK00166787 | Pharmacy Division Six Monthly Report for the Period October 1986 to March 1987 | 402, 403 | |
| 525 | | GSK00167331 - GSK00167362 | Summary Report for Pharmaceutical Research Department for Period April - September 1986 | Dup DTX 751 | |
| 526 | | GSK00167427 - GSK00167455 | Six-Monthly Report on the Research and Development Activities in Glaxo Inc. | 402, 403 | |
| 527 | | GSK00167517 - GSK00167548 | Summary Report for the Pharmaceutical Research Department for the Period October 1986 to March 1987 | 402, 403, Dup DTX 746 | |
| 528 | | GSK00168015 - GSK00168037 | Six Monthly Report of the Ware Medical Division October, 1986 | 402, 403 | |
| 529 | | GSK00180469 - GSK00180544 | Isotope Chemistry Group (Ware Six Monthly Report January - June 1990 | 402, 403 | |
| 530 | | GSK00180731 - GSK00180782 | Isotope Chemistry Group (Ware Six Monthly Report July - December 1990 | 402, 403 | |
| 531 | | GSK00138905 - GSK00138953 | Half-Yearly Report on the Research and Early Development Activities of the Ware Division, Glaxo Group Research Ltd., For the Period Ending 31st March 1982 | --- | |
| 532 | | GSK00137569 - GSK00137629 | Report for Half Year Ending 30 June 1983 | 402, 403 | |
| 533 | | GSK00138819 - GSK00138893 | Half-Yearly Report on the Research and Early Development Activities of the Ware Division, Glaxo Group Research Ltd., for the Period Ending 31st March 1985 | 402, 403 | |
| 534 | | GSK00138665 - GSK00138744 | Half-Yearly Report on the Research and Early Development Activities of the Ware Division, Glaxo Group Research Ltd., For the Period Ending 31st March 1986 | 402, 403 | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 535 | | GSK00178625 - GSK00178708 | Regulatory Affairs Division Half yearly report for period ending September [1986] | 402, 403 | |
| 536 | | | 30B(6) Deposition of Dr. Michael R. Jackson (9/3/05) | | |
| 537 | | | Exhibit 3 to Dr. Brusick's Supplemental Expert Report | 802 | |
| 538 | | | Expert Report of Michael Antonaccio, Ph.D. with exhibits | 802, See also DTX 209 | |
| 539 | | | Expert Report of Dr. David J. Brusick with exhibits | 802, See also DTX 221 | |
| 540 | | | Supplemental Expert Report of Dr. David J. Brusick with exhibits | 802, See also DTX 789 | |
| 541 | | | Expert Report of Dr. K. Barry Sharpless with exhibits | 802, See also DTX 213 | |
| 542 | | | Expert Report of Stephen R. Byrn, Ph.D. | Dup DTX 161 | |
| 543 | | | Expert Report of Shayne C. Gad, Ph.D. with exhibits | See also DTX 181 | |
| 544 | | | Expert Report of Stephen J. Peroutka, M.D. Ph.D. with exhibits | See also DTX 160 | |
| 545 | | | Expert Report of Seymour Solomon, M.D. with exhibits | See also DTX 231 | |
| 546 | | | Expert Report of Edward C. Taylor, Ph.D. with exhibits | See also DTX 215 | |
| 547 | | | William Linsky and Samuel S. Epstein, *Nitrosamines as Environmental Carcinogens*, Nature, Jan. 3, 1970, 21-23. | 802 | |
| 548 | | | Fredrich K. Zimmerman, *Genetic Effects of Nitrous Acid*, Mutation Research, 29 (1977) 127-148. | 802 | |
| 549 | | | David G. Gatehouse and David J. Tweats, *Mutagen formation after the addition of nitrite to normal human gastric juice*, Carcinogenesis, 3 (1982) 597-598. | --- | |
| 550 | | | Good Laboratory Practice Regulations, 43 Fed. Reg. pp. 59986 - 60020 (Dec. 22, 1978) | 402, 403 | |
| 551 | | | Summary Report Issued to Latham & Watkins, LLP Sumatriptan: Preparation and Isolation via US 4,816,470 (3/1/06) | 402, 403, 802 | |
| 552 | | GSK-00397436 - GSK-00397447 | GR 43175A Salmonella/Ames Test | --- | |
| 553 | | GSK-00363341 - GSK-00363344 | Salmonella/Ames Test-Nitrosation Assay. | --- | |
| 554 | | GSK-00397376 - GSK-00397387 | GR32066 Salmonella/Ames Test | --- | |

EXHIBIT 6
(Cont.)

