EXHIBIT 7

**EXHIBIT 7 TO THE PRETRIAL ORDER**

**PLAINTIFF GLAXOSMITHKLINE'S FACT WITNESS LIST**

Subject to the availability of each witness at the time of trial, Plaintiff WILL call the following fact witnesses in person:

1.  **Ian Coates**
    Marks & Clerk
    45 Grosvenor Road
    St. Albans, Hertfordshire
    AL1 3AW
    United Kingdom

2.  **Richard Fichter**
    Bacon & Thomas
    625 Slaters Lane - Fourth Floor
    Alexandria, VA  22314-1176

3.  **Donna Gutterman**
    Product Manager
    GlaxoSmithKline
    5 Moore Drive
    Research Triangle Park, NC 27709

4.  **Patrick Humphrey**
    901 Gateway Blvd.
    South San Francisco, CA 94080

5.  **Alexander Oxford**
    60 Green Drift
    Royston
    Hertfordshire
    SG8 5BX
    United Kingdom

Subject to the availability of each witness at the time of trial, Plaintiff MAY call the following fact witnesses in person:

1.  **Wasyl Feniuk**
    8 Birch Close
    Broom
    Biggleswade, Bedfordshire
    SG18 9NR
    United Kingdom

2.  **David Gatehouse**
    Covance Laborties, Ltd.
    Otley Road
    Harrogate
    North Yorkshire
    HG3 1PY
    United Kingdom

3.  **Michael Jackson**
    Rose Cottage
    Bell Lane
    Nuthampstead
    Hertfordshire
    SG8 8ND
    United Kingdom

4.  **Peter North**
    Director, Med Chem Support
    GlaxoSmithKline
    Gunnels Wood Road
    Stevenage
    Hertfordshire
    SG12 2NY
    United Kingdom

5.  **Angela Palmer**
    Senior Patent Litigation Adviser
    Corporate Intellectual Property
    GlaxoSmithKline

CN9 25.1
980 Great West Road
Brentford, Middx TW8 9GS
United Kingdom

6. **Marion Perren**
GlaxoSmithKline
Neurology, CEDD
New Frontier Science Park
Third Avenue
Harlow
Essex
CM19 5AW
United Kingdom

7. **Mandy Reynolds**
Document Management
Gunnels Wood Road
Stevenage
Hertfordshire
SG12 2NY
United Kingdom

8. **Michael Tarbit**
Senior Vice President R&D
Inpharmatica Ltd.
127 Science Park
MiltonRoad
Cambridge
CB4 0GD
United Kingdom

9. **David Tweats**
3 Macaulay Drive
Malvern
Worcestershire
WR14 2UN
United Kingdom

# EXHIBIT 8

FINAL PRE-TRIAL ORDER EXHIBIT 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **GLAXO GROUP LTD., d/b/a GLAXOSMITHKLINE,**<br><br>Plaintiff and Counterclaim-Defendant<br><br>v.<br><br>**SPECTRUM PHARMACEUTICALS, INC.,**<br><br>Defendant, and Counterclaim Plaintiff. | Civil Action No. 05 CV 99 GMS |

## EXHIBIT 8

### SPECTRUM'S LIST OF FACT AND EXPERT WITNESSES

Spectrum sets forth below the names and addresses of the fact and expert witnesses that it intends to call at trial along with the names and address of the fact and expert witnesses which may be called. Spectrum reserves the right to call witnesses who are not presently identifiable to serve as rebuttal witnesses, without prior notice to GSK. Additionally, Spectrum sets forth GSK's objections thereto.

### A.    Witnesses Spectrum Intends to Call at Trial

1.    Michael J. Antonaccio, Ph.D.
       119 Pinewood Circle
       New Hope, PA  18938

00404141

2.  David J. Brusick, Ph.D.
    123 Moody Creek Road
    Bumpass, VA 23024

3.  K. Barry Sharpless, Ph.D.
    10550 North Torrey Pines Road, TPC-20
    La Jolla, CA 92037

4.  Russell Skibsted
    Senior Vice President and Chief Business Officer
    Spectrum Pharmaceuticals, Inc.
    157 Technology Drive
    Irvine, CA 92618

5.  Ian Coates
    Marks & Clerk
    45 Grosvenor Road
    St. Albans
    Hertfordshire AL1 3AW
    United Kingdom

6.  Wasyl Feniuk
    8 Birch Close
    Broom
    Biggleswade
    Bedfordshire SG18 9NR
    United Kingdom

7.  Richard Fichter
    625 Slaters Lane - Fourth Floor
    Alexandria, VA 22314-1176

8.  David Gatehouse
    Covance Laborties, Ltd.
    Otley Road
    Harrogate
    North Yorkshire HG3 1PY
    United Kingdom

9.  Patrick Humphrey
    901 Gateway Blvd. South
    San Francisco, CA 94080

00404141

10. Michael Jackson
 Rose Cottage
 Bell Lane
 Nuthampstead
 Herts  SG8 8ND
 United Kingdom

11. Alexander Oxford
 60 Green Drift
 Royston
 Hertfordshire  SG8 5BX
 United Kingdom

12. Michael Tarbit
 Senior Vice President R&D
 Inpharmatica Ltd.
 127 Science Park
 Milton Road
 Cambridge  CB4 0GD
 United Kingdom

13. David Tweats
 3 Macaulay Drive
 Malvern
 Worcestershire  WR14 2UN
 United Kingdom

**Witnesses Spectrum May Call**

1. Peter North
 Director, Med Chem Support
 GlaxoSmithKline
 Gunnels Wood Road
 Stevenage
 Hertfordshire  SG12 2NY
 United Kingdom

2. Marion Perren
 GlaxSmithKline
 Neurology, CEDD
 New Frontier Science Park
 Third Avenue
 Harlow, Essex  CM19 5AW
 United Kingdom

00404141

# EXHIBIT 9

## EXHIBIT 9 TO THE PRETRIAL ORDER

## PLAINTIFF GLAXOSMITHKLINE'S EXPERT WITNESS LIST

Subject to the availability of each witness at the time of trial, and any future stipulations entered into by the parties, Plaintiff will call the following expert witnesses in person.  In addition to identifying the expert witnesses Plaintiff expects to call at trial, Plaintiff has included a brief statement about each expert's qualifications and expected testimony.

1.     **Stephen Byrn**
       824 Barlow Street
       West Lafayette, IN  47906

       Dr. Byrn holds a Ph.D. in Chemistry from the University of Illinois and was a postdoctoral fellow at U.C.L.A. from 1970 until 1972.  In 1972, Dr. Byrn became a professor of Pharmacy at Purdue University.  Since then, Dr. Byrn has held numerous positions at Purdue, including his current position as the Head of the Department of Industrial and Physical Pharmacy.  Dr. Byrn also is the Charles B. Jordan Professor of Medicinal Chemistry.  Dr. Byrn is the co-founder of several academic and industrial programs, including CAMP (Consortium for the Advancement of Manufacturing in Pharmacy).  Dr. Byrn is also the past Chair of the Pharmaceutical Sciences Advisory Committee at the Food and Drug Administration. Dr. Byrn's experience and qualifications are further set forth in Section I of his expert report and in his curriculum vitae annexed to his expert report as Exhibit A.

       At trial, Dr. Byrn will testify as an expert on salt chemistry.  Dr. Byrn's testimony is expected to cover (1) a tutorial on salt chemistry; (2) the distinctiveness of salt compounds, including the differences in properties of salt compounds; (3) the relationship between a salt compound's properties and drug manufacture; (4) the unpredictability of salt compound properties and formation; (5) the favorable properties of

sumatriptan succinate; and (6) Glaxo's rebuttal to Spectrum's allegations that the claims of the '845 Patent are anticipated by the '470 Patent. Dr. Byrn will also offer rebuttal testimony to any testimony by Spectrum's witnesses concerning salt chemistry.

2.    **Shayne Gad**
      102 Woodtrail Lane
      Cary, NC 27511

Dr. Gad holds a Ph.D. in Pharmacology/Toxicology from the University of Texas at Austin.  From 1977 until 1979, Dr. Gad was a fellow and group leader for Inhalation and Neurotoxicology for the Chemical Hygiene Fellowship at the Carnegie Mellon Institute of Research.  Dr. Gad has held many prestigious positions, including Director of Toxicology and Senior Director of Product Safety and Metabolism at G.D. Searle from 1986 until 1991.  Dr. Gad was also the Director of Medical Affairs Product Support Services at Becton Dickinson from 1991 until 1993.  Dr. Gad is a member of various professional committees and organizations, including the American College of Toxicology.  Dr. Gad was also the founder and has served as the Editor-in-Chief of Toxicology Methods (currently Toxicology Mechanisms and Methods), a journal dedicated to publishing original research in the areas of new techniques and the understanding of mechanisms in toxicology.  Dr. Gad's experience and qualifications are further set forth in Section I of his expert report and in his curriculum vitae annexed to his expert report as Exhibit A.

