EXHIBIT 15

**FINAL PRE-TRIAL ORDER EXHIBIT 15**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**GLAXO GROUP LTD.,  d/b/a**
**GLAXOSMITHKLINE,**

Plaintiff and Counterclaim-Defendant

v.

**SPECTRUM PHARMACEUTICALS, INC.,**

Defendant, and Counterclaim Plaintiff.

Civil Action No. 05 CV 99 GMS

**EXHIBIT 15**

**SPECTRUM'S LIST OF DEPOSITION TRANSCRIPT DESIGNATIONS**

Spectrum attaches the following list of deposition transcript designations.

Deposition of <u>Fact Witness - Dr. Darko Butina</u>

(Taken 9/27/05)

| From | | To |
|------|---|-----|
| page 7, line 20 | → | page 11, line 16 |
| page 12, line 8 | → | page 14, line 5 |
| page 24, line 19 | → | page 27, line 17 |
| page 29, line 6 | → | page 32, line 8 |
| page 38, line 2 | → | page 38, line 20 |
| page 39, line 2 | → | page 39, line 6 |
| page 41, line 3 | → | page 45, line 7 |
| page 57, line 5 | → | page 57, line 8 |
| page 58, line 8 | → | page 59, line 2 |
| page 64, line 17 | → | page 65, line 12 |
| page 87, line 7 | → | Page 87 , line 12 |
| page 88, line 22 | → | page 89, line 2 |
| page 95, line 15 | → | page 96, line 17 |
| page 97, line 12 | → | page 101, line 11 |
| page 111, line 7 | → | page 111, line 10 |
| page 132, line 4 | → | page 132, line 8 |
| page 135, line 10 | → | page 135, line 16 |

00392280

## Deposition of <u>Fact Witness – Dr. Darko Butina</u>

### (Taken 9/27/05)

| From | | To |
|------|---|-----|
| page 146, line 7 | → | page 146, line 12 |
| page 149, line 9 | → | page 150, line 7 |
| page 151, line 14 | → | page 152, line 19 |
| page 153, line 8 | → | page 153, line 16 |
| page 158, line 17 | → | page 159, line 1 |
| page 159, line 8 | → | page 160, line 13 |
| page 169, line 2 | → | page 169, line 5 |
| page 171, line 6 | → | page 175, line 4 |
| page 177, line 10 | → | page 177, line 14 |
| page 182, line 11 | → | page 184, line 8 |
| page 184, line 14 | → | page 184, line 16 |
| page 185, line 5 | → | page 186, line 5 |
| page 196, line 19 | → | page 221, line 2 |
| page 228, line 13 | → | page 230, line 5 |

00392280

Deposition of <u>Fact Witness - Dr. Ian Coates</u>

(Taken 6/14/05)

| From | | To |
|---|---|---|
| page 9, line 19 | → | page 10, line 24 |
| page 11, line 5 | → | page 17, line 17 |
| page 17, line 22 | → | page 18, line 23 |
| page 19, line 13 | → | page 19, line 20 |
| page 20, line 5 | → | Page 20, line 7 |
| Page 20, line 9 | → | page 20, line 15 |
| page 20, line 22 | → | page 21, line 6 |
| page 22, line 3 | → | page 22, line 15 |
| page 24, line 13 | → | page 24, line 20 |
| page 26, line 12 | → | page 30, line 18 |
| page 31, line 5 | → | page 31, line 22 |
| page 32, line 5 | → | page 34, line 13 |
| page 34, line 20 | → | page 39, line 13 |
| page 40, line 7 | → | page 42, line 23 |
| page 44, line 8 | → | page 45, line 9 |
| page 45, line 25 | → | page 46, line 18 |
| page 47, line 5 | → | page 47, line 16 |
| page 48, line 7 | → | page 49, line 6 |
| page 49, line 21 | → | page 50, line 1 |
| page 50, line 17 | → | page 51, line 18 |
| page 51, line 23 | → | page 51, line 25 |

00395695

Deposition of <u>Fact Witness - Dr. Ian Coates</u>

(Taken 6/14/05)

| From | | To |
|---|---|---|
| page 52, line 3 | → | page 52, line 10 |
| page 52, line 13 | → | page 52, line 25 |
| page 55, line 13 | → | page 57, line 18 |
| page 58, line 4 | → | page 59, line 3 |
| page 59, line 19 | → | page 60, line 7 |
| page 60, line 9 | → | page 60, line 16 |
| page 62, line 4 | → | page 66, line 15 |
| page 68, line 16 | → | page 69, line 5 |
| page 69, line 10 | → | page 70, line 5 |
| page 71, line 2 | → | page 71, line 9 |
| page 71, line 21 | → | page 72, line 17 |
| page 72, line 25 | → | page 73, line 6 |
| page 73, line 12 | → | page 74, line 4 |
| page 77, line 14 | → | page 78, line 6 |
| page 78, line 16 | → | page 79, line 2 |
| page 79, line 12 | → | page 79, line 18 |
| page 79, line 22 | → | page 80, line 18 |
| page 81, line 8 | → | page 81, line 23 |
| page 82, line 1 | → | page 82, line 11 |
| page 83, line 5 | → | page 83, line 7 |

00395695

Deposition of <u>Fact Witness - Dr. Ian Coates</u>

(Taken 6/14/05)

| From | | To |
|------|---|-----|
| page 85, line 20 | → | page 86, line 3 |
| page 86, line 16 | → | page 87, line 6 |
| page 88, line 8 | → | page 88, line 17 |
| page 88, line 20 | → | page 90, line 16 |
| page 91, line 7 | → | page 91, line 19 |
| page 92, line 12 | → | page 92, line 20 |
| page 93, line 15 | → | page 93, line 17 |
| page 94, line 6 | → | page 94, line 14 |
| page 95, line 15 | → | page 97, line 1 |
| page 99, line 11 | → | page 102, line 14 |
| page 103, line 7 | → | page 105, line 6 |
| page 106, line 3 | → | page 106, line 8 |
| page 106, line 24 | → | page 107, line 23 |
| page 108, line 9 | → | page 109, line 13 |
| page 109, line 21 | → | page 111, line 8 |
| page 112, line 13 | → | page 114, line 1 |
| page 114, line 8 | → | page 114, line 11 |
| page 115, line 14 | → | page 115, line 24 |
| page 116, line 5 | → | page 116, line 20 |
| page 118, line 13 | → | page 119, line 13 |

00395695

Deposition of <u>Fact Witness - Dr. Ian Coates</u>

(Taken 6/14/05)

| From | | To |
|------|---|-----|
| page 121, line 1 | → | Page 121, line 12 |
| page 121, line 14 | → | page 122, line 7 |
| page 122, line 13 | → | page 124, line 12 |
| page 124, line 22 | → | page 125, line 9 |
| page 125, line 23 | → | page 127, line 8 |
| page 132, line 7 | → | page 132, line 18 |
| page 133, line 3 | → | page 133, line 17 |
| page 140, line 4 | → | page 141, line 19 |
| page 142, line 8 | → | page 143, line 16 |
| page 144, line 6 | → | page 144, line 23 |
| page 150, line 9 | → | page 151, line 7 |
| page 156, line 24 | → | page 158, line 18 |
| page 159, line 4 | → | page 160, line 17 |
| page 161, line 20 | → | page 162, line 8 |
| page 162, line 19 | → | page 163, line 10 |
| page 163, line 25 | → | page 164, line 16 |
| page 167, line 14 | → | page 170, line 2 |

00395695

Deposition of <u>Fact Witness - Dr. Ian Coates</u>
Volume 1
(Taken 9/26/05)

| From | | To |
|------|---|-----|
| page 4, line 19 | → | page 5, line 3 |
| page 6, line 2 | → | page 6, line 7 |
| page 6, line 14 | → | page 6, line 17 |
| page 7, line 2 | → | page 7, line 13 |
| page 10, line 11 | → | page 11, line 3 |
| page 15, line 14 | → | page 16, line 10 |
| page 25, line 5 | → | page 27, line 4 |
| page 28, line 3 | → | page 29, line 15 |
| page 30, line 2 | → | page 30, line 7 |
| page 30, line 20 | → | page 32, line 8 |
| page 35, line 3 | → | page 38, line 13 |
| page 41, line 16 | → | page 42, line 8 |
| page 42, line 12 | → | page 43, line 9 |
| page 44, line 8 | → | page 44, line 18 |
| page 45, line 5 | → | page 46, line 19 |
| page 54, line 15 | → | page 56, line 22 |
| page 59, line 10 | → | page 59, line 19 |
| page 61, line 8 | → | page 62, line 18 |
| page 64, line 5 | → | page 65, line 19 |
| page 67, line 3 | → | page 67, line 12 |
| page 67, line 19 | → | page 68, line 14 |

