IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiff-Counterclaim<br>        Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>        Defendant-Counterclaim<br>        Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-99-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James Stronski, Esquire, to represent defendant Spectrum Pharmaceuticals, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for James Stronski, Esquire is being submitted in connection with this motion.

Dated: November 2, 2006

THE BAYARD FIRM

_____
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000

Attorneys for Defendant Spectrum Pharmaceuticals

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 2, 2006, he electronically filed the foregoing *Motion and Order for Admission Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street,
Wilmington, Delaware 19899

_____
Edmond D. Johnson (No. 2257)

598801v1