**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: October 27, 2006

FROMMER LAWRENCE & HAUG LLP

_____
James Stronski, Esquire
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800

Attorney for Defendant Spectrum
Pharmaceuticals, Inc.