IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LTD<br>d/b/a GLAXOSMITHKLINE,<br><br>   Plaintiff-Counterclaim<br>   Defendant,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>   Defendant-Counterclaim<br>   Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-99-GMS |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Samuel Desai, Esquire, to represent defendant Spectrum Pharmaceuticals, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for Samuel Desai, Esquire is being submitted in connection with this motion.

Dated: November 2, 2006       THE BAYARD FIRM

                    /s/ Edmond D. Johnson
                    Edmond D. Johnson (#2257)
                    Peter B. Ladig (#3513)
                    222 Delaware Avenue, Suite 900
                    P.O. Box 25130
                    Wilmington, Delaware 19899
                    (302) 655-5000

                    Attorneys for Defendant Spectrum
                    Pharmaceuticals

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 2, 2006, he electronically filed the foregoing *Motion and Order for Admission Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street,
Wilmington, Delaware 19899

_____
Edmond D. Johnson (No. 2257)

598801v1