### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: October 27, 2006                    FROMMER LAWRENCE & HAUG LLP

                                           _____
                                           Sam Desai, Esquire
                                           745 Fifth Avenue
                                           New York, NY 10151
                                           Tel: (212) 588-0800

                                           Attorney for Defendant Spectrum
                                           Pharmaceuticals