IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD.<br>d/b/a/ GLAXOSMITHKLINE,<br><br>      Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC.,<br><br>      Defendant. | Civil Action No. 05-99 (GMS) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff and Counterclaim-Defendant Glaxo Group Ltd. d/b/a GlaxoSmithKline and Defendant and Counterclaim-Plaintiff Spectrum Pharmaceuticals, Inc. hereby stipulate by and through their respective attorneys that all claims, counterclaims and defenses in the above-entitled action ("the Litigation") are dismissed with prejudice pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure without costs or attorneys' fees to either party. In support thereof, the Parties now stipulate as follows:

      1.    In the above-captioned action, Plaintiff alleged that Defendant infringed U.S. Patent Number 5,037,845 ("the '845 Patent") by Defendant's submission of Abbreviated New Drug Application No. 77-332 ("Defendant's ANDA") to the United States Food and Drug Administration ("FDA").

      2.    Defendant's ANDA was submitted to the FDA under 21 U.S.C. § 355(j), and sought FDA approval for certain drug products containing as their active ingredient sumatriptan succinate. Defendant's ANDA has received tentative approval from the FDA.

3. Plaintiff and Defendant have reached an agreement to settle the Litigation, which is set forth in this Stipulation and Order of Dismissal, a separate Settlement Agreement, and a separate Supply and Distribution Agreement, each of which is being executed contemporaneously. As a result of this settlement there will be early procompetitive generic competition for sumatriptan succinate injectable products in the United States, which competition otherwise would not have existed at least until the expiration of Plaintiff's '845 patent together with the '845 patent's period of pediatric exclusivity, had Plaintiff prevailed in the Litigation. The settlement allows generic entry of sumatriptan succinate injectable products in advance of expiration of Plaintiff's '845 patent's period of pediatric exclusivity.

4. This Stipulation and Order of Dismissal, the Settlement Agreement and the Supply and Distribution Agreement are the only consideration exchanged by or on behalf of Plaintiff, on the one side, and Defendant, on the other side, in reaching the agreement to settle the Litigation. Neither Plaintiff nor Defendant has received from each other any consideration for their entry into this settlement other than that which is described in those three documents. This settlement therefore constitutes Defendant's and Plaintiff's best independent judgment as to how best to settle the Litigation and Defendant's best independent judgment as to how most expeditiously and competitively to sell sumatriptan succinate injectable products in the United States in light of Defendant's relative chances of success in the Litigation.

5. All Claims, Counterclaims and Defenses in this Litigation should be and hereby are dismissed with prejudice.

6. Each party to this Litigation will bear its own costs and attorneys' fees.

SO STIPULATED:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | THE BAYARD FIRM |
|---|---|
| */s/ Jack B. Blumenfeld (#1014)* | */s/ Edmund D. Johnson (#2257)* |
| Jack B. Blumenfeld (No. 1014) | Edmund D. Johnson (No. 2257) |
| Julia Heaney (No. 3052) | Peter B. Ladig (No. 3513) |
| 1201 North Market Street | 222 Delaware Avenue, Suite 900 |
| P.O. Box 1347 | P.O. Box 25130 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 655-5000 |

*Attorneys for Plaintiff and Counter-Claim Defendant Glaxo Group Ltd. d/b/a GlaxoSmithKline*

*Attorneys for Defendant and Counterclaim-Plaintiff Spectrum Pharmaceuticals, Inc.*

*Of Counsel:*

Evan R. Chesler
Richard J. Stark
David Greenwald
Andrei Harasymiak
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

- and -

Robert M. Baechtold
Nicholas M. Cannella
Leisa M. Smitih
Colleen Tracy
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112-3800
(212) 218-2100

Dated: December 19, 2006

*Of Counsel:*

Edgar H. Haug
Daniel G. Brown
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

- and -

Maximilian Grant
Amanda Hollis
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

SO ORDERED this ____ day of December, 2006.

_____
United States District Judge

3