REVIEWED
By Larisha Davis at 11:42 am, Jun 26, 2007

CLOSED, MEDIATION, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00099-GMS
## Internal Use Only

| | |
|---|---|
| Glaxo Group Limited v. Spectrum Pharmaceuticals Inc | Date Filed: 02/18/2005 |
| Assigned to: Honorable Gregory M. Sleet | Date Terminated: 02/12/2007 |
| Related Cases: 1:04-cv-00182-GMS | Jury Demand: Defendant |
| 1:06-cv-00558-GMS | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Glaxo Group Limited**　　　　　　　　　　　represented by **Jack B. Blumenfeld**
*doing business as*　　　　　　　　　　　　　　　　　　　　　　Morris, Nichols, Arsht & Tunnell LLP
GlaxoSmithKline　　　　　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jbbefiling@mnat.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Julia Heaney**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Morris, Nichols, Arsht & Tunnell
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jhefiling@mnat.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Spectrum Pharmaceuticals Inc**　　　　　　represented by **Edmond D. Johnson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Bayard Firm
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 25130
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 655-5000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: bankserve@bayardfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Amanda J. Hollis**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pro Hac Vice
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: amanda.hollis@lw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Daniel G. Brown**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pro Hac Vice
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dbrown@flhlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**John Goetz**

|   |   |   |
|---|---|---|
|   |   | Pro Hac Vice<br>Email: jgoetz@flhlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew W. King**<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541<br>Email: king@rlf.com<br>*TERMINATED: 06/30/2005*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Bettinger**<br>Pro Hac Vice<br>Email: mikeb@prestongates.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy P. Walker**<br>Pro Hac Vice<br>Email: timothyw@prestongates.com<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant**<br><br>**Spectrum Pharmaceuticals Inc** | represented by | **Edmond D. Johnson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew W. King**<br>(See above for address)<br>*TERMINATED: 06/30/2005*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Bettinger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy P. Walker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Glaxo Group Limited** | represented by | **Jack B. Blumenfeld**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Julia Heaney**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Spectrum Pharmaceuticals Inc**

V.

| | | |
|---|---|---|
| 01/24/2006 | 47 | ORDER Setting Mediation Conferences: Mediation Conference scheduled for 2/24/2006 at 9:00 AM has been rescheduled for 9/8/2006 at 9:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 1/24/2006. (cab, ) (Entered: 01/24/2006) |
| 01/26/2006 | | ORDER (Paperless) SETTING TELECONFERENCE REGARDING SCHEDULE: A telephone conference to discuss scheduling has been for Thursday, 2/9/2006, at 11:00 AM (please note change in time) with Honorable Gregory M. Sleet. Counsel with primary responsibility for this case shall participate by telephone and be prepared to addresss any pending motions. Counsel for plaintiff is directed to initiate the call by contacting chambers at (302) 573-6470. The parties shall file a jointly-prepared proposed schedule no later than Friday, 2/3/06. Signed by Judge Gregory M. Sleet on 1/26/06. (ctd) (Entered: 01/26/2006) |
