OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo                                                LOCKBOX 18
   CLERK                                                    844 KING STREET
                                            U.S. COURTHOUSE
                              WILMINGTON, DELAWARE 19801
                                    (302) 573-6170

                                  September 6, 2007

**Julia Heaney**, ESQ.
Morris, Nichols, Arsht & Tunnell
Email: jhefiling@mnat.com

      RE: Glaxo Group Limited v. Spectrum Pharmaceuticals Inc.
          Civ. No. 05-cv-00099-GMS

Dear Counsel:

    Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 71.

    A copy of the signed acknowledgment has been attached for your records.

                                                  Sincerely,

                                                  Peter T. Dalleo, Clerk

                                                  By: _____

    I hereby acknowledge receipt of the above mentioned documents on   9/6/07  .

                                            _____
                                            Signature