OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
   CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 6, 2007

**Edmond D. Johnson**, ESQ.
The Bayard Firm
Email: bankserve@bayardfirm.com

    RE: Glaxo Group Limited v. Spectrum Pharmaceuticals Inc.
        Civ. No. 05-cv-00099-GMS

Dear Counsel:

    Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 51, 69.

    A copy of the signed acknowledgment has been attached for your records.

                              Sincerely,

                              Peter T. Dalleo, Clerk

                              By: _____

    I hereby acknowledge receipt of the above mentioned documents on   9/6/07  .

                        _____
                        Signature