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 555 | | GSK-00132264 - GSK-00132269 | GR 32066A - M Nitrosation Assay/Ames. | --- | |
| 556 | | GSK-00132322 - GSK-00132325 | GR 34456A Nitrosation Assay/Ames. | --- | |
| 557 | | GSK-00132327 - GSK-00132330 | GR 34456A Nitrosation Assay/Ames. | --- | |
| 558 | | GSK-00132334 - GSK-00132341 | GR 34633X Nitrosation Assay/Ames. | --- | |
| 559 | | GSK-00132357 - GSK-00132360 | GR 35241 X&M Nitrosation Assay/Ames. | --- | |
| 560 | | GSK-00132362 - GSK-00132365 | GR35241X Nitrosation Assay/Ames. | --- | |
| 561 | | GSK-00132367 - GSK-00132370 | GR35242A&M Nitrosation Assay/Ames. | --- | |
| 562 | | GSK-00132372 - GSK-00132375 | GR35242A Nitrosation Assay/Ames. | --- | |
| 563 | | GSK-00132381 - GSK-00132388 | GR35458A Nitrosation Assay/Ames. | --- | |
| 564 | | GSK-00132390 - GSK-00132393 | GR35503A Nitrosation Assay/Ames. | --- | |
| 565 | | GSK-00132395 - GSK-00132398 | GR35503A Nitrosation Assay/Ames. | --- | |
| 566 | | GSK-00132400 - GSK-00132403 | GR35673A Salmonella/Ames Test | --- | |
| 567 | | GSK-00132404 - GSK-00132409 | GR35673A Nitrosation Assay/Ames. | --- | |
| 568 | | GSK-00132000 - GSK-00132003 | GR22602X&M Nitrosation Assay/Ames. | --- | |
| 569 | | GSK-00132007 - GSK-00132010 | AU23595X Nitrosation Assay/Ames. | --- | |
| 570 | | GSK-00132275 - GSK-00132278 | GR32124X-M Nitrosation Assay/Ames. | --- | |
| 571 | | GSK-00132461 - GSK-00132464 | GR52851X-M Nitrosation Assay/Ames. | --- | |
| 572 | | GSK-00132558 - GSK-00132561 | GR74297B-MGR78580A-M Nitrosation Assay/Ames. | --- | |
| 573 | | GSK-00132562 - GSK-00132565 | GR78893B-M Nitrosation Assay/Ames. | --- | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 574 | | GSK-00132566 - GSK-00132569 | GR78893B Nitrosation Assay/Ames, | — | |
| 575 | | GSK-00132571 - GSK-00132574 | GR80178A-M Nitrosation Assay/Ames. | — | |
| 576 | | GSK-00132577 - GSK-00132580 | GR80178A-M Salmonella/Ames Test-Nitrosation Assay. | — | |
| 577 | | GSK-00132584 - GSK-00132587 | GR96796X&M Nitrosation Assay/Ames. | — | |
| 578 | | GSK-00132106 - GSK-00132107 | n[1-(2-Amioethyl)-1H-indol-6-yl]formamide, maleate Salmonella/Ames Test | — | |
| 579 | | GSK-00132285 - GSK-00132286 | GR32707 (Batch 434/185) Salmonella/Ames Test | — | |
| 580 | | GSK-00132289 - GSK-00132290 | GR33,166A Salmonella/Ames Test | — | |
| 581 | | GSK-00132479 - GSK-00132480 | GR59141A Salmonella/Ames Test-Nitrosation Assay. | — | |
| 582 | | GSK-00132529 - GSK-00132530 | GR64027A Salmonella/Ames Test-Nitrosation Assay. | — | |
| 583 | | GSK-00132533 - GSK-00132537 | Salmonella/Ames Test-Nitrosation Assay. | — | |
| 584 | | GSK-00132540 - GSK-00132543 | Salmonella/Ames Test-Nitrosation Assay. | — | |
| 585 | | GSK-00132040 - GSK-00132044 | Salmonella/Ames Test | — | |
| 586 | | GSK-00132022 - GSK-00132027 | Salmonella/Ames Test | — | |
| 587 | | GSK-00132045 - GSK-00132048 | Salmonella/Ames Test | — | |
| 588 | | GSK-00132064 - GSK-00132069 | Salmonella/Ames Test | — | |
| 589 | | GSK-00132050 - GSK-00132053 | Salmonella/Ames Test | — | |
| 590 | | GSK-00132108 - GSK-00132112 | | — | |
| 591 | | GSK-00132129 - GSK-00132130 | Salmonella/Ames Test | — | |
| 592 | | GSK-00132141 - GSK-00132148 | Salmonella/Ames Test | — | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 593 | | GSK-00132054 - GSK-00132055 | AH 24817, and AH 25482 Salmonella/Ames Test | | |
| 594 | | GSK-00132150 - GSK-00132151 | Salmonella/Ames Test | --- | |
| 595 | | GSK-00132153 - GSK-00132160 | Salmonella/Ames Test | --- | |
| 596 | | GSK-00132163 - GSK-00132166 | Salmonella/Ames Test | --- | |
| 597 | | GSK-00132188 - GSK-00132189 | Salmonella/Ames Test | --- | |
| 598 | | GSK-00132219 - GSK-00132220 | Salmonella/Ames Test | --- | |
| 599 | | GSK-00132230 - GSK-00132231 | Salmonella/Ames Test | --- | |
| 600 | | GSK-00132251 - GSK-00132254 | Salmonella/Ames Test | --- | |
| 601 | | GSK-00132256 - GSK-00132263 | GR32030 Salmonella/Ames Test | --- | |
| 602 | | GSK-00132281 - GSK-00132282 | GR32707 (Batch 434/185), GR35813A (batch 604/84) Salmonella/Ames Test | | |
| 603 | | GSK-00132287 - GSK-00132288 | GR33166 Salmonella/Ames Test | | |
| 604 | | GSK-00132293 - GSK-00132294 | GR33305b Salmonella/Ames Test-GR33731bGR33886 | --- | |
| 605 | | GSK-00132295 - GSK-00132296 | Salmonella/Ames Test | --- | |
| 606 | | GSK-00132297 - GSK-00132298 | Salmonella/Ames Test | --- | |
| 607 | | GSK-00132299 - GSK-00132300 | GR 34,027B, GR34087B, GR34306A Salmonella/Ames Test | | |
| 608 | | GSK-00132301 - GSK-00132302 | Salmonella/Ames Test | --- | |
| 609 | | GSK-00132304 - GSK-00132305 | GR34274B Salmonella/Ames Test | --- | |
| 610 | | GSK-00132310 - GSK-00132313 | GR34317B Salmonella/Ames Test | --- | |
| 611 | | GSK-00132314 - GSK-00132317 | Salmonella/Ames Test | --- | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 612 | | GSK-00132332 - GSK-00132333 | GR34,512D Salmonella/Ames Test | ------ | |