At trial, Dr. Gad will testify as an expert on toxicology. Dr. Gad's testimony is expected to cover (1) a tutorial on toxicology; (2) the toxicological background to Glaxo's Migraine Project; (3) certain tests used to screen candidate compounds during the Migraine Project, particularly *in vitro* tests for mutagenicity such as the Nitrosation Assay Procedure Test ("NAP Test"); (4) the application of those tests to sumatriptan and other compounds synthesized during the Migraine Project; and (5) the content and accuracy of a declaration executed by Dr. Michael Jackson and submitted to the United States Patent and Trademark Office during the prosecution of the '845 Patent, the results of which tests showed that sumatriptan had unexpected superior properties when compared to the closest prior art compound.  Dr. Gad will also offer rebuttal testimony to any testimony by Spectrum's witnesses concerning toxicology.

3.      **Stephen Peroutka**
        1125 Trenton-Harbourton Road
        PO Box 200
        Titusville, NJ 08560

Dr. Peroutka holds a M.D. degree from Johns Hopkins University School of Medicine and a Ph.D. from the Department of Pharmacology and Experimental Therapeutics of Johns Hopkins University. Dr. Peroutka has been elected to various professional committees and organizations, including the International Nomenclature Committee for the Classification of Serotonin Receptors and the American College of Neuropsychopharmacology. Dr. Peroutka has received numerous awards and distinctions, including the 1979 Sandoz Award for excellence in the field of Pharmacology and the 1994 Max Hamilton Memorial Prize for significant contributions to the field of Psychopharmacology from the Collegium Internationale Neuro-Psychopharmacologicum. Dr. Peroutka's experience and qualifications are further set forth in Section IA of his expert report and in his curriculum vitae annexed to his expert report as Exhibit A.

At trial, Dr. Peroutka will testify as an expert on pharmacology. Dr. Peroutka's testimony is expected to cover (1) the pharmacological background to Glaxo's Migraine Project; (2) certain tests used to screen candidate compounds during the Migraine Project, in particular in vitro tests for $S_2$ potency and selectivity as well as in vivo tests for potency, duration of action, efficacy following intraduodenal administration and oral bioavailability; (3) the application of those tests to sumatriptan and two compounds referenced in a declaration executed by Dr. Patrick Humphrey and submitted to the United States Patent and Trademark Office during the prosecution of the '845 Patent, the results of which tests showed that sumatriptan had unexpected superior properties in comparison with those compounds; and (4) the content and accuracy of the Humphrey Declaration. Dr. Peroutka will also offer rebuttal testimony to any testimony by Spectrum's witnesses concerning pharmacology.

4.      **Seymour Solomon**
        Montefiore Medical Center
        1575 Blondell Avenue, Suite 225
        Bronx, NY

Dr. Solomon holds an M.D. from Marquette University School of Medicine (now the Medical College of Wisconsin). Dr. Solomon has been the Director of the Montefiore Headache Center since 1980. Since 1983, Dr. Solomon has been the Professor of Neurology at the Albert Einstein College of Medicine in New York. Dr. Solomon has held many prestigious positions, including President of the American Association for the Study of Headache and Chairman of the American Council for Headache Education. Dr. Solomon has received various professional honors, including the National Migraine Foundation Award as well as awards from the American Council of Headache Society. Dr. Solomon's experience and qualifications are further set forth in Section I of his expert report and in his curriculum vitae annexed to his expert report as Exhibit 1.

At trial, Dr. Solomon will testify as an expert on the causes and treatment of headache, particularly migraines. Dr. Solomon's testimony is expected to cover (1) a tutorial on migraine, including the causes, symptoms and treatment of migraine; (2) the limited migraine treatments that were available before the invention of Imitrex; (3) the previously unmet medical need for a safe and effective anti-migraine drug filled by Imitrex; (4) the superior safety and effectiveness of Imitrex as an anti-migraine drug in comparison with previous anti-migraine agents; and (5) industry success, praise and awards for GSK's discovery of Imitrex. Dr. Solomon will also offer rebuttal testimony to any testimony by Spectrum's witnesses concerning the clinical aspects of migraines and any related secondary considerations of non-obviousness.

5.    **Edward Taylor**
      Princeton University
      Chemistry Department
      1 Hoyt
      Princeton, NJ 08544

Dr. Taylor holds a Ph.D. degree in organic chemistry from Cornell University. Dr. Taylor has 59 years of experience in organic chemistry, the synthesis of organic compounds, and the design and synthesis of pharmaceutically active compounds. In 1954, Dr. Taylor joined Princeton University, and he has been associated with Princeton through the present day. Dr. Taylor holds the esteemed position of A. Barton Hepburn

Professor of Organic Chemistry Emeritus and is a Senior Research Chemist at Princeton University. Additionally, Dr. Taylor is a member of various major scientific organizations, including the American Chemical Society. Dr. Taylor is an inventor of Alimta®, a novel compound for the treatment of mesothelioma and lung cancer. Dr. Taylor has received numerous awards and distinctions, including the distinguished Hamilton Award and the American Chemical Society's Heroes in Chemistry Award. Dr. Taylor's experience and qualifications are further set forth in Section I of his expert report and in his curriculum vitae annexed to his expert report as Exhibit A.

At trial, Dr. Taylor will testify as an expert on organic and medicinal chemistry. Dr. Taylor's testimony is expected to cover (1) the definition of a person of ordinary skill in the art pertaining to the claimed invention in the '845 Patent; (2) a tutorial concerning basic organic chemistry with an emphasis on heterocyclic organic chemistry as it pertains to the '845 Patent invention; (3) the complexity and uncertainty of drug discovery; (4) the discovery of sumatriptan and its physiologically acceptable salts and solvates; (5) Glaxo's rebuttal to the allegation of Spectrum that the claims of the '845 Patent are invalid as anticipated expressly or inherently by the '470 Patent; and (6) Glaxo's rebuttal to Spectrum's allegations that the claims of the '845 Patent are invalid for obviousness over the '470 Patent. Dr. Taylor will also offer rebuttal testimony to any testimony by Spectrum's witnesses concerning organic or medicinal chemistry.

# EXHIBIT 10

FINAL PRE-TRIAL ORDER EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **GLAXO GROUP LTD.,  d/b/a GLAXOSMITHKLINE,**<br><br>Plaintiff and Counterclaim-Defendant<br><br>v.<br><br>**SPECTRUM PHARMACEUTICALS, INC.,**<br><br>Defendant, and Counterclaim Plaintiff. | Civil Action No. 05 CV 99 GMS |

EXHIBIT 10

SPECTRUM'S LIST OF EXPERT WITNESS QUALIFICATIONS

Spectrum attaches the following list setting forth the qualifications for its expert witnesses that it intends to call at trial along with statements setting forth the subject matter of each such expert's testimony.

1.      **Dr. Michael J. Antonaccio** - Spectrum's expert, Dr. Michael J. Antonaccio, studied and worked in the field of pharmacology and sciences related to pharmaceutical research and development for the past twenty-five years. Dr. Antonaccio received his Bachelor of Science in pharmacy from Duquesne University in 1966 and received his Ph.D. in pharmacology from the University of Michigan in 1970. Dr. Antonaccio's work experience includes prominent positions at major pharmaceutical companies where he was involved in the research and

development of drugs to treat, among other things, the cardiovascular system, pulmonary system, central nervous system and gastrointestinal system.

Spectrum anticipates Dr. Antonaccio will testify about the practices in the pharmaceutical industry. Dr. Antonaccio will testify about the '845 patent and provide testimony as to the testing and conclusions provided in the Humphrey Declaration. In particular, Dr. Antonaccio will testify that Dr. Humphrey lacked sufficient information and data to provide the conclusions he represented to the Patent Office during the prosecution of the '845 patent. Dr. Antonaccio will further testify that sumatriptan is not unexpectedly superior to the other compounds tested.