00395695

Deposition of <u>Fact Witness - Dr. Ian Coates</u>
Volume 1
(Taken 9/26/05)

| From | | To |
|------|---|-----|
| page 69, line 1 | → | page 70, line 14 |
| page 72, line 21 | → | page 73, line 12 |
| page 74, line 10 | → | page 76, line 3 |
| page 77, line 1 | → | page 77, line 9 |
| page 78, line 21 | → | page 80, line 7 |
| page 80, line 13 | → | page 80, line 19 |
| page 82, line 11 | → | page 83, line 21 |
| page 88, line 19 | → | page 90, line 13 |
| page 92, line 3 | → | page 93, line 15 |
| page 94, line 14 | → | page 94, line 20 |
| page 96, line 20 | → | page 97, line 4 |
| page 97, line 19 | → | page 98, line 7 |
| page 98, line 17 | → | page 98, line 18 |
| page 99, line 18 | → | page 100, line 20 |
| page 104, line 12 | → | page 106, line 4 |
| page 107, line 1 | → | page 107, line 12 |
| page 112, line 6 | → | page 113, line 7 |
| page 113, line 18 | → | page 115, line 3 |
| page 117, line 1 | → | page 119, line 19 |
| page 120, line 18 | → | page 122, line 8 |
| page 123, line 1 | → | page 123, line 3 |

00395695

Deposition of <u>Fact Witness - Dr. Ian Coates</u>
Volume 1
(Taken 9/26/05)

| From | | To |
|------|---|-----|
| page 123, line 11 | → | page 124, line 6 |
| page 125, line 7 | → | page 126, line 7 |
| page 127, line 1 | → | page 127, line 9 |
| page 127, line 17 | → | page 129, line 10 |
| page 129, line 19 | → | page 131, line 17 |
| page 133, line 11 | → | page 134, line 15 |

00395695

Deposition of <u>Fact Witness - Dr. Michael Dowle</u>

(Taken 8/02/05)

| From | | To |
|------|---|-----|
| page 8, line 16 | → | page 9, line 21 |
| page 10, line 1 | → | page 15, line 21 |
| page 18, line 9 | → | page 19, line 12 |
| page 22, line 2 | → | page 24, line 21 |
| page 26, line 24 | → | page 32, line 14 |
| page 33, line 19 | → | page 34, line 6 |
| page 35, line 11 | → | page 36, line 3 |
| page 36, line 19 | → | page 38, line 11 |
| page 38, line 15 | → | page 39, line 10 |
| page 43, line 17 | → | page 44, line 3 |
| page 45, line 10 | → | page 45, line 14 |
| page 46, line 7 | → | page 47, line 2 |
| page 47, line 20 | → | page 47, line 24 |
| page 48, line 7 | → | page 49, line 3 |
| page 53, line 2 | → | page 53, line 20 |
| page 56, line 14 | → | page 57, line 11 |
| page 58, line 2 | → | page 58, line 18 |
| page 64, line 3 | → | page 66, line 21 |
| page 67, line 14 | → | page 68, line 16 |

00395690

Deposition of <u>Fact Witness - Dr. Michael Dowle</u>

(Taken 8/02/05)

| From | | To |
|------|---|-----|
| page 77, line 21 | → | page 79, line 11 |
| page 80, line 6 | → | page 80, line 20 |
| page 81, line 18 | → | page 81, line 21 |
| page 82, line 11 | → | page 83, line 22 |
| page 87, line 12 | → | page 88, line 24 |
| page 91, line 1 | → | page 93, line 25 |
| page 94, line 1 | → | page 94, line 22 |
| page 96, line 6 | → | page 96, line 14 |
| page 97, line 18 | → | page 99, line 4 |
| page 100, line 9 | → | page 101, line 20 |
| page 103, line 4 | → | page 103, line 16 |
| page 107, line 13 | → | page 107, line 23 |
| page 131, line 13 | → | page 132, line 9 |
| page 142, line 13 | → | page 150, line 5 |
| page 150, line 23 | → | page 152, line 17 |
| page 153, line 19 | → | page 155, line 14 |
| page 161, line 5 | → | page 163, line 6 |
| page 179, line 14 | → | page 179, line 19 |

00395690

Deposition of <u>Fact Witness – Weslyn Feniuk</u>
(Taken 9/23/05)

| From | | To |
|---|---|---|
| page 11, line 13 | → | page 11, line 17 |
| page 12, line 1 | → | page 12, line 5 |
| page 16, line 22 | → | page 18, line 9 |
| page 23, line 14 | → | page 24, line 1 |
| page 25, line 2 | → | page 25, line 11 |
| page 26, line 9 | → | page 27, line 16 |
| page 27, line 21 | → | page 28, line 1 |
| page 29, line 9 | → | page 29, line 14 |
| page 30, line 9 | → | page 31, line 1 |
| page 31, line 17 | → | page 32, line 2 |
| page 32, line 21 | → | page 33, line 7 |
| page 34, line 1 | → | page 35, line 6 |
| page 35, line 14 | → | page 36, line 6 |
| page 37, line 6 | → | page 38, line 3 |
| page 38, line 6 | → | page 38, line 14 |
| page 38, line 16 | → | page 39, line 9 |

00392281

Deposition of <u>Fact Witness – Weslyn Feniuk</u>
(Taken 9/23/05)

| From | | To |
|---|---|---|
| page 40, line 4 | → | page 40, line 6 |
| page 40, line 15 | → | page 40, line 20 |
| page 46, line 14 | → | page 46, line 20 |
| page 47, line 7 | → | page 47, line 12 |
| page 48, line 9 | → | page 48, line 12 |
| page 48, line 21 | → | page 48 , line 22 |
| page 49, line 8 | → | page 49, line 18 |
| page 51, line 4 | → | page 51, line 7 |
| page 52, line 6 | → | page 52, line 11 |
| page 52, line 13 | → | page 53, line 16 |
| page 55, line 8 | → | page 58, line 20 |
| page 57, line 1 | → | page 57, line 6 |
| page 58, line 15 | → | page 58, line 21 |
| page 59, line 4 | → | page 59, line 7 |
| page 60, line 1 | → | page 60, line 7 |
| page 60, line 14 | → | page 60, line 20 |

00392281

Deposition of <u>Fact Witness - Weslyn Feniuk</u>

(Taken 9/23/05)

| From | | To |
|------|---|-----|
| page 61, line 5 | → | page 61, line 15 |
| page 62, line 7 | → | page 63, line 11 |
| page 64, line 13 | → | page 64, line 18 |
| page 65, line 17 | → | page 66, line 10 |
| page 67, line 1 | → | page 67, line 2 |
| page 67, line 10 | → | page 67, line 13 |
| page 68, line 2 | → | page 68, line 17 |
| page 69, line 19 | → | page 71, line 4 |
| page 72, line 9 | → | page 73, line 5 |
| page 73, line 20 | → | page 73, line 22 |
| page 74, line 11 | → | page 74, line 18 |
| page 75, line 1 | → | page 75, line 6 |
| page 75, line 9 | → | page 75, line 11 |
| page 75, line 18 | → | page 76, line 11 |
| page 76, line 20 | → | page 76, line 22 |
| page 77, line 5 | → | page 77, line 11 |
| page 77, line 16 | → | page 77, line 17 |