| 02/03/2006 | 48 | SEALED MOTION to Amend/Correct 6 Answer to Complaint, Counterclaim *SPECTRUM PHARMACEUTICALS, INCS UNOPPOSED MOTION TO AMEND ITS ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS* - filed by Spectrum Pharmaceuticals Inc, Spectrum Pharmaceuticals Inc. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Certificate of Service)(Johnson, Edmond) Additional attachment(s) added on 2/6/2006 (asw, ). Modified on 2/6/2006 (asw, ). (Entered: 02/03/2006) |
| 02/03/2006 | | SO ORDERED, re 48 MOTION to Amend/Correct 6 Answer to Complaint, Counterclaim *SPECTRUM PHARMACEUTICALS, INCS UNOPPOSED MOTION TO AMEND ITS ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS* filed by Spectrum Pharmaceuticals Inc . Signed by Judge Gregory M. Sleet on 2/3/06. (asw ) (Entered: 02/03/2006) |
| 02/03/2006 | 49 | Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding Schedule for the Remainder of the Case. (Blumenfeld, Jack) (Entered: 02/03/2006) |
| 02/06/2006 | | CORRECTING ENTRY: D.I. 48 has been corrected to read SEALED Motion and the attachment so reflects. (asw ) (Entered: 02/06/2006) |
| 02/09/2006 | | Set/Reset Hearings: Pretrial Conference set for 10/26/2006 at 09:30 AM before Honorable Gregory M. Sleet. (asw ) (Entered: 02/09/2006) |
| 02/09/2006 | | (Court only) ***Staff notes: The date for the pretrial conference has been set to 10/26/06 at 9:30 AM per Judge Sleet's request. (asw ) (Entered: 02/09/2006) |
| 02/09/2006 | | Minute Entry for proceedings held before Judge Gregory M. Sleet : Telephone Conference Re: Schedule held on 2/9/2006. The Court will hold a Telephone Conference Re: letters for permission to file case dispositive motions on 5/22/06 at 8:30 AM; the Court will permit reply letters. The Court also will eliminate daubert agenda in this case. Plaintiff's counsel shall file a proposed amended scheduling order to include the dates reflected in today's hearing. (Court Reporter Kevin Maurer.) (asw ) (Entered: 02/09/2006) |
| 02/10/2006 | 50 | Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding Form of Scheduling Order. (Attachments: # 1 Text of Proposed Order)(Blumenfeld, Jack) (Entered: 02/10/2006) |
| 02/16/2006 | | SO ORDERED re 50 Letter with proposed ORDER, Setting Scheduling Order Deadlines: A settlement conference with Magistrate Judge Thynge is set for 9/8/06. Pretrial Conference set for 10/26/2006 at 09:30 AM in Chambers before Honorable Gregory M. Sleet. Expert Discovery due by 4/28/2006. Dispositive Motions due by 6/2/2006. Telephone Conference Re: Summary Judgment set for 5/22/2006 at 08:30 AM before Honorable Gregory M. Sleet. Motions in Limine due by 9/22/2006. Proposed Pretrial Order due by 9/29/2006. 5-day Bench Trial set for 11/14/2006 at 09:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. Signed by Judge Gregory M. Sleet on 2/16/06. (asw ) (Entered: 02/17/2006) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 02/23/2006 | 51 | SEALED ANSWER to Complaint, COUNTERCLAIM *First Amended Answer and Counterclaim of Defendant-Counterclaimant Spectrum Pharmaceuticals, Inc.* against Glaxo Group Limited by Spectrum Pharmaceuticals Inc.(Johnson, Edmond) (Entered: 02/23/2006) |
| 03/02/2006 | 52 | NOTICE of Entries of Appearance of Additional Co-Counsel from Frommer Lawrence & Haug LLP on behalf of Spectrum Pharmaceuticals by Spectrum Pharmaceuticals Inc, Spectrum Pharmaceuticals Inc, Spectrum Pharmaceuticals Inc (Attachments: # 1 Certificate of Service to Notice of Entries of Appearance)(Ladig, Peter) (Entered: 03/02/2006) |