| 613 | | GSK-00132342 - GSK-00132345 | GR34634A Salmonella/Ames Test | ------ | |
| 614 | | GSK-00132346 - GSK-00132347 | GR34656 Salmonella/Ames Test | ------ | |
| 615 | | GSK-00132352 - GSK-00132353 | Salmonella/Ames Test | ------ | |
| 616 | | GSK-00132354 - GSK-00132355 | GR34877A Salmonella/Ames Test | ------ | |
| 617 | | GSK-00132 77 - GSK-00132380 | GR35258A Salmonella/Ames Test | ------ | |
| 618 | | GSK-00132283 - GSK-00132284 | GR37128A Salmonella/Ames Test | ------ | |
| 619 | | GSK-00132427 - GSK-00132430 | GR37419 Salmonella/Ames Test | ------ | |
| 620 | | GSK-00132431 - GSK-00132432 | Salmonella/Ames Test | ------ | |
| 621 | | GSK-00132433 - GSK-00132436 | GR43022A Salmonella/Ames Test | ------ | |
| 622 | | GSK-00132437 - GSK-00132440 | Salmonella/Ames Test | ------ | |
| 623 | | GSK-00132441 - GSK-00132444 | Salmonella/Ames Test | ------ | |
| 624 | | GSK-00132446 - GSK-00132447 | Salmonella/Ames Test | ------ | |
| 625 | | GSK-00132448 - GSK-00132451 | Salmonella/Ames Test | ------ | |
| 626 | | GSK-00132452 - GSK-00132455 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 627 | | GSK-00132459 - GSK-00132460 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 628 | | GSK-00132465 - GSK-00132466 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 629 | | GSK-00132467 - GSK-00132468 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 630 | | GSK-00132469 - GSK-00132470 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |

- 29 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 631 | | GSK-00132471 - GSK-00132472 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 632 | | GSK-00132473 - GSK-00132474 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 633 | | GSK-00132476 - GSK-00132477 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 634 | | GSK-00132481 - GSK-00132482 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 635 | | GSK-00132488 - GSK-00132495 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 636 | | GSK-00132498 - GSK-00132501 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 637 | | GSK-00132509 - GSK-00132510 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 638 | | GSK-00132515 - GSK-00132516 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 639 | | GSK-00132521 - GSK-00132526 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 640 | | GSK-00132545 - GSK-00132548 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 641 | | GSK-00132550 - GSK-00132553 | Salmonella/Ames Test-Nitrosation Assay. | ------ | |
| 642 | | GSK-00179164 - GSK-00179172 | R&D Report No. WPT/91/216 | ------ | |
| 643 | | GSK-00227930 - GSK-00227945 | Report No. WPT/85/088 GR43175C: Five Weeks Oral Toxicity Study in RH Rats (R10780) | ------ | |
| 644 | | GSK-00133905 - GSK-00133911 | Report No. EXPL/TERM 1/92 Explanatory Planning | Dup DTX 64 | |
| 645 | | GSK-00127669 - GSK-00127671 | (10/14/88) Memorandum "Nitrosation of GR85548" | 402, 403 | |
| 646 | | GSK-00223554 - GSK-00223566 | Report No. WBP/89/113 "The Nitrosation of GR 85548A in Human Gastric Juice. In Vitro" | 402, 403, Dup DTX 767 | |
| 647 | | GSK-00151896 - GSK-00151899 | (7/16/91) Memorandum "Summary of Information on GR85548 Relative to the Nitrosation Issue" | 402, 403 | |
| 648 | | GSK00057665 | Preparative Detail Sheet (1/4/82) | 402, 403, Dup DTX 945 | |
| 649 | | GSK00057775 | Preparative Detail Sheet (12/15/82) | 402, 403, Dup DTX 941 | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 650 | | GSK00058127 | Preparative Detail Sheet (3/30/84) | Dup DTX 688, 938 | |
| 651 | | GSK00080302-GSK00080306 | Lab Notebook pages re: GR32066A | --- | |
| 652 | | GSK00080766-GSK00080770 | Lab Notebook pages re: GR32066 | --- | |
| 653 | | GSK00080775-GSK00080778 | Lab Notebook pages re: GR32066 | --- | |
| 654 | | GSK00080779-GSK00080782 | Lab Notebook pages re: GR32066 | --- | |
| 655 | | GSK00080783-GSK00080784 | Lab Notebook pages re: GR32066 | --- | |
| 656 | | GSK00080786-GSK00080787 | Lab Notebook pages re: GR32066 | --- | |
| 657 | | GSK00080789-GSK00080790 | Lab Notebook pages re: GR32066 | --- | |
| 658 | | GSK00080793-GSK00080794 | Lab Notebook pages re: GR32066 | --- | |
| 659 | | GSK00080873-GSK00080878 | Lab Notebook pages re: GR34456A | Dup DTX 225 | |
| 660 | | GSK00081921-GSK00081925 | Lab Notebook pages re: GR43,175A | Dup DTX 128 | |
| 661 | | GSK00082565-GSK00082569 | Lab Notebook pages re: GR43,175A | Dup DTX 129, 224 | |
| 662 | | GSK00082571-GSK00082575 | Lab Notebook pages re: GR43,175A | Dup DTX 130 | |
| 663 | | GSK00082577-GSK00082580 | Lab Notebook pages re: GR43,175A | --- | |
| 664 | | GSK00082581-GSK00082585 | Lab Notebook pages re: GR43,175A | --- | |
| 665 | | GSK00082586-GSK00082589 | Lab Notebook pages re: GR43,175A | --- | |
| 666 | | GSK00082590-GSK00082593 | Lab Notebook pages re: GR43,175A | --- | |
| 667 | | GSK00082594-GSK00082598 | Lab Notebook pages re: GR43,175A | Dup DTX 131 | |