2.   **Dr. David J. Brusick** - Spectrum's expert, Dr. Brusick, has studied and worked in the field of toxicology and sciences related to pharmaceutical research and development for over twenty-five years. Dr. Brusick received his Bachelor of Science in biology from the University of Illinois in 1963 and his Ph.D. in microbial genetics from Illinois State University in 1970. From 1995 to 2005, Dr. Brusick worked at Covance Labs Inc. where he most recently served as Vice President of Global Toxicology and Vice President of Global Resource Management. Prior to this experience, Dr. Brusick held prominent positions at Hazelton Laboratories, including a position as Scientific Director of mutagenicity testing and molecular toxicology. Dr. Brusick has accumulated extensive laboratory experience in mammalian toxicology and pathology.

Dr. Brusick's testimony will focus on the toxicology issues raised in the declaration of Dr. Michael R. Jackson which GSK submitted to the Patent Office during the prosecution of the '845 patent. In particular, Dr. Brusick will testify that the data presented in the Jackson Declaration was not accurate or complete. Additionally, Dr. Brusick will testify that

00403840

methodology employed by GSK to support the test results reported in the Jackson Declaration was not adequately validated.

3.    **Dr. K. Barry Sharpless** - Spectrum's expert, Dr. Sharpless, has studied and worked in the field of organic chemistry for the past forty years.  He received his Ph.D. in chemistry from Stanford University in 1968 and completed approximately one year of postdoctoral research at Stanford University and another year of postdoctoral research at Harvard University.  Dr. Sharpless is a member of several chemistry faculties at higher level educational institutions around the world, including Massachussetts Institute of Technology, Stanford University, the Scripps Research Institute in the Department of Chemistry and Skaggs Institute for Chemical Biology.  Dr. Sharpless is currently a W.M Keck Professor of Chemistry at the Scripps Research Institute in La Jolla, California.

In 2001, Dr. Sharpless was awarded the Nobel Prize in Chemistry for important discoveries in the field of chirally catalyzed oxidation reactions which are valuable tools for synthesizing new, complex molecules, especially pharmaceutical compounds.

Spectrum expects Dr. Sharpless to testify that the '845 patent claims are invalid because they are rendered anticipated and obvious by the prior art.  Dr. Sharpless will testify that one of ordinary skill in the art would understand the prior art '470 patent expressly discloses sumatriptan and provides at least one operable method of synthesizing the compound. Additionally, Dr. Sharpless will explain how the '470 patent teaches each limitation claimed in the '845 patent.

00403840

# EXHIBIT 11

**EXHIBIT 11 TO THE PRETRIAL ORDER**

**PLAINTIFF GLAXOSMITHKLINE'S DEPOSITION DESIGNATIONS**

**Darko Butina (September 27, 2005)**

Page 7, line 18 - Page 9, line 16
Page 10, lines 7-16
Page 12, line 8 - Page 14, line 19
Page 15, lines 3-22
Page 21, lines 4-20
Page 22, lines 11-14
Page 24, line 19 - Page 25, line 2
Page 25, line 4 - Page 27, line 14
Page 27, line 16 - Page 28, line 2
Page 28, lines 5-18
Page 29, lines 6-10
Page 29, line 13 - Page 30, line 11
Page 38, line 2 - Page 41, line 8
Page 41, lines 10-11
Page 45, lines 11-18
Page 46, line 22 - Page 47, line 18
Page 48, lines 1-13
Page 49, lines 1-21
Page 54, line 22 - Page 55, line 2
Page 55, lines 4-18
Page 57, lines 5-11
Page 58, line 8 - Page 59, line 2
Page 63, lines 14-16
Page 63, line 18 - Page 64, line 16
Page 69, line 6 - Page 70, line 20
Page 77, lines 13-22
Page 86, lines 20-21
Page 87, lines 2-10
Page 87, line 12
Page 88, line 22 - Page 89, line 16
Page 89, line 19 - Page 90, line 13
Page 129, lines 8-15
Page 136, line 14 - Page 138, line 1

Page 187, lines 7-9
Page 187, line 12 - Page 188, line 8


**Ian Coates (September 26, 2005)**

Page 1, lines 13-15
Page 4, line 5
Page 45, line 5 - Page 46, line 19
Page 54, line 15 - Page 55, line 11
Page 59, line 20 - Page 62, line 4
Page 62, line 19 - Page 63, line 1
Page 63, line 15 - Page 65, line 19
Page 67, line 13 - Page 68, line 14
Page 74, lines 3-8
Page 120, line 10 - Page 121, line 14
Page 121, lines 16-17
Page 123, lines 4-8
Page 123, line 11 - Page 124, line 6
Page 125, lines 2-4
Page 125, line 7 - Page 126, line 7
Page 127, lines 1-9
Page 127, lines 11-15
Page 127, line 17 - Page 129, line 5
Page 129, lines 7-10
Page 133, lines 2-9
Page 133, line 11 - Page 134, line 15


**Frederik Defesche (November 4, 2005)**

Page 9, lines 14-18
Page 10, lines 4-6
Page 10, lines 15-21
Page 10, line 24 - Page 11, line 8
Page 11, lines 23-24
Page 14, lines 12-20
Page 15, lines 7-20
Page 15, line 25 - Page 16, line 5
Page 20, line 24 - Page 21, line 6
Page 22, lines 14-21

Page 25, lines 3-15
Page 27, lines 8-9
Page 27, line 11
Page 27, lines 13-17
Page 35, lines 9-14
Page 35, lines 16-17
Page 35, lines 19-22
Page 35, line 24
Page 41, lines 2-5
Page 41, lines 8-13
Page 62, lines 2-17
Page 64, lines 6-9
Page 64, line 11
Page 89, lines 13-21
Page 89, lines 23-24
Page 91, lines 15-17
Page 91, line 25 - Page 92, line 4
Page 119, lines 5-9
Page 119, line 11
Page 119, line 13 - Page 120, line 5
Page 144, lines 22-23
Page 185, line 22 - Page 187, line 10
Page 187, lines 13-14


**Michael Dowle (August 2, 2005)**

Page 6, lines 12-15
Page 8, line 16 - Page 15, line 21
Page 18, line 9 - Page 19, line 1
Page 19, line 8 - Page 22, line 16
Page 23, line 22 - Page 24, line 2
Page 24, lines 11 - 21
Page 26, line 24 - Page 28, line 17
Page 29, line 20 - Page 30, line 9
Page 77, line 22 - Page 78, line 1
Page 78, lines 11-18
Page 79, lines 5-12
Page 87, line 13 - Page 88, line 5
Page 90, lines 19-20

Page 90, line 25
Page 91, line 8 - Page 94, line 13
Page 94, lines 23-25
Page 95, lines 2-14
Page 97, lines 19-23
Page 98, line 7 - Page 100, line 13
Page 142, lines 15-19
Page 156, line 7 - Page 158, line 22
Page 158, line 24 - Page 159, line 9
Page 203, line 4 - Page 204, line 22
Page 239, line 24 - Page 240, line 20
Page 240, line 22 - Page 241, line 12

**Brian Evans (August 1, 2005)**

Page 14, lines 12-20
Page 16, line 12 - Page 17, line 19
Page 19, line 22 - Page 26, line 4
Page 27, lines, 10-12
Page 27, lines 19-21
Page 46, line 13 - Page 47, line 13
Page 52, line 16 - Page 54, line 9
Page 55, line 15 - Page 56, line 15
Page 57, lines 13-18
Page 58, line 11 - Page 60, line 21
Page 62, lines 4-14
Page 63, lines 6-14
Page 63, lines 22-25
Page 69, lines 17-23
Page 81, line 25 - Page 82, line 10
Page 82, line 12 - Page 84, line 15
Page 86, line 4 - Page 87, line 8
Page 109, lines 3-8
Page 119, line 11 - Page 120, line 17
Page 120, line 24 - Page 121, line 3
Page 124, line 15 - Page 126, line 24
Page 127, line 12 - Page 129, line 16
Page 130, lines 5-21
Page 133, line 25 - Page 136, line 9

Page 137, line 1 - Page 138, line 9
Page 140, line 1 - Page 142, line 11
Page 145, line 12 - Page 146, line 12
Page 151, line 18 - Page 152, line 1
Page 153, line 4 - Page 155, line 3
Page 159, line 24 - Page 160, line 6
Page 161, line 2 - Page 162, line 10
Page 179, line 21 - Page 180, line 1
Page 180, line 7 - Page 181, line 5
Page 187, line 11 - Page 187, line 23
Page 188, line 5 - Page 190, line 23