00392281

Deposition of <u>Fact Witness - Weslyn Feniuk</u>
(Taken 9/23/05)

| From | | To |
|---|---|---|
| page 78, line 9 | → | page 78, line 11 |
| page 78, line 21 | → | page 79, line 1 |
| page 79, line 12 | → | page 79, line 15 |
| page 80, line 15 | → | page 80, line 18 |
| page 81, line 1 | → | page 81, line 3 |
| page 82, line 5 | → | page 82, line 15 |
| page 83, line 1 | → | page 83, line 7 |
| page 83, line 9 | → | page 83, line 10 |
| page 83, line 14 | → | page 84, line 1 |
| page 85, line 3 | → | page 85, line 6 |
| page 86, line 3 | → | page 86, line 22 |
| Page 87, line 3 | → | Page 87, line 4 |
| page 87, line 17 | → | page 88, line 18 |
| page 89, line 4 | → | page 89, line 16 |
| page 90, line 11 | → | page 90, line 20 |
| page 90, line 22 | → | page 91, line 20 |
| page 93, line 2 | → | page 93, line 7 |
| page 95, line 8 | → | page 95, line 9 |

00392281

Deposition of <u>Fact Witness - Weslyn Feniuk</u>
(Taken 9/23/05)

| From | | To |
|------|---|-----|
| page 95, line 13 | → | page 95, line 13 |
| page 95, line 17 | → | page 95, line 21 |
| page 97, line 15 | → | page 98, line 5 |
| page 98, line 16 | → | page 99, line 2 |
| page 99, line 12 | → | page 99, line 19 |
| page 100, line 15 | → | page 101, line 9 |
| page 101, line 10 | → | page 101, line 16 |
| page 101, line 20 | → | page 102, line 16 |
| page 103, line 2 | → | page 103, line 9 |
| page 103, line 19 | → | page 104, line 4 |
| page 104, line 6 | → | page 104, line 14 |
| page 104, line 15 | → | page 105, line 3 |
| page 105, line 19 | → | page 106, line 15 |
| page 108, line 8 | → | page 108, line 13 |
| page 109, line 7 | → | page 109, line 16 |
| page 109, line 19 | → | page 110, line 6 |
| page 111, line 21 | → | page 112, line 8 |

00392281

Deposition of <u>Fact Witness - Weslyn Feniuk</u>

(Taken 9/23/05)

| From | | To |
|---|:---:|---|
| page 112, line 9 | → | page 112, line 19 |
| page 112, line 21 | → | page 113, line 2 |
| page 114, line 6 | → | page 114, line 9 |
| page 114, line 11 | → | page 114, line 18 |
| page 114, line 21 | → | page 115, line 8 |
| page 115, line 12 | → | page 115, line 13 |
| page 116, line 6 | → | page 117, line 5 |
| page 117, line 11 | → | page 117, line 16 |
| page 118, line 12 | → | page 120, line 2 |
| page 120, line 14 | → | page 121, line 2 |
| page 121, line 9 | → | page 121, line 18 |
| page 121, line 20 | → | page 122, line 11 |
| page 122, line 16 | → | page 122, line 18 |
| page 123, line 4 | → | page 123, line 11 |
| page 123, line 20 | → | page 124, line 2 |
| page 125, line 14 | → | page 126, line 13 |
| Page 128, line 8 | → | page 128, line 18 |

00392281

Deposition of <u>Fact Witness - Weslyn Feniuk</u>

(Taken 9/23/05)

| From | | To |
|------|---|-----|
| page 128, line 21 | → | page 131, line 13 |
| page 133, line 3 | → | page 134, line 3 |
| page 134, line 13 | → | page 135, line 14 |
| page 137, line 9 | → | page 138, line 21 |
| page 139, line 4 | → | page 139, line 21 |
| page 140, line 12 | → | page 141, line 8 |
| page 141, line 14 | → | page 141, line 15 |
| page 142, line 18 | → | page 143, line 19 |
| page 144, line 2 | → | page 145, line 4 |
| page 146, line 5 | → | page 147, line 3 |
| page 147, line 12 | → | page 147, line 22 |
| page 149, line 4 | → | page 150, line 1 |
| page 150, line 7 | → | page 151, line 2 |
| page 151, line 11 | → | page 151, line 22 |
| page 152, line 1 | → | page 152, line 4 |
| page 153, line 9 | → | page 154, line 5 |

00392281

Deposition of <u>Fact Witness - Richard E. Fichter</u>

(Taken 7/13/05)

| **From** | | **To** |
|---|:---:|---|
| page 5, line 8 | → | page 5, line 19 |
| page 7, line 5 | → | page 7, line 20 |
| page 10, line 5 | → | page 10, line 12 |
| page 21, line 23 | → | page 22, line 12 |
| page 24, line 24 | → | page 25, line 12 |
| page 26, line 2 | → | page 26, line 16 |
| page 35, line 23 | → | page 36, line 9 |
| page 36, line 14 | | |
| page 36, line 24 | → | page 37, line 3 |
| page 39, line 20 | → | page 40, line 6 |
| page 50, line 8 | → | page 50, line 18 |
| page 51, line 5 | → | page 51, line 21 |
| page 62, line 22 | → | page 64, line 13 |
| page 68, line 25 | → | page 69, line 8 |
| page 70, line 2 | → | page 71, line 11 |
| page 72, line 14 | → | page 72, line 19 |
| page 73, line 3 | → | page 73, line 9 |
| page 73, line 13 | → | page 73, line 16 |
| page 73, line 20 | → | page 73, line 22 |
| page 74, line 1 | → | page 75, line 2 |
| page 75, line 7 | → | page 75, line 12 |

00395651.DOC

| | | |
|---|---|---|
| page 76, line 5 | → | page 76, line 11 |
| page 78, line 3 | → | page 78, line 8 |
| page 78, line 13 | → | page 78, line 21 |
| page 79, line 16 | → | page 80, line 16 |
| page 82, line 4 | → | page 83, line 15 |
| page 86, line 21 | → | page 88, line 2 |
| page 88, line 6 | → | page 88, line 16 |
| page 88, line 22 | → | page 89, line 9 |
| page 89, line 11 | | |
| page 89, line 14 | → | page 89, line 20 |
| page 89, line 25 | → | page 90, line 11 |
| page 90, line 14 | → | page 90, line 25 |
| page 91, line 5 | → | page 92, line 6 |
| page 92, line 14 | → | page 92, line 16 |
| page 92, line 19 | → | page 93, line 19 |
| page 96, line 7 | → | page 96, line 22 |
| page 97, line 4 | | |
| page 98, line 19 | → | page 99, line 21 |
| page 100, line 1 | → | page 100, line 7 |
| page 100, line 14 | → | page 101, line 7 |
| page 102, line 6 | → | page 102, line 24 |
| page 103, line 13 | → | page 105, line 19 |
| page 105, line 23 | → | page 106, line 7 |
| page 106, line 11 | → | page 110, line 21 |

00395651.DOC

page 121, line 2          →          page 122, line 10

page 122, line 15         →          page 123, line 6

page 123, line 19         →          page 125, line 10

page 125, line 18         →          page 126, line 3

page 126, line 7          →          page 127, line 11

page 127, line 13         →          page 127, line 25

page 129, line 7          →          page 130, line 21

page 131, line 2          →          page 131, line 6

page 131, line 10         →          page 131, line 23

page 132, line 1          →          page 132, line 23

page 133, line 5          →          page 134, line 25

page 135, line 6          →          page 135, line 25

page 136, line 19         →          page 138, line 21

page 139, line 14         →          page 139, line 22

page 139, line 25         →          page 140, line 7

page 141, line 17         →          page 142, line 3

page 142, line 8          →          page 142, line 12

page 142, line 16         →          page 143, line 2

page 143, line 5          →          page 143, line 8

page 143, line 12         →          page 143, line 16

page 143, line 22         →          page 145, line 2

page 145, line 6          →          page 146, line 21

page 146, line 24

page 161, line 3          →          page 163, line 13

page 170, line 19         →          page 171, line 12

00395651.DOC

| | | |
|---|---|---|
| page 172, line 14 | → | page 172, line 25 |
| page 180, line 13 | → | page 181, line 6 |
| page 182, line 7 | → | page 183, line 17 |
| page 185, line 5 | → | page 188, line 4 |
| page 188, line 8 | → | page 189, line 10 |
| page 189, line 14 | → | page 190, line 7 |
| page 190, line 10 | → | page 190, line 12 |
| page 190, line 23 | → | page 191, line 13 |
| page 191, line 17 | → | page 191, line 22 |
| page 191, line 24 | | page 192, line 12 |
| page 192, line 16 | → | page 192, line 20 |
| page 195, line 13 | → | page 195, line 19 |
| page 195, line 24 | → | page 196, line 2 |
| page 196, line 8 | → | page 196, line 12 |
| page 196, line 25 | → | page 197, line 24 |
| page 198, line 1 | → | page 198, line 4 |
| page 198, line 7 | → | page 198, line 15 |
| page 203, line 3 | → | page 204, line 5 |
| page 213, line 19 | → | page 214, line 24 |
| page 215, line 6 | → | page 215, line 23 |
| page 216, line 9 | → | page 218, line 12 |
| page 218, line 19 | → | page 219, line 23 |
| page 220, line 3 | → | page 221, line 25 |
| page 222, line 16 | → | page 226, line 4 |
| page 227, line 2 | → | page 228, line 5 |