| 03/02/2006 | 53 | MOTION for Pro Hac Vice Appearance of Attorney Daniel G. Brown - filed by Spectrum Pharmaceuticals Inc, Spectrum Pharmaceuticals Inc, Spectrum Pharmaceuticals Inc. (Attachments: # 1 Certification by Counsel to be Admitted Pro Hac Vice# 2 Certificate of Service to Motion and Order for Admission Pro Hac Vice)(Ladig, Peter) (Entered: 03/02/2006) |
| 03/02/2006 |  | SO ORDERED, re 53 MOTION for Pro Hac Vice Appearance of Attorney Daniel G. Brown filed by Spectrum Pharmaceuticals Inc . Ordered by Judge Gregory M. Sleet on 3/2/06. (asw ) (Entered: 03/02/2006) |
| 03/03/2006 | 54 | TRANSCRIPT of Telephone Conference Re: Schedule held on 2/9/06 before Judge Sleet. Court Reporter: Kevin Maurer. (Transcript on file in Clerk's Office) (asw ) (Entered: 03/03/2006) |
| 03/03/2006 VOID | 55 | STENO NOTES of Telephone Conference held on 2/9/06 before Judge Sleet. Court Reporter: Kevin Maurer. (Notes on file in Clerk's Office) (asw ) (Entered: 03/06/2006) |
| 03/08/2006 | 56 | MOTION for Pro Hac Vice Appearance of Attorney Edgar H. Haug and Anthony I. Fenwick - filed by Spectrum Pharmaceuticals Inc, Spectrum Pharmaceuticals Inc, Spectrum Pharmaceuticals Inc. (Ladig, Peter) (Entered: 03/08/2006) |
| 03/08/2006 | 57 | ANSWER to Counterclaim by Glaxo Group Limited.(Heaney, Julia) (Entered: 03/08/2006) |
| 03/09/2006 |  | SO ORDERED, re 56 MOTION for Pro Hac Vice Appearance of Attorney Edgar H. Haug and Anthony I. Fenwick filed by Spectrum Pharmaceuticals Inc . Signed by Judge Gregory M. Sleet on 3/9/06. (asw ) (Entered: 03/09/2006) |
| 03/09/2006 |  | (Court only) ***Pro Hac Vice Attorney Amanda J. Hollis for Spectrum Pharmaceuticals Inc added for electronic noticing. (els, ) (Entered: 03/09/2006) |
| 03/09/2006 | 58 | ORDER SETTING DISCOVERY TELECONFERENCE: A discovery teleconference (see attachment) has been set for Monday, March 13, 2006, at 10:00 AM with Honorable Gregory M. Sleet. The joint letter agenda (a sample can be found on the court's website) shall be filed no later than Friday, March 10, 2006. Ordered by Judge Gregory M. Sleet on 3/9/06. (ctd) (Entered: 03/09/2006) |
| 03/10/2006 | 59 | Letter to Honorable Gregory M. Sleet from Edmond D. Johnson, Esquire regarding Proposd Extension of Schedule for Expert Discovery. (Johnson, Edmond) (Entered: 03/10/2006) |
| 03/13/2006 |  | Minute Entry for proceedings held before Judge Gregory M. Sleet : Telephone Conference Re: Extending Scheduling Order deadlines. held on 3/13/2006. The Court granted an extension of the expert discovery and case dispositive motion deadlines. Expert Reports: [Opening - 3/24/06; Rebuttal - 4/14/06]. Summary Judgment Briefing Schedule - [Opening - 5/19/06; Answering - 5/26/06; Reply - 6/2/06]. Motions in Limine due 10/6/06; Pretrial Order due 10/13/06. The Court will hold a Telephone Conference Re: Summary Judgment on 6/9/06 at 1:00 PM; the Telephone Conference previously scheduled for 5/22/06 at 8:30 AM has been cancelled. Plaintiff's counsel shall prepare the Amended Scheduling Order and submit to the Court by 3/20/06. (Court Reporter Kevin Maurer.) (asw ) (Entered: 03/13/2006) |

| | | |
|---|---|---|
| 03/14/2006 | 60 | MOTION for Pro Hac Vice Appearance of Attorney John S. Goetz of Frommer, Lawrence & Haug LLP - filed by Spectrum Pharmaceuticals Inc, Spectrum Pharmaceuticals Inc, Spectrum Pharmaceuticals Inc. (Ladig, Peter) (Entered: 03/14/2006) |