| 668 | | GSK00090663-GSK00090670 | Lab Notebook pages (9/30/87) | --- | |

- 31 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 669 | | GSK00090672-GSK00090676 | Lab Notebook pages re: GR43,175C | — | |
| 670 | | GSK00096445-GSK00096446 | Lab Notebook pages re: GR34456A | Dup DTX 135 | |
| 671 | | GSK00096447 | Lab Notebook pages re: GR34456A | Dup DTX 135 | |
| 672 | | GSK00120097-GSK00120101 | Pharmacology Method Sheet No. 317 | Dup DTX 76, 414 | |
| 673 | | GSK00146691-GSK00146729 | Monthly Report March 1984 | Dup DTX 412 | |
| 674 | | GSK00146792-GSK00146823 | Monthly Report December 1983 | Dup DTX 205 | |
| 675 | | GSK00183061-GSK00183078 | R&D Report No. WNP/90/030 | — | |
| 676 | | GSK00189754-GSK00189789 | Report No. WPH/82/001; WCR/82/001 | — | |
| 677 | | GSK00191018-GSK00191041 | Report No. WPH/83/003; WCR/83/011 | Dup DTX 18 | |
| 678 | | GSK00191042-GSK00191089 | Report No. WPH/83/025; WCR/83/037 | Dup DTX 143 | |
| 679 | | GSK00196288-GSK00196318 | R&D Report No. WBP/90/072 | Dup DTX 204 | |
| 680 | | GSK00226014-GSK00226058 | R&D Report 19310 | | |
| 681 | | GSK00226695-GSK00226746 | Report No. WPC/84/020; WCR/84/051 | Dup DTX 41 | |
| 682 | | GSK00268471-GSK00268479 | Humphrey Declaration, In re Application Serial No. 317,682 | Dup DTX 206 | |
| 683 | | GSK00268889-GSK00268891 | Tarbit Declaration, In re Application Serial No. 07/443,874 | | |
| 684 | | GSK00284262-GSK00284293 | Monthly Report December 1982 | Dup DTX 404 | |
| 685 | | GSK00284365-GSK00284404 | Monthly Report March 1983 | Dup DTX 134, 405 | |
| 686 | | GSK00284405-GSK00284437 | Monthly Report April 1983 | Dup DTX 650, 938 | |
| 687 | | GSK00058094 | Lab Notebook Page (10/24/86) | | |
| 688 | | GSK00058127 | Lab Notebook Page (4/15/87) | | |
| 689 | | GSK00500742 | Lab Notebook Page | | |

- 32 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 690 | | GSK00058100 | Lab Notebook Page | | |
| 691 | | GSK00058132 | Lab Notebook Page (4/15/87) | 601 | |
| 692 | | GSK005011356 | Lab Notebook Page | | |
| 693 | | GSK00058098 | Lab Notebook Page (10/24/86) | | |
| 694 | | GSK00058133 | Lab Notebook Page (4/15/87) | | |
| 695 | | GSK00502904 | Lab Notebook Page | 601 | |
| 696 | | GSK00058101 | Lab Notebook Page (10/24/86) | | |
| 697 | | GSK00058136 | Lab Notebook Page (4/15/87) | | |
| 698 | | GSK00502590 | Lab Notebook Page | 601 | |
| 699 | | GSK00058137-8 | Lab Notebook Page (4/15/87) | 601 | |
| 700 | | GSK00000964 | Lab Notebook Page | | |
| 701 | | GSK00058102 | Lab Notebook Page (10/24/86) | | |
| 702 | | GSK00058138 | Lab Notebook Page (4/15/87) | | |
| 703 | | GSK00000965 | Lab Notebook Page | | |
| 704 | | GSK00058109 | Lab Notebook Page (10/24/86) | | |
| 705 | | GSK00058157 | Lab Notebook Page (4/15/87) | | |
| 706 | | GSK00504090 | Lab Notebook Page | 601 | |
| 707 | | GSK00155583-GSK00155584 | Lab Notebook Pages (8/31/89) | 601 | |
| 708 | | GSK00501209 | Cover page for lab notebook | 601 | |
| 709 | | GSK00501211 | Lab Notebook Page re: GR43175 Salts | 601 | |
| 710 | | GSK00501317-GSK00501326 | Lab Notebook Pages (9/13/84) | 601 | |
| 711 | | GSK00501329-GSK00501347 | Lab Notebook Pages (10/10/84) | 601 | |
| 712 | | GSK00000892 | Cover page for lab notebook | 601 | |
| 713 | | GSK00000894 | Lab Notebook Page | 601 | |
| 714 | | GSK00000913-GSK00000917 | Lab Notebook Pages re: GR43175A | 601 | |
| 715 | | GSK00000944 | Lab Notebook Pages re: GR43175A | 601 | |
| 716 | | GSK00000950-GSK00000956 | Lab Notebook Pages re: GR43176X, GR43175A | 601 | |
| 717 | | GSK00000961-GSK00000965 | Lab Notebook Pages re: GR43175A | 601 | |
| 718 | | GSK00000969-GSK00000971 | Lab Notebook Pages re: GR43175A | 601 | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 719 | | GSK00000994-GSK00000995 | Lab Notebook Pages re: GR43175C | 601 | |
| 720 | | GSK00502525-GSK00502527 | Lab Notebook Pages | 601 | |
| 721 | | GSK00502594 | Lab Notebook Pages (10/22/84) | 601 | |
| 722 | | GSK00502597-GSK00502602 | Lab Notebook Pages (10/24/84) | 601 | |
| 723 | | GSK00502864 | Lab Notebook Page | 601 | |
| 724 | | GSK00502904-GSK00502905 | Lab Notebook Pages re: GR43175C | 601 | |
| 725 | | GSK00502910-GSK00502919 | Lab Notebook Pages re: GR43175C | 601 | |
| 726 | | GSK00502922-GSK00502923 | Lab Notebook Pages re: GR43175B | 601 | |
| 727 | | GSK00227143-GSK00227184 | Report No. WPR/84/018 | --- | |
| 728 | | GSK00218494-GSK00218536 | Report No. WPR/85/011 | --- | |
| 729 | | GSK00225050-GSK00225112 | Report No. WCD/86/022 | --- | |
| 730 | | GSK00126186 | Lab Notebook Pages re: GR43175A | --- | |
| 731 | | GSK00126181 | Lab Notebook Pages re: GR43175A | --- | |
| 732 | | GSK00126179 | Lab Notebook Pages re: GR43175A | --- | |
| 733 | | GSK00126176 | Lab Notebook Pages re: GR43175A | --- | |
| 734 | | GSK00126170 | Lab Notebook Pages re: GR43175A | --- | |
| 735 | | GSK00126163 | Lab Notebook Pages re: GR43175A | --- | |