**Wasyl Feniuk (September 23, 2005)**

Page 16, line 22 - Page 17, line 11
Page 18, lines 4-9
Page 19, line 14 - Page 20, line 15
Page 20, line 19 - Page 21, line 9
Page 21, line 18 - Page 22, line 6
Page 23, line 11 - Page 24, line 1
Page 26, line 7 - Page 28, line 1
Page 29, lines 4-7
Page 29, line 9 - Page 32, line 2
Page 34, lines 1-21
Page 48, lines 21-22
Page 49, line 8 - Page 50, line 4
Page 57, lines 1-3
Page 57, lines 5-6
Page 57, lines 8-21
Page 58, line 22 - Page 59, line 2
Page 59, lines 4-7
Page 59, lines 9-13
Page 59, line 17 - Page 61, line 7
Page 61, lines 12-21
Page 62, line 7 - Page 64, line 18
Page 65, lines 1-9
Page 65, lines 12-13
Page 65, line 15 - Page 66, line 20
Page 74, lines 1-7

Page 74, line 10 - Page 75, line 19
Page 76, lines 3-8
Page 78, line 12 - Page 79, line 1
Page 79, lines 9-15
Page 82, lines 1-15
Page 95, lines 4-21
Page 96, lines 15-18
Page 96, line 22 - Page 97, line 4
Page 97, lines 6-7
Page 97, lines 9-18
Page 98, lines 2-5
Page 98, lines 7-20
Page 99, lines 12-19
Page 103, line 2 - Page 104, line 14
Page 113, line 15 - Page 115, line 10
Page 116, lines 7-19
Page 117, lines 11-19
Page 117, lines 21-22
Page 118, line 12 - Page 120, line 1
Page 120, line 7 - Page 121, line 2
Page 121, lines 12-18
Page 121, line 20 - Page 122, line 11
Page 122, line 22 - Page 123, line 11
Page 147, lines 13-19
Page 147, lines 21-22
Page 148, lines 10-15
Page 148, lines 18-22
Page 150, lines 7-13
Page 150, line 18 - Page 151, line 7
Page 151, line 10
Page 151, lines 17-19
Page 151, line 22 - Page 152, line 4
Page 153, line 9 - Page 154, line 5


**Richard E. Fichter (July 13, 2005)**

Page 5, lines 8-11
Page 15, line 2 - Page 16, line 12
Page 17, lines 18-23

Page 20, line 1 - Page 21, line 18
Page 21, line 23 - Page 22, line 12
Page 24, line 24 - Page 27, line 4
Page 95, lines 11-18
Page 100, lines 15-22
Page 102, line 10 - Page 103, line 5
Page 103, line 13 - Page 104, line 21
Page 178, line 18 - Page 180, line 2
Page 180, lines 12-16
Page 181, line 19 - Page 183, line 17
Page 181, lines 7-15
Page 186, line 7 - Page 187, line 5
Page 187, line 24 - Page 188, line 4
Page 188, line 8 - Page 189, line 10
Page 189, lines 14-18
Page 192, lines 3-12
Page 192, lines 16-20
Page 196, lines 8-12
Page 196, line 25 - Page 197, line 24
Page 198, lines 7-15
Page 202, lines 11-14
Page 202, line 16 - Page 203, line 2
Page 261, lines 6-10
Page 261, line 20 - Page 263, line 9
Page 268, lines 2-22

**Donna Gutterman (August 11, 2005)**

Page 11, line 18 - Page 12, line 13
Page 19, line 25 - Page 20, line 25
Page 22, lines 13-19
Page 23, line 14 - Page 24, line 13
Page 74, lines 4-5
Page 74, lines 7-24
Page 226, lines 2-9
Page 226, lines 11-17
Page 258, lines 21-22
Page 258, lines 24-25
Page 259, lines 4-16

Page 297, lines 2-9
Page 297, lines 12-20
Page 297, line 23 - Page 298, line 2
Page 298, lines 4-8
Page 324, line 23 - Page 325, line 5
Page 325, lines 7-18


**Patrick P.A. Humphrey (August 15, 2005)**

Page 4, lines 8-11
Page 5, lines 18-23
Page 15, lines 19-22
Page 15, line 24 - Page 16, line 4
Page 21, line 17 - Page 23, line 5
Page 23, lines 11-15
Page 24, lines 12-25
Page 25, lines 2-17
Page 26, lines 5-15
Page 27, line 9 - Page 28, line 23
Page 29, line 5 - Page 30, line 3
Page 35, lines 10-23
Page 36, lines 6-18
Page 40, line 12 - Page 41, line 11
Page 50, lines 18-21
Page 51, lines 9-22
Page 74, line 13 - Page 75, line 3
Page 76, line 2 - Page 82, line 18
Page 83, line 9 - Page 84, line 24
Page 88, line 14 - Page 93, line 21
Page 96, line 4 - Page 97, line 7
Page 98, line 9 - Page 99, line 6
Page 100, lines 13-22
Page 106, line 20 - Page 108, line 9
Page 109, line 4 - Page 110, line 12
Page 111, line 16 - Page 112, line 18
Page 112, line 25
Page 113, line 2 - Page 114, line 3
Page 114, line 17 - Page 115, line 5
Page 115, lines 13-25

Page 116, lines 2-3
Page 116, line 17 - Page 117, line 6
Page 126, line 16 - Page 128, line 23
Page 131, line 19 - Page 132, line 3
Page 148, line 3 - Page 148, line 17
Page 156, lines 15-22
Page 159, lines 3-16
Page 160, lines 12-15
Page 163, line 8 - Page 164, line 3
Page 164, lines 11-16
Page 164, lines 18-25
Page 165, lines 2-25
Page 167, line 24 - Page 168, line 14
Page 175, lines 6-17
Page 176, line 4 - Page 177, line 15
Page 177, line 22 - Page 178, line 3
Page 178, lines 13-21
Page 185, line 23 - Page 186, line 15
Page 194, line 18 - Page 195, line 3
Page 202, line 18 - Page 207, line 5
Page 208, line 8 - Page 209, line 14
Page 209, line 16 - Page 210, line 5
Page 210, line 10 - Page 211, line 10
Page 216, line 23 - Page 219, line 10
Page 225, line 23 - Page 227, line 15
Page 229, line 20 - Page 230, line 20
Page 232, line 18 - Page 233, line 6


**Michael R. Jackson (August 4, 2005)**

Page 7, line 8 - Page 8, line 1
Page 8, line 12 - Page 10, line 11
Page 12, line 14 - Page 13, line 9
Page 17, line 2 - Page 19, line 1
Page 19, lines 8-14
Page 19, line 19 - Page 20, line 24
Page 21, lines 5-11
Page 21, line 22 - Page 25, line 5
Page 27, lines 13-18

Page 27, line 24 - Page 28, line 16
Page 30, lines 2-8
Page 31, lines 6-14
Page 31, line 18 - Page 32, line 5
Page 34, lines 4-20
Page 34, line 25 - Page 35, line 4
Page 36, line 15 - Page 37, line 2
Page 38, line 11 - Page 42, line 7
Page 43, line 9 - Page 44, line 2
Page 44, lines 12-15
Page 45, lines 1-11
Page 45, lines 20-21
Page 46, line 19 - Page 47, line 13
Page 49, lines 17-21
Page 50, line 9 - Page 51, line 4
Page 55, lines 2-23
Page 55, line 25 - Page 56, line 9
Page 56, lines 11-17
Page 58, line 21 - Page 59, line 4
Page 59, lines 15-20
Page 60, line 17 - Page 61, line 3
Page 64, lines 20-23
Page 64, line 25 - Page 65, line 15
Page 65, lines 17-22
Page 70, line 10 - Page 72, line 10
Page 78, lines 5-22
Page 96, lines 6-24
Page 97, lines 1-5
Page 104, line 6 - Page 105, line 5
Page 106, lines 11-18
Page 114, lines 12-23
Page 116, lines 15-24
Page 128, line 17 - Page 129, line 14
Page 130, lines 2-19
Page 154, line 20 - Page 155, line 8
Page 155, line 10 - Page 157, line 2

**Martin R. Owen (September 28, 2005)**

Page 29, lines 12-19
Page 30, lines 11-20
Page 50, lines 9-10
Page 81, line 19 - Page 82, line 4
Page 92, line 14 - Page 93, line 5
Page 113, lines 2-10
Page 113, lines 13-20
Page 114, lines 11-12
Page 114, line 14
Page 114, line 16 - Page 115, line 1
Page 120, lines 9-12
Page 120, lines 14-21
Page 121, line 17 - Page 122, line 3
Page 122, lines 5-11