00395651.DOC

page 228, line 22     →     page 230, line 16

page 231, line 6     →     page 231, line 9

page 253, line 3     →     page 256, line 19

page 263, line 10     →     page 264, line 25

page 268, line 2     →     page 268, line 22

page 269, line 4     →     page 269, line 11

page 290, line 4     →     page 290, line 16

page 303, line 22     →     page 304, line 18

page 305, line 23     →     page 306, line 25

page 309, line 3     →     page 309, line 8

page 309, line 14     →     page 310, line 24

00395651.DOC

Deposition of <u>Fact Witness - Patrick Humphrey</u>

(Taken 8/15/05)

| From | | To |
|------|---|-----|
| page 6, line 9 | → | page 7, line 9 |
| page 7, line 24 | → | page 8, line 24 |
| page 9, line 5 | → | page 9, line 12 |
| page 11, line 21 | → | page 12, line 6 |
| page 15, line 19 | → | page 16, line 16 |
| page 17, line 12 | → | Page 17 , line 20 |
| page 17, line 23 | → | Page 19, line 2 |
| page 19, line 8 | → | Page 19, line 20 |
| page 21, line 19 | → | page 23, line 6 |
| page 23, line 15 | → | page 23, line 22 |
| page 24, line 15 | → | page 24, line 18 |
| page 24, line 21 | → | page 24, line 23 |
| page 25, line 10 | → | page 25, line 17 |
| page 26, line 5 | → | page 26, line 25 |
| page 27, line 8 | → | page 28, line 10 |
| page 32, line 14 | → | page 34, line 11 |
| page 35, line 10 | → | page 35, line 15 |

00392282

Deposition of <u>Fact Witness – Patrick Humphrey</u>

(Taken 8/15/05)

| From | | To |
|---|---|---|
| page 36, line 6 | → | page 36, line 11 |
| page 36, line 19 | → | page 39, line 6 |
| page 40, line 12 | → | page 40, line 22 |
| page 41, line 8 | → | page 42, line 3 |
| page 42, line 9 | → | page 42, line 22 |
| page 44, line 8 | → | Page 44, line 13 |
| page 45, line 9 | → | Page 45, line 20 |
| page 49, line 17 | → | Page 49, line 24 |
| page 50, line 18 | → | page 51, line 11 |
| page 53, line 19 | → | page 54, line 12 |
| page 54, line 23 | → | page 56, line 18 |
| page 57, line 2 | → | page 57, line 8 |
| page 58, line 5 | → | page 59, line 24 |
| page 60, line 3 | → | page 60, line 14 |
| page 60, line 18 | → | page 61, line 14 |
| page 61, line 22 | → | page 61, line 25 |
| page 62, line 5 | → | page 62, line 22 |

00392282

Deposition of <u>Fact Witness - Patrick Humphrey</u>

(Taken 8/15/05)

| From | | To |
|---|---|---|
| page 62, line 25 | → | page 63, line 2 |
| page 63, line 4 | → | page 64, line 19 |
| page 64, line 21 | → | page 65, line 10 |
| page 65, line 12 | → | page 66, line 6 |
| page 66, line 14 | → | page 67, line 3 |
| page 69, line 17 | → | Page 70, line 22 |
| page 71, line 18 | → | Page 71, line 24 |
| page 72, line 7 | → | Page 73, line 16 |
| page 73, line 18 | → | page 74, line 3 |
| page 75, line 12 | → | page 75, line 21 |
| page 76, line 10 | → | page 77, line 3 |
| page 77, line 9 | → | page 77, line 13 |
| page 77, line 15 | → | page 77, line 17 |
| page 78, line 2 | → | page 78, line 8 |
| page 78, line 14 | → | page 78, line 17 |
| page 80, line 6 | → | page 80, line 8 |
| page 81, line 21 | → | page 81, line 24 |

00392282

Deposition of <u>Fact Witness – Patrick Humphrey</u>

(Taken 8/15/05)

| From | | To |
|------|---|-----|
| page 82, line 2 | → | page 82, line 5 |
| page 82, line 7 | → | page 83, line 8 |
| page 83, line 16 | → | page 84, line 11 |
| page 85, line 2 | → | page 86, line 7 |
| page 86, line 18 | → | page 88, line 12 |
| page 88, line 21 | → | Page 89, line 11 |
| page 89, line 21 | → | page 90, line 11 |
| page 90, line 24 | → | page 92, line 15 |
| page 92, line 20 | → | page 93, line 21 |
| page 94, line 17 | → | page 95, line 5 |
| page 96, line 7 | → | page 96, line 10 |
| page 96, line 12 | → | page 97, line 4 |
| page 97, line 8 | → | page 97, line 24 |
| page 98, line 18 | → | page 98, line 22 |
| page 99, line 7 | → | page 99, line 14 |

00392282

Deposition of <u>Fact Witness - Patrick Humphrey</u>

(Taken 8/15/05)

| From | | To |
|------|---|-----|
| page 99, line 25 | → | page 100, line 4 |
| page 100, line 13 | → | page 101, line 5 |
| page 103, line 12 | → | page 103, line 20 |
| page 104, line 14 | → | page 104, line 23 |
| page 105, line 19 | → | page 106, line 6 |
| page 106, line 20 | → | Page 107, line 6 |
| page 107, line 9 | → | Page 107, line 18 |
| page 107, line 22 | → | Page 108, line 9 |
| page 108, line 20 | → | page 108, line 24 |
| page 109, line 12 | → | page 110, line 12 |
| page 111, line 11 | → | page 111, line 115 |
| page 115, line 13 | → | page 116, line 16 |
| page 117, line 9 | → | page 117, line 17 |
| page 117, line 19 | → | page 117, line 25 |
| page 118, line 4 | → | page 118, line 18 |
| page 120, line 11 | → | page 120, line 18 |
| page 123, line 11 | → | page 125, line 17 |

00392282

Deposition of <u>Fact Witness - Patrick Humphrey</u>

(Taken 8/15/05)

| From | | To |
|---|---|---|
| page 126, line 6 | → | page 126, line 15 |
| page 129, line 17 | → | page 129, line 18 |
| page 132, line 17 | → | page 133, line 6 |
| page 134, line 3 | → | page 134, line 17 |
| page 135, line 7 | → | page 135, line 13 |
| page 135, line 15 | → | Page 136, line 5 |
| page 137, line 13 | → | Page 137, line 21 |
| page 138, line 18 | → | Page 140, line 10 |
| page 140, line 14 | → | page 140, line 25 |
| page 141, line 5 | → | page 142, line 3 |
| page 143, line 10 | → | page 144, line 13 |
| page 144, line 20 | → | page 146, line 7 |
| page 147, line 3 | → | page 147, line 17 |
| page 148, line 3 | → | page 148, line 23 |
| page 149, line 5 | → | page 149, line 12 |
| page 150, line 4 | → | page 150, line 21 |
| page 151, line 2 | → | page 152, line 5 |