| 03/14/2006 |  | SO ORDERED, re 60 MOTION for Pro Hac Vice Appearance of Attorney John S. Goetz of Frommer, Lawrence & Haug LLP filed by Spectrum Pharmaceuticals Inc . Ordered by Judge Gregory M. Sleet on 3/14/06. (asw ) (Entered: 03/14/2006) |
| 03/15/2006 | 61 | Letter to Honorable Gregory M. Sleet from Julia Heaney regarding attaching a form of scheduling order including the dates set during the March 13 teleconference - re Telephone Conference,,,. (Heaney, Julia) (Entered: 03/15/2006) |
| 03/17/2006 |  | SO ORDERED re 61 Letter and proposed scheduling order. Order Setting Scheduling Order Deadlines: Case is scheduled for a settlement conference with Magistrate Thynge on 9/8/06. Pretrial Conference set for 10/26/2006 at 09:30 AM in Chambers before Honorable Gregory M. Sleet. Expert Discovery due by 5/12/2006; Expert Reports: [Opening - 3/24/06, Rebuttal - 4/14/06]. Case Dispositive Motions due by 6/23/2006. Telephone Conference Re: Summary Judgment set for 6/9/2006 at 01:00 PM in Chambers before Honorable Gregory M. Sleet. Summary Judgment Briefing Schedule: [Opening - 5/19/06, Answering - 5/26/06, Reply - 6/2/06]. Motions in Limine due by 10/6/2006. Proposed Pretrial Order due by 10/13/2006. 5-day Bench Trial set for 11/14/2006 at 09:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. Signed by Judge Gregory M. Sleet on 3/17/06. (asw ) (Entered: 03/17/2006) |
| 03/22/2006 | 62 | TRANSCRIPT of Telephone Conference held on 3/13/06 before Judge Sleet. Court Reporter: Kevin Maurer. (Transcript on file in Clerk's Office) (asw ) (Entered: 03/22/2006) |
| 03/28/2006 |  | (Court only) ***Pro Hac Vice Attorney John Goetz for Spectrum Pharmaceuticals Inc, Daniel G. Brown for Spectrum Pharmaceuticals Inc added for electronic noticing. (els, ) (Entered: 03/28/2006) |
| 03/30/2006 VOID | 63 | STENO NOTES of Teleconference held on 3/13/06 before Judge Sleet. Court Reporter: Kevin Maurer. (Notes on file in Clerk's Office) (asw ) (Entered: 03/30/2006) |
| 04/17/2006 | 64 | NOTICE OF SERVICE of (1) Expert Report of Stephen R. Byrn, Ph.D., (2) Expert Report of Shayne C. Gad, Ph.D., (3) Expert Report of Stephen J. Peroutka, M.C., Ph.D., (4) Expert Report of Seymour Solomon, M.C., and (5) Expert Report of Edward C. Taylor, Ph.D. by Glaxo Group Limited.(Blumenfeld, Jack) (Entered: 04/17/2006) |
| 05/19/2006 | 65 | Joint STIPULATION Spectrum withdraws its counterclaim for a declaration of non-infringement by Glaxo Group Limited. (Heaney, Julia) (Entered: 05/19/2006) |
| 05/19/2006 |  | SO ORDERED, re 65 Stipulation filed by Glaxo Group Limited . Ordered by Judge Gregory M. Sleet on 5/19/06. (asw ) (Entered: 05/19/2006) |
| 05/19/2006 | 66 | Letter to Honorable Gregory M. Sleet from Edmond D. Johnson, Esq. regarding Spectrum's position that summary judgment is inappropriate for this case. (Johnson, Edmond) (Entered: 05/19/2006) |
| 05/19/2006 | 67 | Letter to The Honorable Gregory M. Sleet from Julia Heaney regarding request for leave to file two summary judgment motions directed to invalidity defenses and counterclaims raised by Spectrum - re 66 Letter. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Heaney, Julia) (Entered: 05/19/2006) |
| 05/26/2006 | 68 | Letter to The Honorable Gregory M. Sleet from Peter B. Ladig regarding permission to file two partial summary judgment motions. (Ladig, Peter) Additional attachment(s) added on 5/30/2006 (asw, ). Modified on 5/30/2006 (asw, ). PLEASE DISREGARD THIS ENTRY AND REFER TO D.I. 69. (Entered: 05/26/2006) |
| 05/26/2006 | 69 | Letter to The Honorable Gregory M. Sleet from Peter B. Ladig regarding opposition to plaintiff's request to file two partial summary judgment motions SEALED - re 67 |