| 736 | | GSK00126153 | Lab Notebook Pages re: GR43175C | --- | |
| 737 | | GSK00126167-GSK00126169 | Summary Data re: GR43175 | --- | |
| 738 | | GSK00126174-GSK00126175 | Summary Data re: GR43175A | --- | |
| 739 | | GSK00126159-GSK00126161 | Summary Data re: GR43175C | --- | |
| 740 | | GSK00124068-GSK00124071 | File Note GR43175 and GR38032 | --- | |
| 741 | | GSK00123176 -GSK00123177 | Memorandum (6/9/88) re: GR43175X | --- | |
| 742 | | GSK00000026 | Cover page for Laboratory Notebook | --- | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 743 | | GSK0000225 | Lab Notebook Pages re: GR43175C | | |
| 744 | | GSK00142990-GSK00143016 | Migraine Bi-Monthly Report May-June 1984 | Dup DTX 311 | |
| 745 | | GSK00138088 | Lab Notebook Pages re: GR43175 | | |
| 746 | | GSK00167517-GSK00167546 | Report No. WPR/87/002 | 402,403, Dup DTX 527 | |
| 747 | | GSK00219604-GSK00219671 | Report No. WPR/85/020 | --- | |
| 748 | | GSK00196837-GSK00196893 | R&D Report No. WCD/90/009 | --- | |
| 749 | | GSK00225155-GSK00225227 | R&D Report No. 19251 | --- | |
| 750 | | GSK00127010-GSK00127044 | Project Profile GR43175C | | |
| 751 | | GSK00167331-GSK00167362 | Report No. WPR/86/014 | Dup DTX 525 | |
| 752 | | GSK00167089-GSK00167097 | Memorandum (3/29/85) | | |
| 753 | | GSK00167055-GSK00167088 | Report No. WPR/85/011 | Dup DTX 522 | |
| 754 | | GSK00226747-GSK00226758 | Report No. WPC/84/021 | | |
| 755 | | GSK0123346 | Memorandum (11/21/84) | --- | |
| 756 | | GSK00363200-GSK00363211 | SOP 11/11/81 | Dup DTX 58 | |
| 757 | | GSK00363212-GSK00363228 | SOP 7/25/83 | Dup DTX 59 | |
| 758 | | GSK00363229-GSK00363267 | SOP 9/7/90 | Dup DTX 60 | |
| 759 | | GSK00363268-GSK00363305 | SOP 12/1/93 | Dup DTX 61 | |
| 760 | | GSK00363306-GSK00363340 | SOP - ISOP/GWR/0012/01 | Dup DTX 62 | |
| 761 | | GSK00506946-GSK00506948 | Biological Research Pages (1/28/77) | --- | |
| 762 | | GSK00120677-GSK00120680 | Notebook Pages March-April 1984 | Dup DTX 17 | |
| 763 | | GSK00262533 | Laboratory Notebook Page | --- | |
| 764 | | GSK00262500 | Laboratory Notebook Page | --- | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 765 | | GSK00262534 | Laboratory Notebook Page | | |
| 766 | | GSK00166282 | Laboratory Notebook Page WCB/88/025 | 402, 403 | |
| 767 | | GSK0223555 | Summary page report No. WBP/89/113 | 402, 403, Dup DTX 646 | |
| 768 | | GSK00256268 | Laboratory Notebook Page re: GR40370 A | 106 | |
| 769 | | GSK00120055-GSK00120056 | Laboratory Notebook Pages | — | |
| 770 | | SPEC002258 - SPEC002261 | Section of Spectrum's ANDA | 402, 403 | |
| 771 | | SPEC002219 - SPEC002220 | Patent Certification | — | |
| 772 | | | U.S. Patent No. 4,816,483 | Dup DTX 63 | |
| 773 | | | Andre J. Hubert et al., *Catalyzed Prototropic Rearrangements, Part 3. Metal-Carbonyl-catalysed Isomerization of N- Allylsulphonamides to N-Prop- 2-enyl and N-Propylidene Derivatives*, J. Chem. Soc. Perkin Trans. 2 11 (1977) | | |
| 774 | | | U.S. Patent No. 4,922,021 (U.S. Equivalent of Zubovics et al., *Alkylenediamine Derivatives And as Drug Containing These Compounds, Alkaloida Vegyeszeti Gyar*, Hung. (1981) | — | |
| 775 | | | W.R. Hutler, *Free-Radical Chain Isomerization of N-Vinylsulfonamides*, 39 J. Org. Chem. 3219 (1974) | — | |
| 776 | | | Allan N. Tischler and Maureen H. Tischler, *Dilithiated N-Allylcarboxamides. A Synthesis of Enamides*, 37 Tetrahedron Lett. 3407 (1978) | — | |
| 777 | | | H. Breederveld, *The Chemistry of the N-Alkylaldimines. I. The Reaction of N-Alkylaldimines With Acetic Anhydride*, 79 Recueil 401 (1960) | — | |
| 778 | | | M.S. Kharasch and Hill M. Priestly, *The Addition of N-Haloamides to Olefins*, 61 J. Am. Chem. Soc. 3425 (1939) | — | |
| 779 | | | J.K. Stille and Y. Becker, *Isomerization of N-Allylamides and -imides to Aliphatic Enamides by Iron, Rhodium, and Ruthenium Complexes*, 45 J. Org. Chem. 2139 (1980) | — | |
| 780 | | | H. Breederveld, *The Chemistry of the N-Alkylaldimines. II. The Reaction of N- Propylpropanaldimine With Acetic Anhydride*, 79 Recueil 1197 (1960) | — | |

- 36 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 781 | | | Andre J. Hubert et al., *Catalyzed Protorropic Rearrangements. Part 2. Metal-Carbonyl-catalysed Isomerization of N-Allylamides to N-Prop-2-enyl Derivatives*, J. Chem. Soc. Perkin Trans. 2 1954 (1973) | — | |
| 782 | | | Giovanni Delogu, Giovanni Faedda and Serafino Gladiali, *Hydrocarbonoylation of Unsaturated Nitrogen Compounds. Synthesis of N- Protected Aminoacid Derivatives from N-Substituted Phthalimides*, 268 J. Organomet. Chem. 167 (1984) | — | |
| 783 | | | STN/CAS structure search | | |
| 784 | | | Remington *The Science and Practice of Pharmacy*, Nineteenth edition, p. 1457 | — | |
| 785 | | | B.E. Evans, et al., Methods for drug discovery: Development of potent, selective, orally effective cholecystokinin antagonists, J. Med. Chem. 31:2235 - 2246 at 2244 (1988) | — | |