**Alexander Oxford ( August 5-6, 2005)**

Page 7, lines 8-11
Page 8, line 6 - Page 13, line 1
Page 13, line 21 - Page 20, line 25
Page 21, lines 22-24
Page 24, lines 5-9
Page 27, lines 5-9
Page 28, lines 7-15
Page 30, lines 17-22
Page 30, line 24 - Page 31, line 13
Page 36, line 15 - Page 37, line 3
Page 37, lines 9-24
Page 38, lines 2-21
Page 40, lines 9-12
Page 47, line 3 - Page 48, line 4
Page 49, line 10 - Page 50, line 15
Page 51, lines 5-11
Page 63, line 8 - Page 65, line 24
Page 71, lines 20-21
Page 75, line 15 - Page 77, line 15
Page 78, line 18 - Page 79, line 9
Page 81, lines 6-8

Page 81, line 12 - Page 82, line 9
Page 88, line 25 - Page 90, line 12
Page 91, lines 1-4
Page 93, line 24 - Page 94, line 10
Page 94, lines 14-25
Page 102, line 24 - Page 103, line 2
Page 109, line 1 - Page 110, line 5
Page 112, line 8 - Page 113, line 7
Page 118, lines 4-14
Page 120, lines 7-19
Page 121, line 20 - Page 122, line 10
Page 122, line 19 - Page 123, line 10
Page 127, lines 17-21
Page 128, line 6 - Page 131, line 13
Page 132, lines 7-12
Page 132, lines 15-20
Page 135, line 17 - Page 136, line 21
Page 137, lines 1-21
Page 138, lines 1-6
Page 139, line 13 - Page 140, line 12
Page 221, lines 2-25
Page 224, lines 3-7
Page 224, lines 9-20
Page 225, lines 19-22
Page 226, line 1 - Page 227, line 20
Page 228, line 4 - Page 229, line 4
Page 259, lines 5-19
Page 259, line 21 - Page 260, line 1
Page 260, line 3
Page 260, line 5 - Page 261, line 3
Page 264, line 18
Page 264, line 22 - Page 265, line 11
Page 267, lines 8-17
Page 267, line 19 - Page 269, line 12

**Marion Perren (September 29, 2005)**

Page 5, line 18 - Page 6, line 7
Page 6, line 19 - Page 8, line 9

Page 8, line 14 - Page 9, line 3
Page 17, lines 10-18
Page 19, lines 5-8
Page 19, lines 17-19
Page 20, lines 6-9
Page 21, line 20 - Page 22, line 15
Page 23, line 12 - Page 24, line 7
Page 24, line 12 - Page 25, line 18
Page 28, lines 11-14
Page 28, line 16 - Page 29, line 8
Page 29, line 20 - Page 31, line 18
Page 31, line 20 - Page 32, line 11
Page 32, lines 13-17
Page 35, lines14-17
Page 35, line 19
Page 37, lines 5-13
Page 37, line 15 - Page 38, line 7
Page 38, line 9
Page 39, lines 10-14
Page 39, lines 17-22
Page 44, line 11 - Page 45, line 2
Page 49, line 21 - Page 50, line 10
Page 50, line 18 - Page 51, line 8
Page 51, line 20 - Page 52, line 16
Page 53, lines 1-4
Page 53, lines 10-20
Page 53, line 22 - Page 54, line 3
Page 56, lines 18-19
Page 56, lines 21-22
Page 57, lines 5-7
Page 57, line 22 - Page 59, line 2
Page 62, lines 5-11
Page 62, line 14 - Page 63, line 16
Page 72, line 8 - Page 73, line 2
Page 73, lines 7-9
Page 74, lines 1-13
Page 75, line 19 - Page 77, line 2

**Michael Howard Tarbit (September 2, 2005)**

Page 7, lines 7-12
Page 11, line 18 - Page 13, line 6
Page 28, line 24 - Page 29, line 17
Page 30, line 25 - Page 33, line 8
Page 33, lines 17-25
Page 35, line 18 - Page 36, line 4
Page 39, line 25 - Page 40, line 13
Page 41, lines 9-18
Page 47, lines 1-23
Page 49, line 5 - Page 53, line 8
Page 70, lines 1-15
Page 70, lines 18-21
Page 70, line 25 - Page 71, line 8
Page 83, lines 9-23
Page 84, line 23 - Page 85, line 7

EXHIBIT 12

FINAL PRE-TRIAL ORDER EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GLAXO GROUP LTD., d/b/a GLAXOSMITHKLINE,**<br><br>Plaintiff and Counterclaim-Defendant<br><br>v.<br><br>**SPECTRUM PHARMACEUTICALS, INC.,**<br><br>Defendant, and Counterclaim Plaintiff. | Civil Action No. 05 CV 99 GMS |

EXHIBIT 12

SPECTRUM'S LIST OF OBJECTIONS
TO GSK'S DEPOSITION DESIGNATIONS

Spectrum attaches the following list of objections to GSK's depositions designations.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **GLAXO GROUP LTD., d/b/a GLAXOSMITHKLINE,**<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>**SPECTRUM PHARMACEUTICALS, INC.,**<br><br>Defendant, and Counterclaim Plaintiff. | Civil Action No. 05 CV 99 |

### SPECTRUM'S OBJECTIONS

Spectrum Pharmaceuticals, Inc. ("Spectrum") submits the following objections and counter-designations to the counter deposition designations served by Plaintiff Glaxo-SmithKline ("GSK"). Spectrum reserves the right to object to the admission of deposition testimony on behalf of GSK on the grounds of F.R.Evid. 801 and 804 if a witness appears at trial or is available within the meaning of those rules. The following abbreviations are used for Spectrum's objections:

| | | | |
|---|---|---|---|
| B | Not best evidence (FRE 1002, 1003, 1004) | NR | Nonresponsive |
| H | Hearsay / Improper use of deposition (FRE 801-802 & FRCP 32) | LF | Lack of Foundation |
| K | Lack of personal knowledge/incompetent (FRE 602) | O | Improper lay or expert opinion (FRE 701-703) |
| L | Calls for legal conclusion | R | Relevance |

00404047.DOC

**Darko Butina (9/27/05)**
**Specific Objections:**
p. 15 lines 3-22 - Relevance
p. 46 line 22 through p. 47 line 18 — H, K
p. 49 lines 1-21 — H, K
p. 86 lines 20-21 — H, K
p. 87 lines 2-10, 12 — H, K

**Frederik Defesche (11/4/05)**
**General Objections:**
Relevance - the designated testimony of this witness is irrelevant in view of the Court Orders
reflected in PTX 13 (bifurcation) and PTX 14 (infringement).
**Specific Objections:**
p. 89 lines 13-24 — R
p. 119 line 5 through p. 120 line 5 — R
p. 185 line 22 through p. 187 line 14 — R

**Michael Dowle (8/2/05)**
**Specific Objections:**
p. 100 lines 2-13 — H, K

**Richard E. Fichter (7/13/05)**
**Specific Objections:**
p. 95 lines 11-18 — H, K
p. 181 line 19 through p. 183 line 17 — H, B.  Witness asserts no recollection independent of the
documents.
p. 188 line 8 through p. 189 lines 10, 14-18 — H, B.  Witness asserts no recollection independent
of the documents.

**Donna Gutterman (8/11/05)**
**Specific Objections:**
p. 74 lines 4-24 — R, K
p. 297 line 2 through p. 298 line 3 — H, K, R
p. 324 line 23 through p. 325 line 5, lines 17-18 — O

**Michael Jackson (8/4/05)**
**Specific Objections:**
p. 71 line 16 through p. 72 line 10 — H, K
p. 156 line 14 through p. 157 line 2 — H, K
p. 130 lines 2-19 — O.  Witness has denied expertise or experience in running NAP test.
p. 128 line 17 through p. 129 line 14 — O.  Witness has denied expertise or experience in
running NAP test.
p. 104 line 6 through p. 105 line 5 — O.  Witness has denied expertise or experience in running
NAP test.
p. 114 lines 12-23 — O.  Witness has denied expertise or experience in running NAP test.