00392282

Deposition of <u>Fact Witness - Patrick Humphrey</u>

(Taken 8/15/05)

| From | | To |
|---|---|---|
| page 152, line 16 | → | page 153, line 12 |
| page 153, line 16 | → | page 154, line 25 |
| page 155, line 10 | → | page 155, line 23 |
| page 156, line 2 | → | page 156, line 13 |
| page 156, line 18 | → | page 158, line 20 |
| page 159, line 3 | → | Page 159, line 17 |
| page 160, line 11 | → | Page 160, line 24 |
| page 161, line 13 | → | Page 162, line 7 |
| page 163, line 8 | → | page 165, line 5 |
| page 165, line 20 | → | page 165, line 25 |
| page 166, line 25 | → | page 167, line 3 |
| page 167, line 24 | → | page 168, line 14 |
| page 169, line 13 | → | page 169, line 22 |
| page 169, line 25 | → | page 170, line 16 |
| page 172, line 11 | → | page 172, line 19 |
| page 173, line 10 | → | page 173, line 18 |
| page 173, line 22 | → | page 174, line 16 |

00392282

Deposition of <u>Fact Witness - Patrick Humphrey</u>

(Taken 8/15/05)

| From | | To |
|---|---|---|
| page 174, line 22 | → | page 175, line 4 |
| page 176, line 7 | → | page 176, line 23 |
| page 177, line 6 | → | page 177, line 15 |
| page 177, line 25 | → | page 178, line 3 |
| page 178, line 8 | → | page 178, line 22 |
| page 180, line 9 | → | Page 180, line 15 |
| page 180, line 19 | → | Page 181, line 5 |
| page 182, line 18 | → | Page 183, line 4 |
| page 183, line 13 | → | page 184, line 11 |
| page 185, line 21 | → | page 186, line 10 |
| page 186, line 16 | → | page 187, line 23 |
| page 188, line 3 | → | page 188, line 11 |
| page 190, line 6 | → | page 190, line 12 |
| page 191, line 3 | → | page 191, line 13 |
| page 192, line 20 | → | page 192, line 23 |
| page 193, line 16 | → | page 193, line 24 |
| page 194, line 16 | → | page 195, line 3 |

00392282

Deposition of <u>Fact Witness - Patrick Humphrey</u>

(Taken 8/15/05)

| From | | To |
|---|---|---|
| page 195, line 24 | $\rightarrow$ | page 196, line 8 |
| page 197, line 11 | $\rightarrow$ | page 198, line 11 |
| page 199, line 25 | $\rightarrow$ | page 200, line 16 |
| page 200, line 22 | $\rightarrow$ | page 200, line 25 |
| page 201, line 2 | $\rightarrow$ | page 201, line 7 |
| page 205, line 7 | $\rightarrow$ | Page 205, line 15 |
| page 206, line 5 | $\rightarrow$ | Page 207, line 5 |
| page 208, line 15 | $\rightarrow$ | Page 209, line 4 |
| page 211, line 23 | $\rightarrow$ | page 212, line 24 |
| page 213, line 19 | $\rightarrow$ | page 214, line 5 |
| page 214, line 11 | $\rightarrow$ | page 216, line 21 |
| page 217, line 3 | $\rightarrow$ | page 217, line 18 |
| page 219, line 6 | $\rightarrow$ | page 220, line 22 |
| page 221, line 6 | $\rightarrow$ | page 221, line 25 |
| page 223, line 2 | $\rightarrow$ | page 223, line 23 |
| page 224, line 14 | $\rightarrow$ | page 224, line 25 |
| page 226, line 13 | $\rightarrow$ | page 228, line 21 |

00392282

Deposition of <u>Fact Witness - Patrick Humphrey</u>

(Taken 8/15/05)

| From | | To |
|------|---|-----|
| page 229, line 4 | → | page 229, line 6 |
| page 229, line 10 | → | page 229, line 18 |
| page 230, line 25 | → | page 232, line 17 |

0-[

00392282

Deposition of <u>Fact Witness - Dr. Michael Jackson</u>

(Taken 8/4/05)

| From | | To |
|------|---|-----|
| page 7, line 8 | → | page 15, line 17 |
| page 20, line 6 | → | page 21, line 17 |
| page 23, line 21 | → | page 24, line 12 |
| page 25, line 6 | → | page 25, line 21 |
| page 26, line 7 | → | page 26, line 19 |
| page 27, line 13 | → | page 29, line 12 |
| page 30, line 6 | → | page 30, line 22 |
| page 31, line 6 | → | page 32, line 5 |
| page 33, line 3 | → | page 33, line 24 |
| page 34, line 4 | → | page 34, line 12 |
| page 34, line 25 | → | page 35, line 18 |
| page 37, line 3 | → | page 37, line 11 |
| page 38, line 14 | → | page 42, line 7 |
| page 42, line 11 | → | page 43, line 10 |
| page 44, line 12 | → | page 45, line 19 |
| page 46, line 2 | → | page 46, line 4 |
| page 49, line 6 | → | page 49, line 16 |

00395875

Deposition of <u>Fact Witness - Dr. Michael Jackson</u>

(Taken 8/4/05)

| From | | To |
|---|---|---|
| page 55, line 2 | → | page 55, line 21 |
| page 56, line 5 | → | page 56, line 17 |
| page 57, line 2 | → | page 58, line 20 |
| page 61, line 10 | → | page 61, line 17 |
| page 62, line 22 | → | page 63, line 11 |
| page 63, line 19 | → | page 64, line 8 |
| page 64, line 15 | → | page 68, line 4 |
| page 68, line 25 | → | page 69, line 20 |
| page 75, line 25 | → | page 76, line 21 |
| page 79, line 12 | → | page 80, line 12 |
| page 84, line 22 | → | page 85, line 15 |
| page 85, line 20 | → | page 86, line 6 |
| page 86, line 20 | → | page 86, line 23 |
| page 96, line 6 | → | page 97, line 1 |
| page 97, line 21 | → | page 98, line 9 |
| page 98, line 20 | → | page 101, line 9 |
| page 101, line 22 | → | page 102, line 21 |

p

00395875

Deposition of <u>Fact Witness – Dr. Michael Jackson</u>

(Taken 8/4/05)

| From | | To |
|------|---|-----|
| page 104, line 6 | → | page 106, line 24 |
| page 107, line 21 | → | page 109, line 12 |
| page 111, line 7 | → | page 111, line 15 |
| page 112, line 10 | → | page 116, line 24 |
| page 117, line 5 | → | page 117, line 25 |
| page 118, line 5 | → | page 120, line 24 |
| page 123, line 17 | → | page 124, line 6 |
| page 124, line 19 | → | page 129, line 20 |
| page 130, line 2 | → | page 143, line 19 |
| page 144, line7 | → | page 147, line 5 |
| page 148, line 2 | → | page 149, line 21 |
| page 150, line 24 | → | page 151, line15 |
| page 151, line 20 | → | page 153, line 1 |
| page 154, line 22 | → | page 155, line 12 |
| page 156, line 1 | → | page 157, line 2 |
| page 157, line 19 | → | page 158, line 3 |

00395875

Deposition of <u>Fact Witness - Dr. Michael Jackson</u>
30(b)(6)
(Taken 9/3/05)

| From | | To |
|------|---|-----|
| page 168, line 21 | → | page 171, line 20 |
| page 172, line 5 | → | page 172, line 17 |
| page 173, line 13 | → | page 172, line 25 |
| page 175, line 25 | → | page 176, line 8 |
| page 177, line 11 | → | page 177, line 14 |
| page 177, line 19 | → | page 178, line 1 |
| page 179, line 7 | → | page 179, line 22 |
| page 183, line 23 | → | page 184, line 7 |
| page 186, line 21 | → | page 187, line 12 |
| page 187, line 15 | → | page 187, line 21 |
| page 188, line 25 | → | page 189, line 7 |
| page 189, line 16 | → | page 190, line 19 |
| page 191, line 4 | → | page 192, line 17 |
| page 193, line 3 | → | page 194, line 11 |
| page 196, line 12 | → | page 196, line 14 |
| page 198, line 1 | → | page 199, line 12 |
| page 200, line 4 | → | page 201, line 9 |