| | | |
|---|---|---|
| | | Letter,, 66 Letter. (Ladig, Peter) Additional attachment(s) added on 5/30/2006 (asw, ). (Entered: 05/26/2006) |
| 05/30/2006 | | CORRECTING ENTRY: PLEASE DISREGARD D.I. 68 AND REFER TO D.I. 69 -- THIS LETTER IS SEALED. (asw ) (Entered: 05/30/2006) |
| 05/31/2006 | 70 | MOTION for Pro Hac Vice Appearance of Attorney Andrei Harasymiak - filed by Glaxo Group Limited. (Heaney, Julia) (Entered: 05/31/2006) |
| 06/01/2006 | | SO ORDERED, re 70 MOTION for Pro Hac Vice Appearance of Attorney Andrei Harasymiak filed by Glaxo Group Limited . Ordered by Judge Gregory M. Sleet on 6/1/06. (asw ) (Entered: 06/01/2006) |
| 06/02/2006 | 71 | Letter to The Honorable Gregory M. Sleet from Julia Heaney regarding Reply to Spectrum's Opposition to GSK's Request to File Summary Judgment Motions (FILED UNDER SEAL) - re 69 Letter,. (Heaney, Julia) (Entered: 06/02/2006) |
| 06/06/2006 | | ORAL ORDER CANCELING TELECONFERENCE: The teleconference to discuss summary judgment, scheduled for Friday, June 9, 2006, at 1:00 p.m. has been REMOVED from the court's calendar. Ordered by Judge Gregory M. Sleet on 6/6/06. (ctd) (Entered: 06/06/2006) |
| 08/25/2006 | 72 | ORDER The mediation conference scheduled for Friday, September 8, 2006 at 9:00 AM is canceled. Signed by Judge Mary Pat Thynge on 8/25/2006. (cab, ) (Entered: 08/25/2006) |
| 09/28/2006 | 73 | Letter to the Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding bench trial time allotment. (Blumenfeld, Jack) (Entered: 09/28/2006) |
| 09/29/2006 | | ORAL ORDER striking 73 Plaintiff's Letter request to extend the number of trial days in this matter. THE PARTIES SHALL NOTE THAT THIS TYPE OF REQUEST SHOULD BE RAISED IN A REQUEST FOR A TELECONFERENCE. Ordered by Judge Gregory M. Sleet on 9/29/06. (asw ) (Entered: 09/29/2006) |
| 10/02/2006 | | ORAL ORDER SETTING TELECONFERENCE: A telephone conference to discuss length of bench trial has been set for Tuesday, October 3, 2006, at 8:30 AM with Honorable Gregory M. Sleet. Counsel for plaintiff is directed to initiate the call by contacting chambers at (302) 573-6470. Ordered by Judge Gregory M. Sleet on 10/2/06. (ctd) (Entered: 10/02/2006) |
| 10/03/2006 | | Minute Entry for proceedings held before Judge Gregory M. Sleet : Telephone Conference Re: Extending the Number of Trial Days held on 10/3/2006. The plaintiff requested that the Court set aside additional days for trial. The defendant opposed this request. The Court is not in a position to extend the number of trial days at this time. The Court will re-visit this issue at the pretrial conference on 10/26/2006. (Court Reporter Kevin Maurer.) (asw, ) (Entered: 10/03/2006) |
| 10/13/2006 | 74 | Proposed Pretrial Order by Glaxo Group Limited, Spectrum Pharmaceuticals Inc. (Attachments: # 1 Exhibit 1-18)(Heaney, Julia) (Entered: 10/13/2006) |
| 10/13/2006 | 75 | Proposed Pretrial Order *Exhibits 19-20* by Glaxo Group Limited, Spectrum Pharmaceuticals Inc. (Heaney, Julia) (Entered: 10/13/2006) |
| 10/17/2006 | 76 | NOTICE OF SERVICE of Spectrum's Notice Pursuant to 25 U.S.C. ? 282 Regarding United States Patent 5,035,845 by Spectrum Pharmaceuticals Inc, Spectrum Pharmaceuticals Inc. (Attachments: # 1 Certificate of Service)(Johnson, Edmond) (Entered: 10/17/2006) |
| 10/20/2006 | 77 | REDACTED VERSION of 74 Proposed Pretrial Order *Volume 1 (Pretrial Order and Exhibits 1-18)* by Glaxo Group Limited, Spectrum Pharmaceuticals Inc. (Attachments: # 1 Exhibit 6 Part 1# 2 Exhibit 6 Part 2# 3 Exhibit 7-14# 4 Exhibit 15# 5 Exhibit 16-18) (Heaney, Julia) (Entered: 10/20/2006) |
| | | |