| 786 | | | Robert Thorton Morrison and Robert Neilson Boyd, Organic Chemistry 83 (2d ed. 1971) | — | |
| 787 | Plaintiff's Exhibit 50 | | Group of raw data sheets for NAP tests | | |
| 788 | Plaintiff's Exhibit 51 | | Supplemental Expert Report of Dr. David Brusick | 802 | |
| 789 | | GSK00286472 - GSK00286519 | Project Review for six-monthly period ending 30th June 1983 | — | |
| 790 | | | Spectrum Demonstrative Exhibits (exact number to be determined) | — | |
| 791 | | | GSK Annual Report 2004 | — | |
| 792 | | | GSK Annual Report 2003 | — | |
| 793 | | | GSK Annual Report 2002 | — | |
| 794 | | | GSK Annual Report 2001 | — | |
| 795 | | | U.S. Patent No. 6,368,627 | 402, 403 | |
| 796 | | | U.S. Patent No. 6,221,878 | 402, 403 | |
| 797 | | | U.S. Patent No. 6,103,752 | 402, 403 | |
| 798 | | | U.S. Patent No. 6,020,001 | 402, 403 | |
| 799 | | | U.S. Patent No. 5,922,748 | 402, 403 | |
| 800 | | | U.S. Patent No. 5,919,811 | 402, 403 | |
| 801 | | | U.S. Patent No. 5,863,559 | 402, 403 | |
| 802 | | | U.S. Patent No. 5,786,473 | 402, 403 | |
| 803 | | | U.S. Patent No. 5,705,520 | 402, 403 | |
| 804 | | | U.S. Patent No. 5,705,506 | 402, 403 | |
| 805 | | | U.S. Patent No. 5,693,654 | 402, 403 | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 806 | | | U.S. Patent No. 5,659,040 | 402, 403 | |
| 807 | | | U.S. Patent No. 5,554,639 | 402, 403 | |
| 808 | | | U.S. Patent No. 5,475,020 | 402, 403 | |
| 809 | | | U.S. Patent No. 5,468,504 | 402, 403 | |
| 810 | | | U.S. Patent No. 5,425,950 | 402, 403 | |
| 811 | | | U.S. Patent No. 5,420,139 | 402, 403 | |
| 812 | | | U.S. Patent No. 5,411,968 | 402, 403 | |
| 813 | | | U.S. Patent No. 5,393,773 | 402, 403 | |
| 814 | | | U.S. Patent No. 5,376,672 | 402, 403 | |
| 815 | | | U.S. Patent No. 5,360,800 | 402, 403 | |
| 816 | | | U.S. Patent No. 5,298,510 | 402, 403 | |
| 817 | | | U.S. Patent No. 5,270,333 | 402, 403 | |
| 818 | | | U.S. Patent No. 5,246,941 | 402, 403 | |
| 819 | | | U.S. Patent No. 5,244,909 | 402, 403 | |
| 820 | | | U.S. Patent No. 5,225,407 | 402, 403 | |
| 821 | | | U.S. Patent No. 5,204,356 | 402, 403 | |
| 822 | | | U.S. Patent No. 5,202,343 | 402, 403 | |
| 823 | | | U.S. Patent No. 5,200,414 | 402, 403 | |
| 824 | | | U.S. Patent No. 5,198,447 | 402, 403 | |
| 825 | | | U.S. Patent No. 5,190,954 | 402, 403 | |
| 826 | | | U.S. Patent No. 5,183,820 | 402, 403 | |
| 827 | | | U.S. Patent No. 5,114,950 | 402, 403 | |
| 828 | | | U.S. Patent No. 5,103,020 | 402, 403 | |
| 829 | | | U.S. Patent No. 5,084,474 | 402, 403 | |
| 830 | | | U.S. Patent No. 5,071,854 | 402, 403 | |
| 831 | | | U.S. Patent No. 5,066,660 | 402, 403 | |
| 832 | | | U.S. Patent No. 5,036,078 | 402, 403 | |
| 833 | | | U.S. Patent No. 5,026,722 | 402, 403 | |
| 834 | | | U.S. Patent No. 5,026,696 | 402, 403 | |
| 835 | | | U.S. Patent No. 5,019,586 | 402, 403 | |
| 836 | | | U.S. Patent No. 5,013,733 | 402, 403 | |
| 837 | | | U.S. Patent No. 5,008,272 | 402, 403 | |
| 838 | | | U.S. Patent No. 5,001,135 | 402, 403 | |
| 839 | | | U.S. Patent No. 4,997,841 | 402, 403 | |
| 840 | | | U.S. Patent No. 4,985,437 | 402, 403 | |
| 841 | | | U.S. Patent No. 4,985,422 | 402, 403 | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 842 | | | U.S. Patent No. 4,948,803 | 402, 403 | |
| 843 | | | U.S. Patent No. 4,939,144 | 402, 403 | |
| 844 | | | U.S. Patent No. 4,918,080 | 402, 403 | |
| 845 | | | U.S. Patent No. 4,894,387 | 402, 403 | |
| 846 | | | U.S. Patent No. 4,883,803 | 402, 403 | |
| 847 | | | U.S. Patent No. 4,876,267 | 402, 403 | |
| 848 | | | U.S. Patent No. 4,870,096 | 402, 403 | |
| 849 | | | U.S. Patent No. 4,859,662 | 402, 403 | |
| 850 | | | U.S. Patent No. 4,855,314 | 402, 403 | |
| 851 | | | U.S. Patent No. 4,839,377 | 402, 403 | |
| 852 | | | U.S. Patent No. 4,833,153 | 402, 403 | |
| 853 | | | U.S. Patent No. 4,822,881 | 402, 403 | |
| 854 | | | U.S. Patent No. 4,814,344 | 402, 403 | |
| 855 | | | U.S. Patent No. 4,808,581 | 402, 403 | |
| 856 | | | U.S. Patent No. 4,795,756 | 402, 403 | |
| 857 | | | U.S. Patent No. 4,785,016 | 402, 403 | |
| 858 | | | U.S. Patent No. 4,695,578 | 402, 403 | |
| 859 | | | U.S. Patent No. 4,672,067 | 402, 403 | |
| 860 | | | U.S. Patent No. 4,650,810 | 402, 403 | |
| 861 | | | U.S. Patent No. 4,636,521 | 402, 403 | |
| 862 | | SPEC 000668 | One-page letter from Ashok Gore to Food and Drug Administration dated October 22, 2004 | 402, 403 | |
| 863 | | SPEC 000665-SPEC 000666 | Two-page letter from Frederik Defesche to the Office of Generic Drugs, Food and Drug Administration dated October 22, 2004 | 402, 403 | |
| 864 | | SPEC 002219-SPEC 002221 | Patent Certification | — | |
| 865 | | SPEC 002267-SPEC 002285 | 19-page document, the first page of which is entitled "Table of Contents," | 402, 403 | |
| 866 | | SPEC 001448-SPEC 001468 | Sumatriptan Label Information | — | |
| 867 | | | GSK Annual Report 2005 | — | |
| 868 | | | 05 CV 0099 Complaint (2/18/05) | — | |