**Alexander Oxford (8/5/05 and 8/6/05)**
**Specific Objections:**
p. 31 lines 6-13 — R, NR
p. 38 lines 5-21 — NR
p. 47 line 3 through p. 48 line 2 - Relevance.
p. 259 lines 5-19 — H, K

**Martin R. Owen (9/28/05)**
**Specific Objections:**
p. 82 lines 1-4 — F, K
p. 120 lines 9-21 — H, K
p. 121 line 17 through p. 122 line 11 — R, H, K

**Marion Perren (9/29/05)**
**Specific Objections:**
p. 72 line 8 through p. 73 line 2 — H, K
p. 74 lines 1-13 — H, K
p. 75 line 19 through p. 77 line 11 — H, K

**Michael Howard Tarbit (9/2/05)**
**Specific Objections:**
p. 30 line 25 through p. 31 line 4 — H, K, F

00404047.DOC

EXHIBIT 13

FINAL PRE-TRIAL ORDER EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GLAXO GROUP LTD., d/b/a GLAXOSMITHKLINE,**<br><br>Plaintiff and Counterclaim-Defendant<br><br>v.<br><br>**SPECTRUM PHARMACEUTICALS, INC.,**<br><br>Defendant, and Counterclaim Plaintiff. | Civil Action No. 05 CV 99 GMS |

EXHIBIT 13

SPECTRUM'S LIST OF COUNTER-DESIGNATIONS
TO GSK'S DEPOSITION DESIGNATIONS

Spectrum attaches the following list of counter-designations to GSK's deposition designations.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **GLAXO GROUP LTD., d/b/a GLAXOSMITHKLINE,** Plaintiff and Counterclaim-Defendant, v. **SPECTRUM PHARMACEUTICALS, INC.,** Defendant, and Counterclaim Plaintiff. | Civil Action No. 05 CV 99 |

### SPECTRUM'S COUNTER DESIGNATIONS

**Darko Butina (9/27/05)**
**Counter-designations:**
p. 16 line 1 through p. 17 line 7
p. 17 line 9 through p. 18 line 7
p. 18 lines 13-18
p. 18 line 22 through p. 19 line 11
p. 41 line 13 through p. 43 line 10
p. 47 lines 19-22
p. 48 lines 14-22
p. 49 line 22 through p. 50 line 22
p. 52 lines 10-14
p. 52 line 16 through p. 53 line 2
p. 53 line 4 through p. 54 line 15
p. 59 lines 3-10
p. 60 lines 4-15
p. 60 lines 17-22
p. 61 line 2 through p. 62 line 18
p. 62 line 20
p. 64 line 17 through p. 65 line 9
p. 65 line 12
p. 67 line 11 through p. 69 line 5
p. 76 line 22 through p. 77 line 5
p. 77 lines 7-12
p. 90 line 16 through p. 91 line 3
p. 91 line 19 through p. 92 line 11
p. 130 lines 6-10
p. 130 line 13

– 1 –

**Ian Coates (9/26/05)**
**Counter-designations:**
p. 46 line 20 through p. 48 line 1
p. 65 line 20 through p. 67 line 12
p. 68 line 15 through p. 69 line 15
p. 126 lines 8-22

**Frederik Defesche (11/4/05)**
**Counter-designations:**
p. 10 lines 7-14
p. 10 lines 22-23
p. 21 lines 7-13
p. 30 lines 1-4
p. 30 lines 7-8
p. 30 lines 13-25
p. 31 lines 3-16
p. 64 lines 13-14
p. 65 lines 13-15
p. 144 lines 13-21

**Michael Dowle (8/2/05)**
**Counter-designations:**
p. 142 line 20 through p. 143 line 11
p. 146 lines 2-3
p. 146 lines 11-24
p. 147 lines 1-18
p. 159 line 10 through p. 160 line 4
p. 161 line 5 through p. 163 line 6
p. 204 line 23 through p. 205 line 14

**Brian Evans (8/1/05)**
**Counter-designations:**
p. 141 lines 12-22
p. 155 lines 4-10

**Wasyl Feniuk (9/23/05)**
**Counter-designations:**
p. 24 line 2 through p. 26 line 6
p. 32 lines 3-5
p. 34 line 22 through p. 36 line 11
p. 46 line 4 through p. 48 line 20
p. 78 lines 1-11
p. 79 lines 16-20
p. 80 line 11 through p. 81 line 22
p. 82 lines 16-19
p. 101 line 17 through p. 103 line 1

00399575.DOC

p. 116 line 20 through p. 117 line 10
p. 123 line 12 through p. 126 line 19

**Richard E. Fichter (7/13/05)**
**Counter-designations:**
p. 21 lines 19-22
p. 22 lines 13-14
p. 22 lines 17-22
p. 22 line 25
p. 23 lines 12-15
p. 27 lines 5-16
p. 92 lines 14-16
p. 92 line 19 through p. 93 line 23
p. 94 lines 5-10
p. 94 lines 14-22
p. 95 lines 3-6
p. 95 lines 8-10
p. 198 lines 2-4
p. 263 lines 10-14
p. 263 lines 16-23
p. 264 lines 1-25
p. 268 line 23 through p. 269 line 11

**Donna Gutterman (8/11/05)**
**Counter-designations:**
p. 3 line 11 through p. 4 line 10
p. 21 lines 2-3
p. 21 lines 5-10
p. 26 lines 2-16
p. 58 lines 5-9
p. 58 lines 12-16
p. 58 lines 18-23
p. 58 line 25 through p. 59 line 7
p. 59 lines 10-12
p. 226 line 18 through p. 228 line 4

**Patrick Humphrey (8/15/05)**
**Counter-designations:**
p. 6 line 7 through p. 7 line 17
p. 8 line 11 through p. 9 line 25
p. 18 line 14 through p. 19 line 2
p. 19 lines 8-14
p. 19 lines 18-20
p. 26 line 16 through p. 27 line 8
p. 35 line 24 through p. 36 line 5
p. 69 line 17 through p. 74 line 12

00399575.DOC

p. 75 lines 4-25
p. 85 line 10 through p. 87 line 11
p. 88 lines 4-13
p. 99 line 15 through p. 100 line 11
p. 101 line 9 through p. 102 line 20
p. 106 lines 12-19
p. 135 lines 4-12
p. 148 line 18 through p. 149 line 11
p. 150 line 7 through p. 151 line 15
p. 152 line 14 through p. 153 line 5
p. 164 lines 4-10
p. 171 line 24 through p. 173 line 18
p. 174 line 6 through p. 175 line 5
p. 175 line 18 through p. 176 line 3
p. 186 line 16 through p. 187 line 15
p. 188 lines 3-10
p. 190 lines 6-16
p. 191 lines 9-16
p. 193 line 19 through p. 194 line 17
p. 195 line 4 through p. 196 line 8
p. 207 line 6 through p. 208 line 7
p. 219 line 11 through p. 220 line 21
p. 227 line 16 through p. 228 line 15
p. 229 lines 13-19

**Michael Jackson (8/4/05)**
**Counter-designations:**
p. 10 line 12 through p. 12 line 3
p. 13 line 10 through p. 14 line 22
p. 19 lines 2-7
p. 21 lines 12-21
p. 25 line 6 through p. 27 line 12
p. 30 lines 9-22
p. 32 line 6 through p. 34 line 3
p. 37 lines 3-14
p. 42 line 8 through p. 43 line 8
p. 44 lines 3-11
p. 44 line 25
p. 45 lines 12-19
p. 47 line 14 through p. 49 line 16
p. 51 line 5 through p. 55 line 1
p. 57 lines 2-7
p. 57 lines 9-16
p. 58 lines 1-20
p. 59 lines 5-14
p. 61 lines 4-17

– 4 –

p. 62 line 22 through p. 63 line 8
p. 63 line 19 through p. 64 line 6
p. 64 line 8
p. 65 line 23 through p. 66 line 14
p. 66 lines 16-18
p. 66 line 20 through p. 67 line 3
p. 67 lines 17-20
p. 67 lines 23 through p. 68 line 2
p. 68 line 4
p. 68 line 25 through p. 69 line 23
p. 70 lines 5-9
p. 73 lines 20-22
p. 74 lines 3-9
p. 75 line 25 through p. 76 line 12
p. 76 lines 14-21
p. 126 line 10 through p. 128 line 16
p. 129 lines 15-20
p. 130 line 20 through p. 132 line 1
p. 157 line 12 through p. 158 line 3

**Alexander Oxford (8/5/05 and 8/6/05)**
**Counter-designations (8/5/05):**
p. 22 line 15 through p. 23 line 7
p. 29 lines 16-21
p. 30 lines 5-8
p. 49 lines 1-9
p. 65 line 25 through p. 66 line 9
p. 66 line 11
p. 79 line 10 through p. 80 line 1
p. 90 lines 13-21
p. 95 lines 4-6
p. 103 line 3 through p. 104 line 24
p. 132 line 21 through p. 135 line 6
p. 138 line 7 through p. 139 line 12