1

00395895

Deposition of <u>Fact Witness - Dr. Michael Jackson</u>

(Taken 9/3/05)

| From | | To |
|------|---|-----|
| page 201, line 13 | → | page 202, line 18 |
| page 203, line 17 | → | page 204, line 2 |
| page 204, line 5 | → | page 204, line 10 |
| page 205, line 19 | → | page 206, line 21 |
| page 207, line 7 | → | page 208, line 9 |
| page 208, line 23 | → | page 209, line 9 |
| page 210, line 22 | → | page 217, line 13 |
| page 217, line 24 | → | page 219, line 5 |
| page 220, line 22 | → | page 222, line 12 |
| page 225, line 1 | → | page 225, line 9 |
| page 227, line 7 | → | page 227, line 23 |

Deposition of <u>Fact Witness - Martin Richard Owen</u>

(Taken 9/28/05)

| From | | To |
|------|---|-----|
| page 7, line 1 | → | page 15, line 3 |
| page 15, line 19 | → | page 17, line 3 |
| page 17, line 9 | → | page 17, line 15 |
| page 17, line 21 | → | page 18, line 20 |
| page 19, line 2 | → | page 19, line 17 |
| page 20, line 6 | → | page 20, line 14 |
| page 21, line 2 | → | page 21, line 13 |
| page 21, line 20 | → | page 22, line 13 |
| page 23, line 6 | → | page 23, line 16 |
| page 24, line 1 | → | page 24, line 2 |
| page 24, line 6 | → | page 24, line 11 |
| page 24, line 17 | → | page 25, line 9 |
| page 25, line 15 | → | page 25, line 18 |
| page 26, line 5 | → | page 27, line 1 |
| page 27, line 19 | → | page 27, line 20 |
| page 27, line 22 | → | page 28, line 4 |
| page 29, line 5 | → | page 29, line 11 |
| page 30, line 2 | → | page 30, line 6 |
| page 30, line 10 | → | page 30, line 15 |
| page 30, line 18 | → | page 30, line 20 |
| page 31, line 3 | → | page 31, line 19 |
| page 32, line 6 | → | page 32, line 9 |

00395714

Deposition of <u>Fact Witness - Martin Richard Owen</u>

(Taken 9/28/05)

| From | | To |
|------|---|-----|
| page 32, line 12 | → | page 32, line 15 |
| page 34, line 5 | → | page 35, line 11 |
| page 35, line 15 | → | page 36, line 4 |
| page 36, line 7 | → | page 37, line 4 |
| page 37, line 17 | → | page 38, line 18 |
| page 40, line 17 | → | page 41, line 5 |
| page 41, line 12 | → | page 43, line 7 |
| page 43, line 18 | → | page 44, line 3 |
| page 44, line 7 | → | page 45, line 1 |
| page 45, line 21 | → | page 46, line 7 |
| page 46, line 17 | → | page 46, line 22 |
| page 47, line 13 | → | page 47, line 17 |
| page 48, line 4 | → | page 48, line 8 |
| page 48, line 12 | → | page 48, line 15 |
| page 49, line 5 | → | page 50, line 21 |
| page 51, line 15 | → | page 53, line 20 |
| page 54, line 4 | → | page 54, line 18 |
| page 55, line 15 | → | page 55, line 17 |
| page 55, line 22 | → | page 61, line 1 |
| page 63, line 5 | → | page 63, line 18 |
| page 64, line 6 | → | page 64, line 14 |
| page 65, line 21 | → | page 66, line 9 |

00395714

Deposition of <u>Fact Witness - Martin Richard Owen</u>

(Taken 9/28/05)

| From | | To |
|---|---|---|
| page 67, line 11 | → | page 72, line 2 |
| page 72, line 5 | → | page 72, line 21 |
| page 73, line 7 | → | page 74, line 5 |
| page 74, line 16 | → | page 75, line 2 |
| page 75, line 12 | → | page 76, line 5 |
| page 76, line 12 | → | page 76, line 18 |
| page 77, line 1 | → | page 79, line 18 |
| page 80, line 7 | → | page 80, line 10 |
| page 80, line 15 | → | page 80, line 18 |
| page 81, line 1 | → | page 81, line 5 |
| page 81, line 19 | → | page 81, line 22 |
| page 82, line 1 | → | page 82, line 4 |
| page 82, line 13 | → | page 83, line 1 |
| page 83, line 20 | → | page 84, line 2 |
| page 84, line 8 | → | page 84, line 17 |
| page 86, line 20 | → | page 86, line 22 |
| page 87, line 5 | → | page 89, line 3 |
| page 89, line 14 | → | page 90, line 1 |
| page 92, line 14 | → | page 93, line 5 |
| page 94, line 5 | → | page 94, line 18 |
| page 95, line 11 | → | page 96, line 4 |
| page 96, line 9 | → | page 96, line 18 |

00395714

Deposition of <u>Fact Witness - Martin Richard Owen</u>

(Taken 9/28/05)

| From | | To |
|---|---|---|
| page 97, line 13 | → | page 98, line 5 |
| page 99, line 6 | → | page 99, line 14 |
| page 100, line 7 | → | page 101, line 14 |
| page 102, line 4 | → | page 102, line 10 |
| page 103, line 6 | → | page 103, line 9 |
| page 103, line 15 | → | page 104, line 1 |
| page 104, line 8 | → | page 105, line 3 |
| page 105, line 9 | → | page 105, line 20 |
| page 106, line 2 | → | page 106, line 8 |
| page 109, line 7 | → | page 109, line 13 |
| page 110, line 10 | → | page 110, line 15 |
| page 111, line 10 | → | page 111, line 12 |
| page 113, line 7 | → | page 113, line 10 |
| page 113, line 14 | → | page 116, line 14 |
| page 117, line 8 | → | page 117, line 20 |
| page 118, line 4 | → | page 118, line 5 |
| page 118, line 12 | → | page 118, line 19 |
| page 120, line 14 | → | page 120, line 21 |
| page 122, line 5 | → | page 122, line 12 |
| page 122, line 19 | → | page 123, line 7 |
| page 124, line 6 | → | page 124, line 10 |

00395714

**Deposition of <u>Fact Witness - Martin Richard Owen</u>**

(Taken 9/28/05)

| From | | To |
|---|---|---|
| page 127, line 1 | → | page 127, line 16 |
| page 128, line 6 | → | page 128, line 9 |
| page 130, line 6 | → | page 130, line 8 |
| page 130, line 20 | → | page 131, line 5 |
| page 131, line 11 | → | page 132, line 2 |
| page 132, line 13 | → | page 133, line 17 |
| page 133, line 20 | → | page 134, line 21 |
| page 135, line 8 | → | page 135, line 15 |
| page 137, line 9 | → | page 137, line 21 |
| page 140, line 15 | → | page 142, line 16 |
| page 142, line 18 | → | page 143, line 4 |
| page 143, line 15 | → | page 143, line 18 |
| page 144, line 8 | → | page 144, line 20 |

00395714

Deposition of <u>Fact Witness - Dr. Alexander Oxford</u>

(Taken 8/5/05)

| From | | To |
|------|---|-----|
| page 7, line 8 | → | page 7, line 11 |
| page 8, line 6 | → | page 12, line 23 |
| page 13, line 16 | → | page 20, line 25 |
| page 21, line 22 | → | page 21, line 24 |
| page 22, line 15 | → | page 22, line 18 |
| page 23, line 5 | → | page 23, line 7 |
| page 24, line 4 | → | page 25, line 21 |
| page 27, line 5 | → | page 27, line 9 |
| page 28, line 21 | → | page 31, line 3 |
| page 32, line 12 | → | page 32, line 18 |
| page 35, line 15 | → | page 36, line 14 |
| page 37, line 12 | → | page 38, line 1 |
| page 38, line 24 | → | page 45, line 25 |
| page 48, line 11 | → | page 48, line 16 |
| page 49, line 1 | → | page 49, line 9 |
| page 49, line 1 | | page 49, line 9 |