| 869 | | | 05 CV 0099 Answer to Complaint and Counterclaim of Defendant-Counterclaimant Spectrum Pharmaceuticals, Inc. (3/10/05) | — | |
| 870 | | | 05 CV 0099 Plaintiff's Reply to Defendant's Counterclaim (3/30/05) | — | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 871 | | | 05 CV 0099 First Amended Answer and Counterclaim of Defendant-Counterclaimant Spectrum Pharmaceuticals, Inc. (2/23/06) | --- | |
| 872 | | | 05 CV 0099 Plaintiff's Reply to Counterclaims (3/8/06) | LM | |
| 873 | | | 05 CV 0099 Plaintiff's First Set of Request for Admission | LM | |
| 874 | | | 05 CV 0099 Spectrum's Responses and Objections to Plaintiff's First Set of Requests for Admission | --- | |
| 875 | | | 05 CV 0099 Plaintiff's First Set of Interrogatories | LM | |
| 876 | | | 05 CV 0099 Defendant Spectrum's Responses and Objections to Plaintiff's First Set of Interrogatories | --- | |
| 877 | | | 05 CV 0099 Plaintiff's Second Set of Interrogatories (Nos. 17-19) | LM | |
| 878 | | | 05 CV 0099 Spectrum's Responses and Objections to Plaintiff's Second Set of Interrogatories (Nos. 17-19) | --- | |
| 879 | | | 05 CV 0099 Plaintiff's First Set of Requests for the Production of Documents and Things | LM | |
| 880 | | | 05 CV 0099 Defendant Spectrum's Responses and Objections to Plaintiff's First Set of Request for the Production of Documents and Things | LM | |
| 881 | | | 05 CV 0099 Spectrum Pharmaceuticals' First Set of Interrogatories to Plaintiff | LM | |
| 882 | | | 05 CV 0099 Plaintiff's Response to Spectrum Pharmaceuticals' First Set of Interrogatories to Plaintiff | LM | |
| 883 | | | 05 CV 0099 Defendant Spectrum Pharmaceuticals, Inc.'s Second Set of Interrogatories to Plaintiff Glaxo Group Limited (Nos. 8-15) | LM | |
| 884 | | | 05 CV 0099 Plaintiff's Response to Spectrum Pharmaceutical's Second Set of Interrogatories | LM | |
| 885 | | | 05 CV 0099 Spectrum Pharmaceutical's First Set of Request s to Plaintiff for Production of Documents and Things | LM | |
| 886 | | | 05 CV 0099 Plaintiff's Response to Spectrum Pharmaceuticals' First Set of Requests to Plaintiff for Production of Documents and Things | LM | |
| 887 | | | 05 CV 0099 Defendant Spectrum Pharmaceuticals, Inc.'s Second Set of Requests for the Production of Documents and Things to Plaintiff Glaxo Group Limited (Nos. 36-65) | LM | |
| 888 | | | 05 CV 0099 Plaintiff's Response to Spectrum Pharmaceuticals, Inc.'s Second Set of Requests for the Production of Documents and Things (Nox. 36-65) | LM | |

- 40 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 889 | | | 03 CV 10260 Complaint (12/30/03) | LM | |
| 890 | | | 03 CV 10260 Answer of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. to Plaintiff's Complaint and Declaratory Judgement Counterclaim (1/20/04) | LM | |
| 891 | | | 03 CV 10260 Amended Answer of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. Plaintiff's Complaint and Declaratory Judgement Counterclaim (9/23/05) | LM | |
| 892 | | | 03 CV 10260 Plaintiff's 1st Set of Interrogatories (to: DRL) | LM | |
| 893 | | | 03 CV 10260 Plaintiff's Second Set of Interrogatories (to: DRL) | LM | |
| 894 | | | 03 CV 10260 Plaintiff's Ist Set of Request for Production of Documents and Things to DRL | LM | |
| 895 | | | 03 CV 10260 Plaintiff's Second Set of Requests for the Production of Document and Things (to: DRL) | LM | |
| 896 | | | 03 CV 10260 DRL's Responses and Objections to GSK's Second Set of Interrogatories (Nos. 9-17) | LM | |
| 897 | | | 03 CV 10260 DRL's Response to GSK's Second Set of Requests and Production of Documents and Things | LM | |
| 898 | | | DRL's Responses to Plaintiff's First Set of Requests for Admission (1-31) | LM | |
| 899 | | | 03 CV 10260 DRL's First Set of Interrogatories (1-15) to Glaxo Group Ltd | LM | |
| 900 | | | 03 CV 10260 DRL's Third Set of Interrogatories (Nos. 7-15) to Plaintiff Glaxo group | LM | |
| 901 | | | 03 CV 10260 DRL's First Request for Production of Documents and Things to GSK | LM | |
| 902 | | | 03 CV 10260 DRL's Request No. 66 for Production of Documents and Things to Plaintiff Glaxo Group Ltd | LM | |
| 903 | | | 03 CV 10260 Plaintiff's Responses to DRL's Request Nos. 66 and 67 for Production of Documents and Things | LM | |
| 904 | | | 03 CV 10260 Plaintiff's Responses to Defendants' Second Set of Requests for Admissions Nos. 60-108 to Plaintiff Glaxo Group | LM | |
| 905 | | | 04 CV 9866 Plaintiff's First Set of Interrogatories (to Cobalt) | LM | |
| 906 | | | 04 CV 9866 Plaintiff's Second Set of Interrogatories (to Cobalt) | LM | |
| 907 | | | 04 CV 9866 Plaintiff's First Set of Requests for the Production of Document and Things (to Cobalt) | LM | |

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 908 | | | 04 CV 9866 Plaintiff's Second Set of Requests for the Production of Document and Things (to Cobalt) | LM | |
| 909 | | | 04 CV 9866 First Request for Production of Documents and Things by Defendant Cobalt Pharmaceuticals, Inc. | LM | |