**Counter-designations (8/6/05):**
p. 222 lines 1-6
p. 222 lines 8-14
p. 229 line 5 through p. 231 line 1
p. 263 line 8 through p. 264 line 17
p. 265 line 17 through p. 267 line 7

**Martin R. Owen (9/28/05)**
**Counter-designations:**
p. 29 lines 5-11
p. 113 line 21 through p. 114 line 10

– 5 –

p. 115 lines 2-12
p. 120 line 22 through p. 121 line 16

**Marion Perren (9/29/05)**
**Counter-designations:**
p. 17 line 19 through p. 19 line 4
p. 29 lines 9-19
p. 45 line 3 through p. 48 line 12
p. 52 lines 17-22
p. 53 lines 5-9
p. 54 lines 4-21
p. 57 lines 8-21
p. 59 lines 3-4
p. 60 line 1 through p. 61 line 2
p. 77 lines 3-11

**Michael Howard Tarbit (9/2/05)**
**Counter-designations:**
p. 9 lines 7-20
p. 9 lines 23-25
p. 10 lines 3-9
p. 36 lines 5-23
p. 38 lines 6-14
p. 41 lines 2-8
p. 46 lines 21-25
p. 48 line 5 through p. 49 line 4
p. 138 lines 11-20

00399575.DOC

EXHIBIT 14

## EXHIBIT 14 TO PRETRIAL ORDER

## PLAINTIFF GlaxoSmithKline'S OBJECTIONS TO DEFENDANT SPECTRUM'S DEPOSITION COUNTERDESIGNATIONS

The objections below cite to the particular rule or rules of the Federal Rules of Evidence upon which the objection is based and may include objections made in the alternative. "CS" denotes that all or part of the designation contains counsel statements or colloquy.

GSK hereby reasserts any objection to any portion of any deposition that was previously made on the record during that deposition. None of GSK's deposition designations, counterdesignations, objections to defendant's deposition designations and objections to defendant's counterdesignations shall be construed as a waiver of any applicable privileges or work-product protections.

**Darko Butina (September 27, 2005)**

| Counterdesignation | Objections |
| --- | --- |
| Page 16, line 1 - Page 17, line 7 | FRE 402, FRE 403 |
| Page 17, line 9 - Page 18, line 7 | FRE 402, FRE 403 |
| Page 18, lines 13-18 | FRE 402, FRE 403 |
| Page 18, line 22 - Page 19, line 11 | FRE 402, FRE 403 |
| Page 41, line 13 - Page 43, line 10 | |
| Page 47, lines 19-22 | FRE 402, FRE 403 |
| Page 48, lines 14-22 | FRE 402, FRE 403 |
| Page 49, line 22 - Page 50, line 22 | |
| Page 52, lines 10-14 | FRE 402, FRE 403 |
| Page 52, line 16 - Page 53, line 2 | FRE 402, FRE 403 |
| Page 53, line 4 - Page 54, line 15 | FRE 402, FRE 403 |
| Page 59, lines 3-10 | FRE 402, FRE 403 |
| Page 60, lines 4-15 | FRE 402, FRE 403 |

| Counterdesignation | Objections |
|---|---|
| Page 60, lines 17-22 | FRE 402, FRE 403 |
| Page 61, line 2 - Page 62, line 8 | FRE 402, FRE 403 |
| Page 62, line 20 | FRE 402, FRE 403 |
| Page 64, line 17 - Page 65, line 9 | FRE 402, FRE 403 |
| Page 65, line 12 | FRE 402, FRE 403 |
| Page 67, line 11 - Page 69, line 5 | FRE 402, FRE 403 |
| Page 76, line 22 - Page 77, line 5 | FRE 402, FRE 403 |
| Page 77, lines 7-12 | FRE 402, FRE 403 |
| Page 90, line 16 - Page 91, line 3 | FRE 402, FRE 403 |
| Page 91, line 19 - Page 92, line 11 | FRE 402, FRE 403 |
| Page 130, lines 6-10 | FRE 402, FRE 403 |
| Page 130, line 13 | FRE 402, FRE 403 |

**Ian Coates (September 26, 2005)**

| Counterdesignation | Objections |
|---|---|
| Page 46, line 20 - Page 48, line 1 | FRE 402, FRE 403 |
| Page 65, line 20 - Page 67, line 12 | FRE 402, FRE 403 |
| Page 68, line 15 - Page 69, line 15 | |
| Page 126, lines 8-22 | FRE 402, FRE 403, FRE 602, CS |

**Frederik Defesche (November 4, 2005)**

| Counterdesignation | Objections |
|---|---|

| Counterdesignation | Objections |
|---|---|
| Page 10, lines 7-14 | FRE 402, FRE 403 |
| Page 10, lines 22-23 | FRE 402, FRE 403 |
| Page 21, lines 7-13 | FRE 402, FRE 403 |
| Page 30, lines 1-4 | FRE 402, FRE 403 |
| Page 30, lines 7-8 | FRE 402, FRE 403, CS |
| Page 30, lines 13-25 | FRE 402, FRE 403 |
| Page 31, lines 3-16 | FRE 402, FRE 403 |
| Page 64, lines 13-14 | FRE 402, FRE 403 |
| Page 65, lines 13-15 | FRE 402, FRE 403 |
| Page 144, lines 13-21 | |

**Michael Dowle (August 2, 2005)**

| Counterdesignation | Objections |
|---|---|
| Page 142, line 20 - Page 143, line 11 | FRE 402, FRE 403 |
| Page 146, lines 2-3 | FRE 402, FRE 403 |
| Page 146, lines 11-24 | |
| Page 147, lines 1-18 | |
| Page 159, line 10 - Page 160, line 4 | FRE 402, FRE 403 |
| Page 161, line 5 - page 163, line 6 | FRE 402, FRE 403, CS |
| Page 204, line 23 - Page 205, line 14 | |

**Brian Evans (August 1, 2005)**

| Counterdesignation | Objections |
|---|---|
| | |

| Counterdesignation | Objections |
|---|---|
| Page 141, lines 12-22 | |
| Page 155, lines 4-10 | FRE 402, FRE 403, CS |

### Wasyl Feniuk (September 23, 2005)

| Counterdesignation | Objections |
|---|---|
| Page 24, line 2 - Page 26, line 6 | FRE 402, FRE 403 |
| Page 32, lines 3-5 | |
| Page 34, line 22 - Page 36, line 11 | |
| Page 46, line 4 - Page 48, line 20 | CS |
| Page 78, lines 1-11 | FRE 402, FRE 403 |
| Page 79, lines 6-20 | |
| Page 80, line 11 - Page 81, line 22 | |
| Page 82, lines 16-19 | |
| Page 101, line 17 - Page 103, line 1 | |
| Page 116, line 20 - Page 117, line 10 | |
| Page 123, line 12 - Page 126, line 19 | FRE 402, FRE 403, CS |

### Richard E. Fichter (July 13, 2005)

| Counterdesignation | Objections |
|---|---|
| Page 21, lines 19-22 | |
| Page 22, lines 13-14 | |
| Page 22, lines 17-22 | |
| Page 22, line 25 | |
| Page 23, lines 12-15 | |

| Counterdesignation | Objections |
|---|---|
| Page 27, lines 5-16 | |
| Page 92, lines 14-16 | FRE 402, FRE 403 |
| Page 92, line 19 - Page 93, line 23 | FRE 402, FRE 403 |
| Page 94, lines 5-10 | FRE 402, FRE 403, FRE 602 |
| Page 94, lines 14-22 | FRE 402, FRE 403, FRE 602 |
| Page 95, lines 3-6 | FRE 402, FRE 403, FRE 602 |
| Page 95, lines 8-10 | FRE 402, FRE 403, FRE 602 |
| Page 198, lines 2-4 | |
| Page 263, lines 10-14 | |
| Page 263, lines 16-23 | |
| Page 264, lines 1-25 | |
| Page 268, line 23 - Page 269, line 11 | FRE 402, FRE 403 |

**Donna Gutterman (August 11, 2005)**

| Counterdesignation | Objections |
|---|---|
| Page 3, line 11 - Page 4, line 10 | CS |
| Page 21, lines 2-3 | FRE 402, FRE 403 |
| Page 21, lines 5-10 | FRE 402, FRE 403 |
| Page 26, lines 2-16 | FRE 402, FRE 403 |
| Page 58, lines 5-9 | FRE 402, FRE 403 |
| Page 58, lines 12-16 | FRE 402, FRE 403 |
| Page 58, lines 18-23 | FRE 402, FRE 403 |
| Page 58, line 25 - Page 59, line 7 | FRE 402, FRE 403 |

| Counterdesignation | Objections |
|---|---|
| Page 59, lines 10-12 | FRE 402, FRE 403 |
| Page 226, line 18 - Page 228, line 4 | |