00396543.DOC

Deposition of <u>Fact Witness - Dr. Alexander Oxford</u>

(Taken 8/5/05)

| **From** | | **To** |
|---|---|---|
| page 57, line 10 | → | page 59, line 12 |
| page 60, line 3 | → | page 62, line 18 |
| page 63, line 8 | → | page 63, line 15 |
| page 64, line 14 | → | page 65, line 7 |
| page 65, line 11 | → | page 66, line 3 |
| page 71, line 19 | → | page 72, line 4 |
| page 72, line 16 | → | page 84, line 3 |
| page 84, line 13 | → | page 86, line 6 |
| page 86, line 20 | → | page 87, line 12 |
| page 88, line 5 | → | page 88, line 16 |
| page 88, line 24 | → | page 90, line 21 |
| page 91, line 10 | → | page 91, line 18 |
| page 91, line 22 | → | page 94, line 7 |
| page 95, line 13 | → | page 97, line 25 |
| page 99 , line 1 | → | page 104, line 24 |
| page 107, line 3 | → | page 110, line 10 |
| Page 112, line 8 | | page 117, line 10 |

00396543.DOC

Deposition of <u>Fact Witness - Dr. Alexander Oxford</u>

(Taken 8/5/05)

| From | | To |
|------|---|-----|
| page 118, line 3 | → | page 119, line 25 |
| page 120, line 7 | → | page 122, line 10 |
| page 123, line 13 | | page 124, line 1 |
| page 126, line 6 | → | page 126, line 10 |
| page 128, line 6 | → | page 128, line 16 |
| page 130, line 8 | → | page 130, line 22 |
| page 132, line 7 | → | page 134, line 11 |
| page 135, line 13 | → | page 136, line 19 |
| page 136, line 25 | → | page 137, line 16 |
| page 139 line 13 | → | page 142, line 13 |
| page 147, line 1 | → | page 151, line 22 |
| page 152, line 1 | → | page 162, line 1 |
| page 162, line 16 | → | page 164, line 16 |
| page 165, line 21 | → | page 166, line 8 |
| page 166, line 13 | → | page 167, line 12 |
| page 168, line 14 | → | page 169, line 10 |
| page 170, line 6 | → | page 175, line 25 |
| page 176, line 6 | → | page 177, line 15 |
| page 179, line 9 | → | page 180, line 5 |
| page 180, line 21 | → | page 194, line 5 |
| page 195, line 22 | → | page 196, line 2 |

00396543.DOC

Volume II

Deposition of <u>Fact Witness - Dr. Alexander Oxford</u>

(Taken 8/6/05)

| **From** | | **To** |
|---|---|---|
| page 206, line 12 | → | page 207, line 18 |
| page 209, line 1 | → | page 213, line 8 |
| page 217, line 1 | | page 223, line 7 |
| page 223, line 17 | → | page 238, line 14 |
| page 239, line 5 | → | page 239, line 7 |
| page 240, line 6 | → | page 247, line 23 |
| page 251, line 1 | → | page 253, line 17 |
| page 253, line 23 | → | page 254, line 13 |
| page 255, line 15 | → | page 256, line 6 |
| page 256, line 9 | → | page 256, line 22 |
| page 257, line 15 | → | page 257, line 20 |
| page 258, line 9 | → | page 259, line 4 |
| page 265, line 16 | → | page 267, line 24 |
| page 270, line 20 | → | page 271, line 23 |
| page 273, line 17 | → | page 279, line 24 |
| page 281, line 10 | → | page 281, line 18 |
| page 282, line 22 | → | page 283, line 2 |
| page 284, line 13 | → | page 286, line 4 |

00396543.DOC

Deposition of <u>Fact Witness - Marion Perren</u>

(Taken 9/29/05)

| From | | To |
|------|---|-----|
| page 6, line 1 | → | page 6, line 7 |
| page 6, line 16 | → | page 6, line 20 |
| page 7, line 1 | → | page 7, line 4 |
| page 7, line 22 | → | page 8, line 3 |
| page 8, line 8 | → | page 8, line 21 |
| page 9, line 17 | → | page 10, line 1 |
| page 10, line 15 | → | page 10, line 21 |
| page 11 , line 6 | → | page 11, line 10 |
| page 12, line 7 | → | page 12, line 8 |
| page 14, line 19 | → | page 15, line 8 |
| page 15, line 15 | | |
| page 16, line 7 | → | page 17, line 9 |
| page 17, line 15 | → | page 17, line 18 |
| page 18, line 1 | → | page 18, line 5 |

— 1 —

Deposition of <u>Fact Witness - Marion Perren</u>

(Taken 9/29/05)

| From | | To |
|---|:---:|---|
| page 18, line 15 | → | page 18, line 20 |
| page 19 , line 1 | → | page 19, line 2 |
| page 19, line 9 | → | page 19, line 13 |
| page 20, line 4 | → | page 20, line 12 |
| page 20, line 16 | → | page 20, line 22 |
| page 21, line 1 | → | page 22, line 7 |
| page 22, line 16 | → | page 22, line 22 |
| page 23, line 17 | → | page 23, line 22 |
| page 25, line 8 | → | page 25, line 12 |
| page 25, line 16 | → | page 26, line 5 |
| page 26, line 12 | → | page 26, line 16 |
| page 27, line 5 | → | page 27, line 12 |
| page 28, line 16 | → | page 29, line 2 |
| page 29, line 6 | → | page 29, line 8 |
| page 29, line 12 | → | page 29, line 14 |
| page 29, line 18 | → | page 30, line 9 |

00392401

Deposition of <u>Fact Witness - Marion Perren</u>

(Taken 9/29/05)

| From | | To |
|------|---|-----|
| page 30, line 13 | → | page 30, line 21 |
| page 31, line 14 | → | page 32, line 14 |
| page 33, line 4 | → | page 33, line 12 |
| page 34, line 20 | → | page 35, line 5 |
| page 35, line 10 | → | page 35, line 13 |
| page 36, line 9 | → | page 36, line 11 |
| page 36, line 18 | → | page 37, line 7 |
| page 37, line 15 | → | page 37, line 19 |
| page 38, line 6 | → | page 39, line 6 |
| page 39, line 10 | → | page 39, line 18 |
| page 40, line 17 | → | page 41, line 1 |
| page 41, line 7 | → | page 42, line 7 |
| page 42, line 13 | → | page 43, line 16 |
| page 43, line 21 | → | page 44, line 10 |
| page 44, line 21 | → | page 45, line 2 |
| page 45, line 13 | → | page 46, line 11 |

00392401

Deposition of <u>Fact Witness - Marion Perren</u>

(Taken 9/29/05)

| From | | To |
|---|---|---|
| page 46, line 17 | → | page 48, line 6 |
| page 48, line 14 | → | page 48, line 21 |
| page 50, line 18 | → | page 51, line 8 |
| page 51, line 12 | → | page 52, line 4 |
| page 52, line 17 | → | page 52, line 22 |
| page 53, line 1 | → | page 53,  line 4 |
| page 53, line 19 | → | page 55, line 5 |
| page 56, line 14 | → | page, 57 line 14 |
| page 57, line 22 | → | page 58, line 6 |
| page 58, line 10 | → | page 58, line 18 |
| page 58, line 22 | → | page 59, line 2 |
| page 59, line 22 | → | page 60, line 20 |
| page 61, line 6 | → | page 61, line 14 |
| page 62, line 12 | → | page 63, line 4 |
| page 63, line 9 | → | page 63, line 16 |
| page 64, line 14 | → | page 64, line 18 |
| page 65, line 1 | → | page 66, line 3 |

00392401

Deposition of <u>Fact Witness - Marion Perren</u>

(Taken 9/27/06)

| From | | To |
|------|---|-----|
| page 66, line 21 | → | page 67, line 11 |
| page 68, line 19 | → | page 69, line 13 |
| page 70 , line 12 | → | page 71, line 8 |
| page 73, line 1 | → | page 73 , line 2 |
| page 73, line 8 | → | page 73, line 9 |
| page 74, line 7 | → | page 74, line 13 |

00392401

Deposition of Michael Howard Tarbit

(Taken 9/2/05)

| From | | To |
|---|---|---|
| page 7, line 13 | → | page 7, line 20 |
| page 11, line 18 | → | page 12, line 4 |
| page 12, line 10 | → | page 14, line 3 |
| page 14, line 22 | → | page 15, line 4 |
| page 17, line 4 | → | page 17, line 11 |
| page 19, line 5 | → | Page 19, line 8 |
| page 19, line 19 | → | Page 20, line 4 |
| page 20, line 23 | → | Page 21, line 12 |
| page 22, line 2 | → | page 23, line 11 |
| page 24, line 6 | → | page 24, line 14 |
| page 27, line 6 | → | page 27, line 14 |
| page 27, line 18 | → | page 27, line 22 |
| page 28, line 24 | → | page 29, line 6 |
| page 29, line 10 | → | page 29, line 17 |
| page 30, line 4 | → | page 30, line 7 |
| page 30, line 9 | → | page 32, line 10 |
| page 32, line 16 | → | page 33, line 16 |