| 910 | | | Miscellaneous Regulatory Documents re: NDA 20 080 | ------ | |
| 911 | | GSK-00278868-GSK-00279333 | Miscellaneous Regulatory Documents re: NDA 20 132 | ------ | |
| 912 | | | Miscellaneous Regulatory Documents re: NDA 20 763 | 402, 403 | |
| 913 | | GSK-00267516 | Comparison of Compounds Dutch Patent Applications Nos. 8302031/8502171 | 402, 403, Dup DTX 163 | |
| 914 | | GSK-00176081-GSK-00176124 | 5-ALkylaminousulphonylmethyl tryptamines as potential anti-migraine agents. Part 1 | ------ | |
| 915 | | GSK-00181228-GSK-00181258 | The Pharmacokinetic Profile of Some Analogues of GR 43175 and GR 40370 After Intravenous and Oral Administration to the Rat at a Dose Level of 10mg/kg | ------ | |
| 916 | | | 2004 Physicians' Desk Reference pg. 1426 | 402, 403 | |
| 917 | | | Spectrum ANDA | 402, 403 | |
| 918 | DRL 039 | GSK0266823 -GSK0266830 | Pages from U.S. PTO | ------ | |
| 919 | | | Printout of electronic Orange Book Entry for NDA No.020080 (injectable) | ------ | |
| 920 | | | Printout of electronic Orange Book Entry for NDA No.020132 (tablet) | ------ | |
| 921 | | | Printout of electronic Orange Book Entry for NDA No.020626 (nasal) | ------ | |
| 922 | | | Printout of electronic Orange Book Entry for NDA No.021001 (almotriptan) | 402, 403 | |
| 923 | | | Printout of electronic Orange Book Entry for NDA No.021016 (eletriptan) | 402, 403 | |
| 924 | | | Printout of electronic Orange Book Entry for NDA No.021006 (frovatriptan) | 402, 403 | |
| 925 | | | Printout of electronic Orange Book Entry for NDA No.020763 (naratriptan) | 402, 403 | |
| 926 | | | Printout of electronic Orange Book Entry for NDA No.020865 (rizatriptan) | 402, 403 | |
| 927 | | | Printout of electronic Orange Book Entry for NDA No.021231 (zolmitriptan OTD) | 402, 403 | |
| 928 | | | Printout of electronic Orange Book Entry for NDA No.021450 (zolmitriptan nasal) | 402, 403 | |

- 42 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 929 | | | Printout of electronic Orange Book Entry for NDA No.020768 (zolmitriptan tablet) | 402, 403 | |
| 930 | | | C.V. of Michael Antonaccio, Ph.D. | --- | |
| 931 | | | C.V. of Dr. David J. Brusick | --- | |
| 932 | | | C.V. of Dr. K. Barry Sharpless | | |
| 933 | | | C.V. of Stephen R. Byrn, Ph.D. | | |
| 934 | | | C.V. of Shayne C. Gad, Ph.D. | Dup DTX 176 | |
| 935 | | | C.V. of Stephen J. Peroutka, M.D., Ph.D. | | |
| 936 | | | C.V. of Seymour Solomon, M.D. | Dup DTX 230 | |
| 937 | | | C.V. of Edward C. Taylor, Ph.D. | --- | |
| 938 | | GSK-00058141-143, GSK-00058146, GSK-00058149-152, GSK-00058156, GSK-00058202-203, GSK-00058111-, GSK-00058113, GSK-00058118, GSK-00058120, GSK-00058123, 05K-00058124, GSK-00058126-27, GSK-00058129, GSK-00058131, GSK-00058135-36, GSK-00058138-39 | Preparative Detail Sheets for GR 43175 | See also DTX 651, 688, 697, 699, 702 | |
| 939 | | GSK-00060364-65 | Preparative Detail Sheets for GR 34633 | 402, 403 | |
| 940 | | GSK-00057838-39, GSK-00057841, GSK-00057843-45 | Preparative Detail Sheets for GR 35673 | 402, 403 | |
| 941 | | GSK-00057775-77 | Preparative Detail Sheets for GR 34456 | 402, 403. See also DTX 649 | |
| 942 | | GSK-00060615 | Preparative Detail Sheet for FR35503 | 402, 403 | |
| 943 | | GSK-00072990 | Preparative Detail Sheet for GR35242 | 402, 403 | |
| 944 | | GSK-00072986 | Preparative Detail Sheet for GR35241 | 402, 403 | |
| 945 | | GSK-00057665-67, GSK-00057671-74, GSK-00057676-78, GSK-00057702-05, GSK-00057707-08 | Preparative Detail Sheets for GR 35066 | 402, 403. See also DTX 648 | |

- 43 -

| Defendant's Trial Exhibit Number (DTX) | Previous Marking | Bates Numbers | Description | Objections | Response to Objections |
|---|---|---|---|---|---|
| 946 | | GSK-00060598-99 | Preparative Detail Sheets for GR 354588 | 402, 403 | |
| 947 | | GSK-00064380 | Preparative Detail Sheet for AH 25406 | 402, 403 | |
| 948 | | GSK-00059305-07, GSK-00059309, GSK-000559311-14 | Preparative Detail Sheets for GR 40370 | 402, 403 | |
| 949 | | | Dowle et al., Chem. Abst., 100:103175y (1983). | | |
| 950 | | | P. R. Saxena, Selective Vasoconstriction in Carotid Vascular Bed by Methysergide: Possible Relevance to Its Antimigraine Effect, Eur. J. Pharmacol, 27(1):99-105 (1974). | 802 | |
| 951 | | | P. R. Saxena, The Effects of Antimigraine Drugs on the Vascular Responses by 5-hydroxytryptamine and Related Biogenic Substances on the External Carotid Bed of Dogs: Possible Pharmacological Implications to Their Antimigraine Action, Headache, (12):44-53 (1972). | 802 | |
| 952 | | | P. R. Saxena and G. M. De Vlaam-Schluter, Role of Some Biogenic Substances in Migraine and Relevant Mechanism in Antimigraine Action of Ergotamine – Studies in an Experimental Model for Migraine, Headache, 13:142-163 (1974). | 802 | |
| 953 | | | Joint Pre-Trial Statement (05/15/2006) (In re Glaxo '845 Patent Litigation, 03 CV 10260) | 402, 403, LM | |

- 44 -