**Patrick Humphrey (August 15, 2005)**

| Counterdesignation | Objections |
|---|---|
| Page 6, line 7 - Page 7, line 17 | FRE 402, FRE 403, CS |
| Page 8, line 11 - Page 9, line 25 | CS |
| Page 18, line 14 - Page 19, line 2 | |
| Page 19, lines 8-14 | |
| Page 19, lines 18-20 | |
| Page 26, line 16 - Page 27, line 8 | |
| Page 35, line 24 - Page 36, line 5 | FRE 402, FRE 403 |
| Page 69, line 17 - Page 74, line 12 | FRE 402, FRE 403, FRE 602 |
| Page 75, lines 4-25 | FRE 402, FRE 403 |
| Page 85, line 10 - Page 87, line 11 | CS |
| Page 88, line 4-13 | |
| Page 99, line 15 - Page 100, line 11 | FRE 402, FRE 403, CS |
| Page 101, line 9 - Page 102, line 20 | FRE 402, FRE 403, FRE 602 |
| Page 106, lines 12-19 | FRE 402, FRE 403 |
| Page 135, lines 4-12 | FRE 402, FRE 403 |
| Page 148, line 18 - Page 149, line 11 | |
| Page 150, line 7 - Page 151, line 15 | FRE 402, FRE 403 |
| Page 152, line 14 - Page 153, line 5 | |
| Page 164, lines 4-10 | FRE 402, FRE 403, FRE 602 |
| Page 171, line 24 - Page 173, line 18 | FRE 402, FRE 403 |

| Counterdesignation | Objections |
| --- | --- |
| Page 174, line 6 - Page 175, line 5 | FRE 402, FRE 403 |
| Page 175, line 18 - Page 176, line 3 | FRE 402, FRE 403 |
| Page 186, line 16 - Page 187, line 15 | FRE 402, FRE 403 |
| Page 188, lines 3-10 | |
| Page 190, lines 6-16 | FRE 402, FRE 403 |
| Page 191, lines 9-16 | FRE 402, FRE 403 |
| Page 193, line 19 - Page 194, line 17 | FRE 402, FRE 403 |
| Page 195, line 4 - Page 196, line 8 | FRE 402, FRE 403 |
| Page 207, line 6 - Page 208, line 7 | FRE 402, FRE 403 |
| Page 219, line 11 - Page 220, line 21 | |
| Page 227, line 16 - Page 228, line 15 | FRE 402, FRE 403 |
| Page 229, lines 13-19 | FRE 402, FRE 403 |

**Michael Jackson (August 4, 2005)**

| Counterdesignation | Objections |
| --- | --- |
| Page 10, line 12 - Page 12, line 3 | |
| Page 13, line 10 - Page 14, line 22 | FRE 402, FRE 403 |
| Page 19, lines 2-7 | |
| Page 21, lines 12-21 | |
| Page 25, line 6 - Page 27, line 12 | FRE 402, FRE 403 |
| Page 30, lines 9-22 | |
| Page 32, line 6 - Page 34, line 3 | FRE 402, FRE 403 |
| Page 37, lines 3-14 | FRE 402, FRE 403 |

| Counterdesignation | Objections |
|---|---|
| Page 42, line 8 - Page 43, line 8 | |
| Page 44, lines 3-11 | |
| Page 44, line 25 | |
| Page 45, lines 12-19 | |
| Page 47, line 14 - Page 49, line 16 | CS |
| Page 51, line 5 - Page 55, line 1 | CS |
| Page 57, lines 2-7 | FRE 402, FRE 403 |
| Page 57, lines 9-16 | FRE 402, FRE 403 |
| Page 58, lines 1-20 | FRE 402, FRE 403, CS |
| Page 59, lines 5-24 | |
| Page 61, lines 4-17 | FRE 402, FRE 403 |
| Page 62, line 22 - Page 63, line 8 | FRE 402, FRE 403 |
| Page 63, line 19 - Page 64, line 6 | |
| Page 64, line 8 | |
| Page 65, line 23 - Page 66, line 14 | FRE 402, FRE 403 |
| Page 66, lines 16-18 | FRE 402, FRE 403 |
| Page 66, line 20 - Page 67, line 3 | FRE 402, FRE 403 |
| Page 67, lines 17-20 | FRE 106, FRE 402, FRE 403 |
| Page 67, line 23 - Page 68, line 2 | FRE 106, FRE 402, FRE 403 |
| Page 68, line 4 | FRE 402, FRE 403 |
| Page 68, line 25 - Page 69, line 23 | FRE 402, FRE 403 |
| Page 70, lines 5-9 | |
| Page 73, lines 20-22 | |
| Page 74, lines 3-9 | |
| Page 75, line 25 - Page 76, line 12 | FRE 402, FRE 403 |
| Page 76, lines 14-21 | FRE 402, FRE 403 |
| Page 126, line 10 - Page 128, line 16 | |

| Counterdesignation | Objections |
|---|---|
| Page 129, lines 15-20 | |
| Page 130, line 20 - Page 132, line 1 | FRE 402, FRE 403 |
| Page 157, line 12 - Page 158, line 3 | |

**Martin Owen (September 28, 2005)**

| Counterdesignation | Objections |
|---|---|
| Page 29, lines 5-11 | |
| Page 113, line 21 - Page 114, line 10 | |
| Page 115, lines 2-12 | FRE 402, FRE 403 |
| Page 120, line 22 - Page 121, line 16 | FRE 402, FRE 403, FRE 602, CS |

**Alexander Oxford (August 5, 2005)**

| Counterdesignation | Objections |
|---|---|
| Page 22, line 15 - Page 23, line 7 | FRE 402, FRE 403 |
| Page 29, lines 16-21 | FRE 402, FRE 403 |
| Page 30, lines 5-8 | FRE 402, FRE 403 |
| Page 49, lines 1-9 | |
| Page 65, line 25 - Page 66, line 9 | FRE 402, FRE 403, FRE 602, CS |
| Page 66, line 11 | FRE 402, FRE 403, FRE 602, CS |
| Page 79, line 10 - Page 80, line 1 | |
| Page 90, lines 13-21 | |
| Page 95, lines 4-6 | FRE 402, FRE 403 |
| Page 103, line 3 - Page 104, line 24 | |
| Page 132, line 21 - Page 135, line 6 | |

| Counterdesignation | Objections |
|---|---|
| Page 138, line 7 - Page 139, line 12 | FRE 402, FRE 403, FRE 602 |

## Alexander Oxford (August 6, 2005)

| Counterdesignation | Objections |
|---|---|
| Page 222, lines 1-6 | |
| Page 222, lines 8-14 | |
| Page 229, line 5 - Page 231, line 1 | FRE 602, CS |
| Page 263, line 8 - Page 264, line 17 | FRE 402, FRE 403 |
| Page 265, line 17 - Page 267, line 7 | CS |

## Marion Perren (September 29, 2005)

| Counterdesignation | Objections |
|---|---|
| Page 17, line 19 - Page 19, line 4 | FRE 402, FRE 403, CS |
| Page 29, lines 9-19 | CS |
| Page 45, line 3 - Page 48, line 12 | FRE 402, FRE 403, CS |
| Page 52, lines 17-22 | |
| Page 53, lines 5-9 | FRE 402, FRE 403 |
| Page 54, lines 4-21 | FRE 402, FRE 403 |
| Page 57, lines 8-21 | FRE 402, FRE 403, CS |
| Page 59, lines 3-4 | FRE 402, FRE 403 |
| Page 60, line 1 - Page 61, line 2 | FRE 402, FRE 403, CS |
| Page 77, lines 3-11 | FRE 402, FRE 403 |

**Michael Howard Tarbit (September 2, 2005)**

| Counterdesignation | Objections |
|---|---|
| Page 9, lines 7-20 | FRE 402, FRE 403 |
| Page 9, lines 23-25 | FRE 402, FRE 403 |
| Page 10, lines 3-9 | FRE 402, FRE 403 |
| Page 36, lines 5-23 | |
| Page 38, lines 6-14 | FRE 402, FRE 403 |
| Page 41, lines 2-8 | |
| Page 46, lines 21-25 | |
| Page 48, line 5 - Page 49, line 4 | |
| Page 138, lines 11-20 | FRE 106, FRE 402, FRE 403 |