00392590

Deposition of Michael Howard Tarbit

(Taken 9/2/05)

| From | | To |
|---|---|---|
| page 34, line 3 | → | page 34, line 22 |
| page 35, line 5 | → | page 35, line 14 |
| page 36, line 1 | → | page 36, line 4 |
| page 37, line 7 | → | page 37, line 12 |
| page 37, line 25 | → | page 38, line 14 |
| page 38, line 21 | → | Page 39, line 8 |
| page 39, line 11 | → | Page 39, line 19 |
| page 40, line 3 | → | Page 40, line 13 |
| page 40, line 19 | → | page 40, line 23 |
| page 41, line 5 | → | page 41, line 8 |
| page 42, line 1 | → | page 42, line 20 |
| page 42, line 23 | → | page 43, line 4 |
| page 43, line 7 | → | page 44, line 4 |
| page 44, line 8 | → | page 45, line 5 |
| page 45, line 9 | → | page 45, line 13 |
| page 45, line 24 | → | page 46, line 25 |
| page 47, line 5 | → | page 47, line 19 |

– 2 –

00392590

Deposition of Michael Howard Tarbit

(Taken 9/2/05)

| From | | To |
|---|---|---|
| page 48, line 13 | → | page 49, line 18 |
| page 50, line 6 | → | page 52, line 6 |
| page 52, line 13 | → | page 53, line 5 |
| page 53, line 12 | → | page 53, line 22 |
| page 54, line 2 | → | page 54, line 4 |
| page 54, line 7 | → | Page 54, line 21 |
| page 55, line 4 | → | Page 55, line 14 |
| page 55, line 21 | → | Page 56, line 13 |
| page 56, line 18 | → | page 57, line 15 |
| page 58, line 9 | → | page 58, line 25 |
| page 59, line 9 | → | page 59, line 13 |
| page 59, line 25 | | page 60, line 3 |
| page 60, line 5 | → | page 60, line 25 |
| page 62, line 11 | → | page 62, line 20 |
| page 63, line 5 | → | page 65, line 5 |
| page 66, line 15 | → | page 66, line 19 |
| page 68, line 4 | → | page 68, line 19 |
| page 70, line 1 | → | page 71, line 16 |

00392590

Deposition of Michael Howard Tarbit

(Taken 9/2/05)

| From | | To |
|------|---|-----|
| page 71, line 21 | → | page 72, line 11 |
| page 72, line 18 | → | page 72, line 21 |
| page 73, line 25 | → | page 74, line 15 |
| page 74, line 18 | → | page 75, line 1 |
| page 75, line 9 | → | page 75, line 20 |
| page 76, line 2 | → | Page 76, line 6 |
| page 76, line 19 | → | Page 77, line 10 |
| page 78, line 14 | → | Page 79, line 16 |
| page 83, line 4 | → | page 85, line 7 |
| page 86, line 10 | → | page 89, line 7 |
| page 90, line 3 | → | page 91, line 14 |
| page 92, line 5 | → | page 92, line 22 |
| page 93, line 4 | → | page 94, line 4 |
| page 94, line 10 | → | page 94, line 17 |
| page 95, line 11 | → | page 96, line 22 |
| page 97, line 3 | → | page 97, line 18 |
| page 98, line 2 | → | page 98, line 23 |

00392590

Deposition of Michael Howard Tarbit

(Taken 9/2/05)

| From | | To |
|---|---|---|
| page 100, line 7 | → | page 100, line 22 |
| page 101, line 17 | → | page 102, line 8 |
| page 103, line 9 | → | page 103, line 13 |
| page 103, line 17 | → | page 105, line 16 |
| page 105, line 25 | → | page 106, line 5 |
| page 107, line 10 | → | Page 107, line 18 |
| page 108, line 3 | → | Page 108, line 11 |
| page 111, line 19 | → | Page 114, line 2 |
| page 114, line 17 | → | page 116, line 2 |
| page 117, line 1 | → | page 119, line 3 |
| page 119, line 12 | → | page 121, line 17 |
| page 121, line 22 | → | page 123, line 11 |
| page 124, line 24 | → | page 127, line 10 |
| page 128, line 17 | → | page 129, line 24 |
| page 130, line 11 | → | page 130, line 13 |
| page 130, line 21 | → | page 131, line 8 |
| page 132, line 2 | → | page 133, line 12 |
| page 135, line 3 | → | page 137, line 17 |

00392590

Deposition of Michael Howard Tarbit

(Taken 9/2/05)

| From | | To |
|------|---|-----|
| page 137, line 21 | → | page 139, line 4 |
| page 139, line 11 | → | page 139, line 20 |
| page 140, line 12 | → | page 141, line 16 |
| page 142, line 1 | → | page 142, line 17 |
| page 143, line 12 | → | page 144, line 4 |
| page 144, line 14 | → | Page 145, line 11 |
| page 145, line 18 | → | Page 145, line 25 |
| page 146, line 2 | → | Page 146, line 20 |
| page 147, line 11 | → | page 147, line 16 |
| page 147, line 24 | → | page 148, line 14 |
| page 148, line 19 | → | page 149, line 8 |
| page 150, line 2 | → | page 151, line 1 |
| page 151, line 6 | → | page 151, line 25 |
| page 152, line 16 | → | page 152, line 25 |
| page 153, line 4 | → | page 154, line 2 |
| page 154, line 9 | → | page 154, line 19 |
| page 154, line 22 | → | page 154, line 23 |

00392590

Deposition of Michael Howard Tarbit

(Taken 9/2/05)

| From | | To |
|------|---|-----|
| page 155, line 4 | → | page 155, line 22 |
| page 156, line 9 | → | page 157, line 1 |
| page 157, line 9 | → | page 157, line 12 |
| page 157, line 21 | → | page 159, line 2 |
| page 159, line 11 | → | page 159, line 21 |
| page 160, line 11 | → | page 160, line 24 |
| page 161, line 5 | → | page 161, line 19 |
| page 161, line 21 | → | page 161, line 25 |
| page 166, line 13 | → | page 167, line 7 |
| page 171, line 1 | → | page 171, line 18 |
| page 172, line 2 | → | page 172, line 5 |
| Page 172 , line 19 | → | page 173, line 14 |
| Page 173, line 23 | → | Page 174, line 7 |
| page 174, line 25 | → | Page 175, line 7 |
| page 175, line 22 | → | Page 176, line 3 |
| Page 176, line 12 | | Page 176, line 14 |
| page 176, line 21 | → | Page 176, line 23 |
| page 177, line 15 | → | Page 178, line 3 |

– 7 –

00392590

Deposition of Michael Howard Tarbit

(Taken 9/2/05)

| From | | To |
|---|---|---|
| page 178, line 15 | → | Page 178, line 22 |
| Page 179, line 14 | | Page 179, line 16 |
| page 180, line 7 | → | Page 181, line 18 |
| page 182, line 5 | → | Page 183, line 7 |
| page 183, line 18 | → | Page 184, line 9 |
| page 185, line 3 | → | Page 185, line 13 |
| page 188, line 24 | → | Page 190, line 4 |
| page 190, line 21 | → | Page 191, line 25 |
| page 192, line 13 | → | Page 192, line 17 |
| page 192, line 20 | → | Page 193, line 12 |
| Page 194, line 19 | → | Page 198, line 20 |
| page 199, line 2 | → | Page 199, line 7 |
| page 199, line 17 | → | Page 199, line 23 |
| page 201, line 1 | → | Page 201, line 9 |
| page 204, line 4 | → | Page 204, line 20 |
| Page 205, line 11 | → | Page 207, line 20 |
| page 207, line 25 | → | Page 208, line 13 |
| page 209, line 4 | → | Page 209, line 23 |
| page 210, line 3 | → | Page 210, line 18 |

.00392590